# United States District Court
## District of Massachusetts

| | |
|---|---|
| WILLIAM P. YOUNGWORTH, III, et al., ) | |
| Plaintiffs ) | ORDER ON APPLICATION |
| ) | TO PROCEED WITHOUT |
| v. ) | PREPAYMENT OF FEES |
| ) | |
| MARK A. GENTILE, et al., ) | |
| Defendants ) | Civil Action No. |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS SO ORDERED that the application is:

☒ GRANTED.

　　☒ The clerk is directed to file the complaint.

　　☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTERED on   May 3, 2005   .

　　　　　　　　　　　　　　　　　　 /s/ Kenneth P. Neiman
　　　　　　　　　　　　　　　　　KENNETH P. NEIMAN
　　　　　　　　　　　　　　　　　U.S. Magistrate Judge