UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (SPRINGFIELD)

)
WILLIAM P. YOUNGWORTH, IV, and  )
WILLIAM P. YOUNGWORTH III,      )
    Plaintiffs                )
                                )
v.                              )
                                )  C.A. No. 3:05-cv-30108-MAP
                                )
MARK A. GENTILE, et al.,        )
    Defendants                )
                                )

FILED
IN CLERK'S OFFICE

2005 JUN -6  P 12: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

## NOTICE OF APPEARANCE

Please enter the appearance of Salvatore M. Giorlandino, Assistant Attorney General of Massachusetts, as counsel to the following defendants:

    (1) Carole Cristo;

    (2) James Gentile;

    (3) John J. Conte;

    (4) Thomas Reilly;

    (5) Nancy A. Alterio; and

[continued next page]

(6) the Commonwealth of Massachusetts.

                                              Respectfully submitted,
                                              THOMAS F. REILLY
                                              ATTORNEY GENERAL OF MASSACHUSETTS

Date: 6/3/05

                                              Salvatore M. Giorlandino
                                              Assistant Attorney General of Massachusetts
                                              BBO# 548131
                                              Office of the Massachusetts Attorney General
                                              Central Massachusetts Division &
                                              Government Bureau/Trial Division
                                              One Exchange Place, 3rd Fl.
                                              Worcester, MA 01608
                                              (508) 792-7600 ext. 109

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (mail) (by hand) on 6/3/05.