UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30108-MAP

| | |
|---|---|
| WILLIAM P. YOUNGWORTH, IV, | ) |
| WILLIAM P. YOUNGWORTH, III, | ) |
|     Plaintiffs | ) |
| | ) |
| vs. | ) |
| | ) |
| MARK A. GENTILE, AKA MARIO STILETTO, | ) |
| MARYANNE PAICOPOULOS, AKA- | ) |
| MARY E. YOUNGWORTH, | ) |
| CHRISTINE HOYT, CAROLE M. CRISTO, | ) |
| SCOTT GRIFFIN, CHIDF OF POLICE | ) |
| DAVID P. DARRIN FOR THE TOWN OF | ) |
| SPENCER, "SAFETY PLAN ADVOCATE" | ) |
| (NAME UNKNOWN) FOR THE EAST | ) |
| BROOKFIELD DISTRICT COURT, | ) |
| JAMES M. GENTILE, JOHN J. CONTE, | ) |
| THOMAS REILLY, NACY A. ALTERIO, | ) |
| TOWN OF SPENCER, | ) |
| COMMONWEALTH OF MASSACHUSETTS, | ) |
|     Defendants | ) |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the defendants, SCOTT GRIFFIN, CHIEF OF POLICE DAVID P. DARRIN and the TOWN OF SPENCER, in the above-captioned case.

THE DEFENDANTS
SCOTT GRIFFIN, CHIEF OF POLICE
DAVID P. DARRIN AND
TOWN OF SPENCER

By  */s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.:  544402

402011