UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30108-MAP

| | |
|---|---|
| WILLIAM P. YOUNGWORTH, IV, | ) |
| WILLIAM P. YOUNGWORTH, III, | ) |
|     Plaintiffs | ) |
| | ) |
| vs. | ) |
| | ) |
| MARK A. GENTILE, AKA MARIO STILETTO, | ) |
| MARYANNE PAICOPOULOS, AKA- | ) |
| MARY E. YOUNGWORTH, | ) |
| CHRISTINE HOYT, CAROLE M. CRISTO, | ) |
| SCOTT GRIFFIN, CHIDF OF POLICE | ) |
| DAVID P. DARRIN FOR THE TOWN OF | ) |
| SPENCER, "SAFETY PLAN ADVOCATE" | ) |
| (NAME UNKNOWN) FOR THE EAST | ) |
| BROOKFIELD DISTRICT COURT, | ) |
| JAMES M. GENTILE, JOHN J. CONTE, | ) |
| THOMAS REILLY, NACY A. ALTERIO, | ) |
| TOWN OF SPENCER, | ) |
| COMMONWEALTH OF MASSACHUSETTS, | ) |
|     Defendants | ) |

**ASSENTED TO MOTION TO EXTEND TIME FOR
FILING RESPONSIVE PLEADING AND/OR MOTION**

NOW COME the defendants, Scott Griffin, Chief of Police David P. Darrin and Town of Spencer, and respectfully move this Court to extend time within which it may file a responsive pleading and/or motion up to and including July 5, 2005. As grounds therefor and in support thereof, said defendants state that the Complaint is in excess of 412 paragraphs long and said defendants anticipate the filing of a motion pursuant to Fed. R. Civ. P. 12.

The plaintiff, William P. Youngworth, III, has assented to this motion.

WHEREFORE, the defendants, Scott Griffin, Chief of Police David P. Darrin and Town of Spencer, respectfully request that the time for filing their responsive pleading and/or motion

401896

pursuant to Fed. R. Civ. P. 12 and/or any other motion be extended up to and including July 5, 2005.

THE DEFENDANTS
SCOTT GRIFFIN, CHIEF OF POLICE
DAVID P. DARRIN AND TOWN OF
SPENCER

By   */s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.:  544402

ASSENTED TO:

By   */s/ William P. Youngsworth, III*
William P. Youngworth, III, Pro Se, of
P.O. Box 2663
Springfield, Massachusetts 01101
Phone (413) 736-5727

CERTIFICATE OF SERVICE

I, Nancy Frankel Pelletier, Esq., hereby certify that on this 6th day of June, 2005, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel, William P. Youngworth, III, Pro Se, and William P. Youngworth, IV, Pro Se, P.O. Box 2663, Springfield, MA  01101.

Subscribed under the penalties of perjury.

  */s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq.

401896