UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30108-MAP

| | |
|---|---|
| WILLIAM P. YOUNGWORTH, IV, <br> WILLIAM P. YOUNGWORTH, III, <br>     Plaintiffs <br> <br> vs. <br> <br> MARK A. GENTILE, AKA MARIO STILETTO, <br> MARYANNE PAICOPOULOS, AKA- <br> MARY E. YOUNGWORTH, <br> CHRISTINE HOYT, CAROLE M. CRISTO, <br> SCOTT GRIFFIN, CHIDF OF POLICE <br> DAVID P. DARRIN FOR THE TOWN OF <br> SPENCER, "SAFETY PLAN ADVOCATE" <br> (NAME UNKNOWN) FOR THE EAST <br> BROOKFIELD DISTRICT COURT, <br> JAMES M. GENTILE, JOHN J. CONTE, <br> THOMAS REILLY, NACY A. ALTERIO, <br> TOWN OF SPENCER, <br> COMMONWEALTH OF MASSACHUSETTS, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF CONSULTATION

The undersigned states, in accordance with Rule 7.1 of the Local Rules of the United States District Court that an effort was made to resolve this matter and the Plaintiff, William P. Youngsworth, III, assented to the motion.

THE DEFENDANTS
SCOTT GRIFFIN, CHIEF OF POLICE
DAVID P. DARRIN AND
TOWN OF SPENCER


By   /s/ Nancy Frankel Pelletier
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.:  544402

401897