UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (SPRINGFIELD)

FILED
IN CLERK'S OFFICE

2005 JUN -7  A 10: 53

U.S. DISTRICT CO[URT]
DISTRICT OF MA[SS.]

|  |  |
|---|---|
| WILLIAM P. YOUNGWORTH, IV, and <br> WILLIAM P. YOUNGWORTH III, <br>     Plaintiffs <br> <br> v. <br> <br> MARK A. GENTILE, et al., <br>     Defendants | C.A. No. 3:05-cv-30108-MAP |

### DEFENDANT COMMONWEALTH OF MASSACHUSETTS'S
### MOTION TO DISMISS

Pursuant to 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, the defendant Commonwealth of Massachusetts (the "Commonwealth") moves to dismiss the plaintiffs' Complaint as to the Commonwealth because the Eleventh Amendment to the U.S. Constitution bars suits against the Commonwealth in federal court. *Wojcik v. Massachusetts State Lottery Com.*, 300 F.3d 92, 101 (1st Cir. 2002).

The Court should also dismiss the plaintiffs' Complaint because the Complaint fails to contain a "short and plain statement" of the plaintiffs' claims in violation of the Court's pleading rules in Fed. R. Civ. P. 8(a), 8(e), and 10(b). Rule 8(a) requires a complaint to "contain a short and plain statement… showing that the pleader is entitled to relief. . . ." Rule 8(e) requires "(e)ach averment of a [complaint to] be simple, concise and direct." Lastly, Rule 10(b) requires "(a)ll averments of claim . . . be made in numbered paragraphs, the contents of each shall be limited as far as practicable to a statement of a single set of circumstances." The Court is empowered by Fed. R. Civ. P. 41(b) to dismiss any complaint which fails to comply with these

pleading rules. *Kuehl v. FDIC*, 8 F.3d 905, 908 (1st Cir. 1993).

Here, the Court should dismiss the plaintiffs' Complaint because it fails to comply with the pleading rules in a number respects. Specifically, the Complaint is a 111 page meandering document[1] that is verbose, argumentative, and confusing. The Complaint also has at least 413 numbered paragraphs of allegations. In sum, the Commonwealth cannot fairly be expected to respond to the Complaint. Accordingly, the Commonwealth requests the Court dismiss the Complaint.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL OF MASSACHUSETTS

Date: 6/6/05

*Salvatore M. Giorlandino*
Salvatore M. Giorlandino
Assistant Attorney General of Massachusetts
BBO# 548131
Office of the Massachusetts Attorney General
Central Massachusetts Division &
Government Bureau/Trial Division
One Exchange Place, 3rd Fl.
Worcester, MA 01608
(508) 792-7600 ext. 109

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand)
6/6/05

---

[1] The Complaint has unnumbered pages.