UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (SPRINGFIELD)

FILED
IN CLERK'S OFFICE

2005 JUN -7 A 10: 53

U.S. DISTRICT
DISTRICT OF MA

|   |   |
|---|---|
| WILLIAM P. YOUNGWORTH, IV, and WILLIAM P. YOUNGWORTH III, Plaintiffs<br><br>v.<br><br>MARK A. GENTILE, et al., Defendants | C.A. No. 3:05-cv-30108-MAP |

### DEFENDANTS CAROLE CRISTO'S, JAMES GENTILE'S, JOHN J. CONTE'S, THOMAS REILLY'S, AND NANCY A. ALTERIO'S MOTION TO DISMISS

Pursuant to Rules 8(a), 8(e), and 10(b) of the Federal Rules of Civil Procedure, the defendants (1) Carole Cristo, (2) James Gentile, (3) John J. Conte, (4) Thomas Reilly, and (5) Nancy A. Alterio (collectively "the defendants") move to dismiss the plaintiffs' Complaint because it fails to contain a "short and plain statement" of their claims against the defendants. Alternatively, the defendants request the Court enter an order directing the plaintiffs to file an amended Complaint that conforms with Fed. R. Civ. P. 8(a), 8(e), and 10(b).

It is well settled that Rules 8(a), 8(e), and 10(b) of the Federal Rules of Civil Procedure govern the content of complaints filed in this Court. Rule 8(a) requires the complaint to "contain a short and plain statement... showing that the pleader is entitled to relief. . . ." Rule 8(e) requires "(e)ach averment of a [complaint to] be simple, concise and direct." Lastly, Rule 10(b) requires "(a)ll averments of claim . . . be made in numbered paragraphs, the contents of each shall be limited as far as practicable to a statement of a single set of circumstances." The Court

is empowered by Fed. R. Civ. P. 41(b) to dismiss any complaint which fails to comply with these pleading rules. *Kuehl v. FDIC*, 8 F.3d 905, 908 (1st Cir. 1993).

Here, the Court should dismiss the plaintiffs' Complaint because it fails to comply with the pleading rules in a number respects. Specifically, the Complaint is a 111 page meandering document[1] that is verbose, argumentative, and confusing. The Complaint also has at least 413 numbered paragraphs of allegations. In sum, the defendants cannot fairly be expected to respond to the Complaint. Accordingly, the defendants request the Court dismiss the Complaint, or alternatively, enter an order directing the plaintiffs to file an amended Complaint that conforms with the Court's pleading rules.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL OF MASSACHUSETTS

Date: 6/6/05

Salvatore M. Giorlandino
Assistant Attorney General of Massachusetts
BBO# 548131
Office of the Massachusetts Attorney General
Central Massachusetts Division &
Government Bureau/Trial Division
One Exchange Place, 3rd Fl.
Worcester, MA 01608
(508) 792-7600 ext. 109

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/by hand

---

[1] The Complaint has unnumbered pages.