Attorney Nancy Frankel-Pellitier
Robinson & Donovan
1500 Main St.
P. O. Box 15609
Springfield, MA 01115

FILED
IN CLERK'S OFFICE

2005 JUN -9 A II: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

June 6, 2005

Re: William P. Youngworth, III, et al.   v   Mark A. Gentile, et al.
     United States District Court Action # 05-30108-MAP.

Dear Atty. Frankel-Pellitier;

In regards to our phone conversation of last week in which you sought my stipulation to a thirty-day continuance to file an answer for your clients (Scott Griffin, David P. Darrin, and the Town of Spencer) please note the following conditions prior to my stipulation.

That first you file a notice of appearance in a timely fashion. Secondly, that you observe local rules of federal court 7.1 in filing your request for a continuance to answer my complaint. Lastly, my stipulation to a thirty-day continuance to file your answer means plainly thirty days. This does not exclude weekends or holidays nor does it mean thirty business days. I am sorry that I did not place these conditions upon my stipulation within our phone call. Your call caught me off guard, as I was not made aware that your clients had even been served yet. If this presents some problem, please call me again and I am sure we can work something out.

Other than that, which is normal in following procedure, I found your call professional and courteous. I am sure that my numerous disabilities noted within my complaint were not lost upon you. Due to my health issues there very possibly could be unforeseen events that would require me to ask of you to extend similar courtesies. Additionally, I am relieved that your clients hired counsel in the Springfield area, as it will ease burdens of service, communication, depositions, interrogatories and the other procedural issues that we will encounter down the road.

Very truly yours,

William P. Youngworth, III
Plaintiff, Pro Se
P O Box 2663
Springfield, MA 01101-2663
413-736-5727
dmm/wpy

CC: U. S. District Court Clerk