U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| William P. Youngworth, III et Al | 05-30108-map |
| DEFENDANT | TYPE OF PROCESS |
| Mark A. Gentile et Al | Civil suit |

| SERVE ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Christine Hoyt |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 25 Clark St. Apt. 2R Spencer MA 01562 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| William P. Youngworth III<br>PO Box 2663<br>Springfield MA 01101-2663 | Number of process to be served with this Form - 285 | 1 |
|---|---|---|
| | Number of parties to be served in this case | 13 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold

508-885-4612

Fold

| Signature of Attorney or other Originator requesting service on behalf of: *William P. Youngworth III* | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 413-736-5929 | DATE 5/4/05 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk *Daniel W. Apple* | Date 5/6/05 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode |
|---|---|---|
| Address (complete only if different than shown above) | | Date of Service 5/20/05 | Time 12:35 ☑ pm |
| | | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

5/19 1330 attempted service at address n/a
1700 left message
1800 spoke with Hoyt, gave permission to leave w/ Gentile

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

# United States District Court

————————— DISTRICT OF —————————

William P. Youngworth, III,
etal.
Plaintiffs

V.

MARK A. Gentile,
etal.
Defendants

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

05 - 30108 - MAP

TO: (Name and address of defendant)

Christine Hoyt
25 Clark Street
Unit 2R
Spencer, MA. 01562

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William P. Youngworth, III Pro Se
P.O. Box 2663
Springfield, MA. 01101

an answer to the complaint which is herewith served upon you, within 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

_____
CLERK

Mary Finn
_____
(BY) DEPUTY CLERK

May 6 2005
_____
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 5/20/05 |
| NAME OF SERVER *(PRINT)* Mark Lewis | TITLE DUSM |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: U.S. Courthouse, 595 Main St. Worcester, MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other *(specify):* _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/20/05
            *Date*

_____
*Signature of Server*

Address of Server  UNITED STATES MARSHALS SERVICE
HAROLD D. DONOHUE FEDERAL BLDG.
595 MAIN STREET
WORCESTER, MA 01608

[1]    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.