**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

PLAINTIFF: William P. Youngworth III, et AL
COURT CASE NUMBER: 05-30108-MAP
DEFENDANT: Mark A Gentile, et AL
TYPE OF PROCESS: Civil Suit

SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Mark A. Gentile
AT ADDRESS: 11 Delude Ave, Spencer MA 01562

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
William P. Youngworth, III
P O Box 2663
Springfield MA 01101-2663

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 13
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

D'Ericco's Restaurant, 142/145 E. Central St. Worcester MA 508-754-3743
25 Clark St, Apt 1F, Spencer, MA 01562
10am-10pm M-Sat.

Signature of Attorney or other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: 413-736-5727
DATE: 5/4/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk
Date: 5/6/05

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

Date of Service: 5/20/05
Time: 12:35 pm
Signature of U.S. Marshal or Deputy

Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund

REMARKS:
5/19 1330 attempted service at address
1430 attempted service at work address
1900 spoke with gentile on phone will pickup at court house 5/23

PRIOR EDITIONS MAY BE USED
**1. CLERK OF THE COURT**
FORM USM-285 (Rev. 12/15/80)

# United States District Court

_____ DISTRICT OF _____

William P. Youngworth, III
et al.
Plaintiffs
v.
Mark A. Gentile, et al
Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER:

TO: (Name and address of defendant)

Mark A. Gentile
D'Errico's Restaurant
145 East Central Street
Worcester, Mass.

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William P. Youngworth, III Pro Se
P.O. Box 2663
Springfield, MA. 01101

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

Mary Finn

(BY) DEPUTY CLERK

DATE: May 1, 2005

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 5/20/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Mark Lewis | DUSM |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: U.S. Courthouse, 595 Main St. Worcester, MA.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/20/05
                Date

Signature of Server

Address of Server:
UNITED STATES MARSHALS SERVICE
HAROLD D. DONOHUE FEDERAL BLDG.
595 MAIN STREET
WORCESTER, MA 01608

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.