**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF William P. Youngworth, III et al | COURT CASE NUMBER 05-30108-MAP |
|---|---|
| DEFENDANT Mark A. Gentile et al | TYPE OF PROCESS Civil suit |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

James Gentile, Investigator

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** Mass. Attorney General's Office, 1 Exchange Pl., Worcester MA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William P. Youngworth, III
P O Box 2663
Springfield MA 01101-2663

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 13 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                                                    Fold

| Signature of Attorney or other Originator requesting service on behalf of: *William P. Youngworth, III* | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 413-736-5727 | DATE 5/4/05 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 3P | District to Serve No. 3P | Signature of Authorized USMS Deputy or Clerk *David W. Spells* | Date 5/6/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☑ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 5/25/05 | Time 2:33 ☑ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

**PRIOR EDITIONS MAY BE USED** | **1. CLERK OF THE COURT** | **FORM USM-285 (Rev. 12/15/80)**

# United States District Court

——————————— DISTRICT OF ———————————

William P. Youngworth, III
et al.
Plaintiffs

SUMMONS IN A CIVIL CASE

v.

Mark A. Gentile,
et al.
Defendants

CASE NUMBER:

05 - 30108 - MAP

TO: (Name and address of defendant)

James M. Gentile
Investigator
Massachusetts Attorney Generals Office
One Exchange Place
Worcester, Mass.

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William P. Youngworth, III Pro Se.
P.O. Box 2663
Springfield, Mass. 01101

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

_____
CLERK

Mary Finn

_____
(BY) DEPUTY CLERK

May 6, 2005

_____
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 5-25-05 |
| NAME OF SERVER (PRINT) Mark Lewis | TITLE Deputy U.S. Marshal |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Mass Attorney General's Office, Worcester, MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _5-25-05_
Date

_____
Signature of Server

Address UNITED STATES MARSHALS SERVICE
HAROLD D. DONOHUE FEDERAL BLDG.
595 MAIN STREET
WORCESTER, _____ 08

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.