U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF  William P. Youngworth III et AL | COURT CASE NUMBER  05-30108-MAP |
| DEFENDANT  Mark A. Gentile et AL | TYPE OF PROCESS  Civil Suit |

SERVE ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

John J. Conte, District Attorney

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

AT  Court House, 2 Main St. Worcester MA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| William P. Youngworth III  PO Box 2663  Springfield MA 01101-2663 | Number of process to be served with this Form - 285 : **1** |
| | Number of parties to be served in this case : **13** |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                                                     Fold

| | | | |
|---|---|---|---|
| Signature of Attorney or other Originator requesting service on behalf of:  William P. Youngworth III | ☑ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER  413-736-5727 | DATE  5/4/05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 3P | No. 3P | David W. Spell | 5/6/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☑ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 5/25/05  Time: 2:19 ☑ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

5/25/05 — Process left w/ Clerk @ front window
of DA's office.

# United States District Court

_____ DISTRICT OF _____

William P. Youngworth, III.
et al.
Plaintiffs

v.

Mark A. Gentile
et al.
Defendants

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

05-30108-MAP

TO: (Name and address of defendant)

John J. Conte
Worcester County District Attorney
2 Main Street - Courthouse
Worcester, Mass.

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William P. Youngworth, III, Pro Se.
P.O. Box 2663
Springfield, MASS. 01101

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

May 6, 2005

CLERK

Mary Finn

(BY) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 5-25-05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Mark Lewis | Deputy US Marshal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Process left w/clerk at DA's Office

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    5-25-05
                Date

Signature of Server

Address of Server
UNITED STATES MARSHALS SERVICE
HAROLD D. DONOHUE FEDERAL BLDG.
595 MAIN STREET
WORCESTER, MA 01608

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.