## CERTFICATE OF SERVICE

Defendant's Mark A. Gentile and Maryanne (Paicopoulos) Gentile do hereby swear and affirm that they caused the attached answers to complaint # 05-30108-MAP to be served on the defendants this eighth day of June, 2005 by mailing copies of the same by first class mail, postage prepaid, to their post office box, P.O. Box 2663, Springfield, Mass. 01101.

Signed,

_____
Mark A. Gentile

_____
Maryanne (Paicopoulos) Gentile