United States of America
United States District Court
District of Massachusetts

William P. Youngworth IV
William P. Youngworth III
Plaintiffs

Civil Action No. 05-30108-MAP

v.

| | |
|---|---|
| Mark A. Gentile, AKA Mario Stiletto | } |
| Maryanne Paicopoulous AKA Mary E. Youngworth | } |
| Christine Hoyt | } |
| Carole M. Cristo | } |
| Scott Griffin | } |
| David Darin | } |
| Safety Plan Advocate for E. Brookfield Court | } |
| James M. Gentile | } |
| John J. Conte | } |
| Thomas Reilly | } |
| Nancy A. Alterio | } |
| Town of Spencer | } |
| Commonwealth of Massachusetts | } |

ANSWER TO COMPLAINT

Attorney for Defendant: Christine Hoyt, Pro Se

Address: 25 Clark Street, Spencer, Worcester County, MA 01562

Phone: 508 885 4612

1

United States of America
United States District Court
District of Massachusetts

Civil Action No. 05-30108-MAP

I hereby certify that documents attached in relation to Civil Action 05-30108 MAP, in answer for the defendant Christine Hoyt, where delivered in the following manner:

William P. Youngworth IV :   By mail on June 3, 2005 to William P. Youngworth, Pro Se
William P. Youngworth III    at PO Box 2663, Springfield, MA 01101
Plaintiffs

v.

Mark A. Gentile, AKA Mario Stiletto: In person at 25 Clark St., Spencer, MA *CeH*
Maryanne Paicopoulous AKA Mary E. Youngworth: In person at 25 Clark S.t, Spencer, MA *CeH*
Christine Hoyt - none N/A
Carole M. Cristo: By USPS mail at the East Brookfield District Court House, E.Brkfld, MA *CeH*
Scott Griffin: By delivery in person at Spencer Police Department, Dewey St., Spencer, MA *CeH*
David Darin: By delivery in person at Spencer Police Department, Dewey St., Spencer, MA *CeH*
Safety Plan Advocate for E. Brookfield Court: By USPS mail at the East Brookfield District *CeH* Court House, E.Brkfld, MA
James M. Gentile: By USPS delivery at MA Attorney General Office, Central Division, 1 *CeH* Exchange Place, Worcester, MA
John J. Conte: By USPS delivery at Worcester District Court, Main St.. Worcester, MA *CeH*
Thomas Reilly: Attorney General's Office, 1 Ashurbton Place, Boston, MA *CeH*
Nancy A. Alterio: By USPS delivery at Disable Persons Protection Commission, 50 Ross Way, *CeH* Quincy, MA
Town of Spencer: By USPS mail at Town Hall, Main St., Spencer, MA *CeH*
Commonwealth of Massachusetts: Not sent, or delivered.

Attorney for Defendant: Christine Hoyt, Pro Se

Defendant: Christine Hoyt    *Christine Hoyt June 3, 2005*

25 Clark Street

Spencer, MA 01562

508 885 4612

Plaintiff(s) William Youngworth III, William Youngworth IV

vs. )

Defendant(s) Mark Gentile et al.

<u>Christine Hoyt</u>          , defendant, answers the complaint of
<u>William Youngworth III et al.</u>, plaintiff, in this action as follows:

## ANSWER

### INTRODUCTORY STATEMENT

1 In November, 2003 I rented the first floor front apartment at 25 Clark Street, Spencer, MA 01562 to Mark A. Gentile. Attachments enclosed rental agreement and related receipts, addendum pages 1-4.

2 I was told by William P. Youngworth's III (herein called Youngworth) that the arrangements for this apartment related to need for imminent surgery to remove staples from his cheek and that the occupants would be Mark A. Gentile (herein called Gentile), William Youngworth IV and Mary Paicopolous while Youngworth had this surgery. I was also told by Youngworth that during his recuperation, he would be residing at the 25 Clark St. address. At that time Youngworth identified Gentile as his stepbrother or half-brother.

3 Some later date Mary Paicopolous filed a restraining order against Youngworth, which I understand was granted by the court. I was informed by both Gentile and Youngworth that the restraining order did not include Youngworth's eviction from the premises. Youngworth phoned me and told me he intended to move out rather than live with his (expletive) relatives. He did move out shortly thereafter.

4 Since his leaving the premises Youngworth has continued to harass me by writing to other

2

tenants indicating that I would be losing the premises ( Addendum page 5) and numerous other letters, emails etc. although I informed him that any contact from him other than by certified mail through an attorney would be considered harassment.

5 I have additionally enclosed a letter from Youngworth providing credit history that he obtained for himself and Gentile in relation to the application for renting the apartment. These documents I believe are falsified and do not come from Equifax as Youngworth states. (Addendum page 6-8)

## RESPONSE TO PRELIMINARY ALLEGATIONS

In answer to paragraph 411, defendant Christine Hoyt denies the allegations in this paragraph.

In answer to paragraph 412, defendant Christine Hoyt denies the allegations in this paragraph.

In answer to paragraph 413, defendant Christine Hoyt denies the allegations in this paragraph.

In answer to paragraph 413A, defendant Christine Hoyt denies the allegations in this paragraph.

In answer to paragraph 413B, defendant Christine Hoyt is without sufficient information or belief to admit or deny the allegations in this paragraph. Based on this lack of information or belief, defendant denies the allegations.

In answer to paragraph 413C, defendant Christine Hoyt is without sufficient information or belief to admit or deny the allegations in this paragraph. Based on this lack of information or belief, defendant denies the allegations.

In answer to paragraph 413D, defendant Christine Hoyt denies the allegations in this paragraph.

In answer to paragraph 413E, defendant Christine Hoyt is without sufficient information or belief

to admit or deny the allegations in this paragraph. Based on this lack of information or belief, defendant denies the allegations.

In answer to paragraph 413F, defendant Christine Hoyt denies the allegations in this paragraph.

In answer to paragraph 413G, defendant Christine Hoyt is without sufficient information or belief to admit or deny the allegations in this paragraph. Based on this lack of information or belief, defendant denies the allegations, defendant Christine Hoyt denies the allegations in this paragraph.

In answer to paragraph 413H , defendant Christine Hoyt is without sufficient information or belief to admit or deny the allegations in this paragraph. Based on this lack of information or belief, defendant denies the allegations in this paragraph.

In answer to paragraph 413I, defendant Christine Hoyt is without sufficient information or belief to admit or deny the allegations in this paragraph. Based on this lack of information or belief, defendant Christine Hoyt denies the allegations in this paragraph.

In answer to paragraph 413J, defendant Christine Hoyt is without sufficient information or belief to admit or deny the allegations in this paragraph. Based on this lack of information or belief, defendant Christine Hoyt denies the allegations in this paragraph.

In answer to paragraph 413K, defendant Christine Hoyt is without sufficient information or belief to admit or deny the allegations in this paragraph. Based on this lack of information or belief, defendant Christine Hoyt denies the allegations in this paragraph.

In answer to paragraph 414 A, defendant Christine Hoyt is without sufficient information or belief to admit or deny the allegations in this paragraph. Based on this lack of information or belief, defendant Christine Hoyt denies the allegations in this paragraph.

In answer to paragraph 414B, defendant Christine Hoyt is without sufficient information or belief to admit or deny the allegations in this paragraph. Based on this lack of information or belief, defendant Christine Hoyt denies the allegations in this paragraph.

In answer to paragraph 414C, defendant Christine Hoyt is without sufficient information or belief to admit or deny the allegations in this paragraph. Based on this lack of information or belief, defendant Christine Hoyt denies the allegations in this paragraph.

In answer to paragraph 414D, defendant Christine Hoyt is without sufficient information or belief to admit or deny the allegations in this paragraph. Based on this lack of information or belief, , defendant Christine Hoyt denies the allegations in this paragraph.

In answer to paragraph 414E, defendant Christine Hoyt is without sufficient information or belief to admit or deny the allegations in this paragraph. Based on this lack of information or belief,

defendant Christine Hoyt denies the allegations in this paragraph.

In answer to paragraph 414F, defendant Christine Hoyt is without sufficient information or belief to admit or deny the allegations in this paragraph. Based on this lack of information or belief, defendant Christine Hoyt denies the allegations in this paragraph.

In answer to paragraph 415A, defendant Christine Hoyt is without sufficient information or belief to admit or deny the allegations in this paragraph. Based on this lack of information or belief, defendant Christine Hoyt denies the allegations in this paragraph.

In answer to paragraph 415B, defendant Christine Hoyt is without sufficient information or belief to admit or deny the allegations in this paragraph. Based on this lack of information or belief, defendant Christine Hoyt denies the allegations in this paragraph.

In answer to paragraph 415C, defendant Christine Hoyt is without sufficient information or belief to admit or deny the allegations in this paragraph. Based on this lack of information or belief, defendant Christine Hoyt denies the allegations in this paragraph.

In answer to paragraph 415D, defendant Christine Hoyt is without sufficient information or belief to admit or deny the allegations in this paragraph. Based on this lack of information or belief, defendant Christine Hoyt denies the allegations in this paragraph.

In answer to paragraph 416A, defendant Christine Hoyt is without sufficient information or belief to admit or deny the allegations in this paragraph. Based on this lack of information or belief, defendant Christine Hoyt denies the allegations in this paragraph.

In answer to paragraph 416B, defendant Christine Hoyt is without sufficient information or belief to admit or deny the allegations in this paragraph. Based on this lack of information or belief, defendant Christine Hoyt denies the allegations in this paragraph.

In answer to paragraph 417A, defendant Christine Hoyt is without sufficient information or belief to admit or deny the allegations in this paragraph. Based on this lack of information or belief, defendant Christine Hoyt denies the allegations in this paragraph.

In answer to paragraph 417B, defendant Christine Hoyt is without sufficient information or belief to admit or deny the allegations in this paragraph. Based on this lack of information or belief, defendant Christine Hoyt denies the allegations in this paragraph.

In answer to paragraph 417C, defendant Christine Hoyt is without sufficient information or belief to admit or deny the allegations in this paragraph. Based on this lack of information or belief, defendant Christine Hoyt denies the allegations in this paragraph.

In answer to paragraph 418A, defendant Christine Hoyt denies the allegations that the plaintiff has put forth and further states the complaint is barred in whole or in part by plaintiff's unclean hands.

In answer to paragraph 418B, defendant Christine Hoyt denies the allegations that the plaintiff has put forth and further states the complaint is barred in whole or in part by plaintiff's unclean hands.

In answer to paragraph 418C, defendant Christine Hoyt denies the allegations that the plaintiff has put forth and further states the complaint is barred in whole or in part by plaintiff's unclean hands.

In answer to paragraph 418D, defendant Christine Hoyt denies the allegations that the plaintiff has put forth and further states the complaint is barred in whole or in part by plaintiff's unclean hands.

In answer to paragraph 418E, defendant Christine Hoyt denies the allegations that the plaintiff has put forth and further states the complaint is barred in whole or in part by plaintiff's unclean hands.

Date: __June 3, 2005__

Signature: *Christine Hoyt*

Attorney for:   Christine Hoyt, defendant

Respectfully submitted by the defendant, Pro Se

*Christine Hoyt, Pro Se*

Christine Hoyt, Pro Se
25 Clark Street
Spencer, MA 01562
508 885 4612