United States of America
United States District Court
District of Massachusetts

William P. Youngworth IV
William P. Youngworth III
Plaintiffs

Civil Action No. 05-30108-MAP

v.

| | |
|---|---|
| Mark A. Gentile, AKA Mario Stiletto | } |
| Maryanne Paicopoulous AKA Mary E. Youngworth | } |
| Christine Hoyt | } |
| Carole M. Cristo | } |
| Scott Griffin | } |
| David Darin | } |
| Safety Plan Advocate for E. Brookfield Court | } |
| James M. Gentile | } |
| John J. Conte | } |
| Thomas Reilly | } |
| Nancy A. Alterio | } |
| Town of Spencer | } |
| Commonwealth of Massachusetts | } |

ADDENDUM TO ANSWER

Attorney for Defendant: Christine Hoyt, Pro Se

Defendant: Christine Hoyt  *Christine Hoyt, Pro Se*

25 Clark Street

Spencer, MA 01562

508-885-4612

CONTENTS

1- 3   Apartment Rental Contract between Mark Gentile and Christine Hoyt dated November 2003

4      Rental receipts for above.

5      Letter from William Youngworth III to tenant Amber Start, sent March 18, 2004 by postmark, indicating that the Property of Christine Hoyt is in jeopardy, that insurance for that property will be voided and may be subject to Sheriff's sale.

6      Letter from William Youngworth III indicating he is forwarding Equifax Credit History Documents that he obtained for himself and Mark Gentile on the Internet, said documents are actually copies of the Equifax screen that have been altered and are thus false credit reports.

7      Falsified credit report of William P, Youngworth III, supplied by William P. Youngworth III.

8      Falsified credit report of Mark A. Gentile, supplied by William P. Youngworth III..

## RENTAL AGREEMENT 25 Clark Street, Spencer, MA 01562

I/We __Christine Hoyt__ of Spencer, Massachusetts, hereinafter referred to as OWNER, hereby rent to __Mark Gentile__, hereinafter referred to as TENANT, who hereby hires the following premises viz: __1st floor front__, Spencer, MA, commencing on __11-18__ 2003. TENANT assumes the responsibility for the payment of rent and maintenance of the property as outlined below.

**RENT:** The term rent shall be $ __675__.00 monthly, payable except as herein otherwise provided, in installments of $__675__.00 ON or BEFORE the ~~first~~ _fifteenth_ day of each month, in advance, as long as this agreement is in force and effect. The tenant will be assessed a late fee of $25.00 (twenty-five dollars) for late payments, beyond the scheduled due date, unless a prior arrangement or agreement exists.

TENANT shall pay, as they become due, all bills for gas, electricity and other utilities whether they are used for furnishing heat or other purposes, including hallway and porch lighting, that are furnished to the demised premises and presently separately metered. OWNER agrees to furnish cold water.

1. **WASHING/LAUNDRY:** Washing/laundry water is supplied to the apartment solely for the use of the legal occupants of this dwelling. If it becomes evident that the TENANT(s) supplies such facilities for use for any outside individual or performs laundry service for any person other than the legal occupants of the indicated apartment, the OWNER will exercise his/her right to disconnect washing machine connections permanently. No car washing, filling swimming pools or outside water use is provided or permitted.

2. TENANT shall not paint, decorate, wallpaper or otherwise embellish and/or change and shall not make nor suffer any additions or alterations to be made in or to the demised premises without prior written consent of the OWNER, nor make or suffer any waste.

3. TENANT agrees that no waterbeds will be on the demised premises.

4. TENANT agrees that the TENANT is allowed no CO-TENANT or CO-TENANTS. Occupancy of said apartment is restricted to those TENANTS listed in the first paragraph of this agreement and their MINOR children custodial children only. The TENANT may not under any condition assign or underlet or sublet any part or whole of the rented premises.

5. **DISTURBANCE -ILLEGAL USE:** Neither the TENANT, nor his/her family, friends, relatives, invitee, visitors, agents or servants shall make or suffer any unlawful, noisy or otherwise offensive use of the demised premises, nor commit or permit any nuisance to exist thereon, nor cause damage to the demised premises, nor create any substantial interference with the rights, comfort safety, enjoyment of the owners or other occupants of the same or any other apartment, nor make any use whatsoever thereon than as and for the private residence. No articles shall be hung or shaken from the windows, doors, porches, balconies or placed on exterior windowsills or railings.

6. **INSURANCE:** TENANT understands that it shall be his/her own legal obligations to insure his/her personal property.

7. **LOSS OR DAMAGE:** Tenant agrees to indemnify and save the owner harmless from all nuisances made or suffered on the demised premises by the tenants, his/her family, friends, relatives, invitee, visitors, agents or servants or from any carelessness, neglect or improper

1

conduct of any such persons. All personal property in any part of the building within the control of the tenant shall be at the sole risk of the tenant. The OWNER is not responsible for damage, loss, theft or in other any way, for property placed on porches, under porch storage areas or stored, kept in areas outside the individual apartment of the TENANT. Subject to the provisions of applicable law, the owner shall not be liable for damage to or loss of property of any kind which may be lost or stolen, damaged or destroyed by fire, water, steam, defective refrigeration, elevators, or otherwise, while on the demised premises or in any personal injury, unless caused by negligence of the owner.

8. **PETS: NO dogs, cats or other animals**, birds, reptiles or pets shall be kept in or upon the rented premises without the OWNERS written consent and consent, so given, can be revoked at ANY time.

9. **VEHICLES:** No unregistered vehicles may be stored on the property at ANY time, nor may the property be used for parking or storage of any campers, trailers, boats, snowmobiles or similar vehicles. Any personal vehicle or vehicles used by the tenant for work purposes must meet the specifications of the zoning laws of the town of Spencer, MA. Not more than two legally registered vehicles per apartment may be kept on the property at any time by the tenant(s). Said vehicles must be the tenant's property or the property of the legal occupants of said tenants' unit.

10. **RIGHT OF ENTRY**: The OWNER may enter upon the rented premised to make, inspect the premises, or to show the premised to prospective tenants, purchasers, mortgagees, appraisers or insurance adjusters. The owner may also enter upon said premises if same appear to have been abandoned by the tenant or as otherwise permitted by law.

11. **NONPERFORMANCE OR BREACH BY TENANT:** If the tenant shall fail to comply with any lawful term, condition, covenant, obligation or agreement expressed herein or implied hereunder, or if the tenant shall be declared bankrupt, or insolvent according to law of if any assignment of the tenants' property shall be made for the benefit of creditors, or if the premises appear abandoned, then and in any of the said cases, notwithstanding any license or waiver of any breach of any of said terms, conditions, covenants, obligations or agreements, the owner without necessity or requirements of making any entry, may (subjects to tenants rights under applicable law) terminate this agreement by:

   a) a seven days written notice sent to the tenant to vacate said premises in case of any breach
   Except only for nonpayment: or
   b) a fourteen days written notice sent to the tenant to vacate the rented premised upon neglect or refusal of tenant to pay the rent as herein provided.

Any termination under this section shall be without prejudice to any remedies which might otherwise be used for arrears of rent or preceding breach of any of the said terms, conditions, covenants, obligations or agreements.

12. **AGREEMENT COPY:** The owner shall deliver a copy of the rental agreement, duly executed by the owner or their authorized agent, to the tenant within thirty days after a copy hereof, duly executed by the tenant, has been delivered to the owner.

13. **DAMAGE DEPOSIT**: Owner acknowledges on this date of ___11-18___, 200_3_, receipt from the tenant _three hundred fifty and 00/100_ the sum of $ _350_.00 as advance payment that is intended to be provided as a DAMAGE/SECURITY DEPOSIT and NOT as last

2

months rent or a portion thereof. This deposit, plus any accrued interest, will be returned to the tenant within 60 (sixty) days of vacating the property, minus any funds used for repair or damages to the premises attributed to the tenant's occupancy. Accrued interest will be paid to the tenant on an annual basis.

**14. TERMINATION OF RENTAL AGREEMENT:** A thirty (30) day WRITTEN notice to the owner is required, ON or PRIOR to the first day of the last month the tenant intends to occupy the premises. Except as stated previously in this agreement, the owner shall provide the tenant with a thirty (30) day written notice if the owner intends to terminate this agreement.

**15. INSUFFICIENT FUNDS/RETURNED CHECKS:** If at any time during this agreement the tenant's rental payment is returned to the owner by a banking or other institution for insufficient funds, the tenant will be required to reimburse the owner for any charges to the owner's account. The owner will provide the tenant with a copy of such assessed charges.

**16. KEYS AND LOCKS:** Locks shall NOT be changed altered or replaced, or new locks added without written permission of the owner. Any locks so permitted become the property of the owner and may not be removed by the tenant. The tenant agrees to immediately provide the owner with a duplicate key for any such locks changed, altered or replaced by the tenant. At the termination of this agreement, all keys held by the tenant shall be returned to the owner, including duplicate keys made by the tenant. If ALL keys are not returned, the owner reserves the right to replace said keys or locks as necessary from funds within the tenant's security deposit.

**17. COMMON AREAS:** No receptacles, vehicles, carriages, bicycles or other articles or obstructions shall be placed in the halls, passageways or on porches or other common areas of the building or property.

**18. TRASH/RECYCLING:** Household trash in SEALED, plastic bags only, should be deposited in the dumpster. Any tenant who so wishes, may procure a transfer station sticker from the town of Spencer, MA. Disposal of any large items such as furniture, mattresses, appliances, metals, demolition debris, wood material, appliances, computers, televisions or other items that would incur a fee for disposal at the transfer station are not considered household trash and therefore disposal of these items will be responsibility of the tenant. They should NOT be placed in the dumpster. The dumpster is emptied twice a week, usually Monday and Thursdays. Tenants should follow the recycling policies of the town of Spencer, MA.

**19. FLAMMABLE MATERIALS:** Tenant agrees that no gas/charcoal grills, propane tanks, gasoline cans, or other flammable materials shall be kept in/near the dwelling or in any adjacent storage area or on the porches of said property as according to the Spencer Board of Health or other state law.

I/WE agree to the terms stated in the above rental agreement.

TENANTS:
NAME _____Mark Hentub_____ date __11/18/03__

NAME _____ date _____

OWNER:
NAME _____Christine Hoyt_____ date __11-18-2003__

3

# STATEMENT OF RECEIPT - RENTAL AT 25 CLARK STREET, SPENCER, MA

I, Christine Hoyt, acknowledge the receipt of the following monies from _Mark Gentile_ for rental of apartment _1 Front_ at 25 Clark Street, Spencer, MA commencing on _11-18-2003_.

First months rent in the amount of :  $ _675_.00

Last months rent in the amount of :  $ _675_.00

Security deposit in the amount of:  $ _350_.00

TOTAL: $ _1700_.00

I further state that the security deposit noted above is held in the following interest bearing account:

ACCOUNT #_____ at Spencer Savings Bank.

and that the last months rent deposit noted above is held in the following interest bearing account:

ACCOUNT # _____ at Spencer Savings Bank.

OWNER _____ date _____

I/We _____, tenants at the above address acknowledge receipt of a copy of the following:

Rental agreement signed and dated: _11-18-2003 CH    MG_

Security deposit/last months rent receipt: _11-18-2003 CH    MG_

Statement of condition of said apartment: _____

Copy of MA Lead Paint Law: _____

Hazard Insurance Policy # for said property: _0414413-10_

Insured through _MASSACHUSETTS PROPERTY OWNERS UNDERWRITING ASSX._

I/We further acknowledge that interest accrued for both the above mentioned security deposit and last months rent deposit will be payed to us by the owner on an annual basis, at the current rate of return for said accounts at Spencer Savings bank.

Name _Mark Gentile_ date _11/18/03_

Name _____ date _____

4

Dear Amber,

I am not sure if you really know what happened. It was nothing more than my being fed up with my 'lovely' sister and that horrid fag failing to give me proper accounting for my money.

You'll remember I was away during the school vacation. It was then I found out those two were stealing. I vowed to come home and get to the bottom of this and they pulled their restraining order game.

Surely you don't need any of this headache but the problem is Chris was in on it. The lawyers are moving in on her very shortly. I don't want you to worry. I wouldn't do anything that hurts you and the kids but Chris is in big trouble. That is a sad fact. She might think the local cops will cover her but this is far beyond Spencer now. I know everything.

To the point - Chris' property is in trouble. A criminal act voids her insurance coverage - real suit, judgment and sheriff's sale. That is a process but the button has been pushed. Just relax, I'm an old hand at this stuff and the process won't hurt you. I promise and my word is good.

P.S. Billy says hi to Brian

Bill Youngworth

5

Dear Chris,

Attached hereto is what Equifax gives out for the free reports for Mass Residents. I think any other questions you might have would be answered to your satisfaction if you could stop by Derrico's and see Mark. We have a major operation there and our ability to pay our bills. Stop by and get some dinner on us. Bring a friend.

Because of your upcoming vacation and my need to get settled so I can schedule my surgery which is going to be done at the Mass General, I hope you can let us know as soon as possible. Should you decide we are qualified applicants Mark will give you a check on the spot. Mark's family has ties to Spencer going back 30 years. He is very well known in the community.

Your building would be perfect for us. My son is very excited in the prospect of living there. I will call your friend with the Kennel tomorrow. Thank you for that tip.

I am certain you would find us good tenants and we would be living for a fraction of the price we do now. Mark has just about been living out of his office because of the distance of this commute. I very much want my brother to be settled.

My number again is 413-527-5749 and my e-mail address is Youngwor4@aol.com. Mark can be reached at 774-261-0053. That's his cell phone. The business number is 508-754-3743. You can also call Ronny Chase at home 508-791-7890. He would give us glowing references. Considering his standing in the community I could not have a better reference. I will give him a call in where I did not get your last name and make him aware that you might be calling.

Thanking you in advance for your time and consideration, I am.

Very truly yours,

William P. Youngworth, III

# EQUIFAX Personal Solutions

Q EQUIFAX.COM | PERSONAL SOLUTIONS | CONTACT US

United States → MY EQUIFAX → PRODUCTS → CREDIT EDUCATION → HELP → ONLINE C

Personal Solutions > Products > Equifax Credit Report™ Free report for Massachusetts Resident

## Sample Equifax Credit Report™

**EQUIFAX CREDIT REPORT™**

Click to ORDER NOW →

NEW Enhanced Layout! Your definitive credit file - essential information you should have!

**$ 9.00**

Report Date: November 9, 2003    Printer Friendly Report    Order New Report

WELCOME TO YOUR EQUIFAX CREDIT REPORT™



Personal Information

Personal Report for:
**William P. Youngworth, III**

Report Confirmation Number:
**091269041709**

Credit Summary

Mortgage Accounts
Installment Accounts
Revolving Accounts
Other Accounts
Open Accounts
Closed Accounts
Accounts in Good Standing
Accounts Currently Past Due
Negative Account History
Inquiries

Account Information

Inquiries

Collections

Public Records

Dispute File Information

Printer Friendly Report

### 2. Credit Summary

The following information is a summary of the Account Information in this report. To vie in full detail, see the Account Information section. If you believe that any of this info ma please see the Dispute File Information section at the end of this report. This inform ati in time and reflects account statuses and balances as of the date you pulled this re ort

| Type of Account | Number of Accounts | Total Balance of Accounts |
|---|---|---|
| Mortgage | 7 | all mortgages paid off |
| Installment | total/ 182 | zero |
| Revolving | 0 | |
| Other | 10 | $4,800 |
| Total Acounts | 17 | $4,800 |
| Number of Open Accounts | 2 | |
| Number of Closed Accounts | 23 | |
| Total Accounts in Good Standing | 23 | |
| Accounts Currently Past Due | 0 | |
| Negative Account History | 0 | |
| Inquiries In Last 12 Months | 2 | |

https://www.econsumer.equifax.com/consumer/forward.ehtml?forward=cr_online                    11/9/2003

7

Equifax Personal Solutions                                      Page 1 of 2

# EQUIFAX Personal Solutions



United States  → MY EQUIFAX | → PRODUCTS | → CREDIT EDUCATION | → HELP | → ONLINE I:

Personal Solutions > Products > Equifax Credit Report™ > Free credit report for Massachusetts Resident

## Sample Equifax Credit Report™

**EQUIFAX CREDIT REPORT™** [New Enhanced Layout]
Your definitive credit file
— essential information
you should have!

**$ 9.00**

Report Date: November 9, 2003        Printer Friendly Report        Order New Report

WELCOME TO YOUR
EQUIFAX CREDIT REPORT™



Personal Report for:                              Report Confirmation Number

### Mark A. Gentile                              091269041703

**2. Credit Summary**

The following information is a summary of the Account Information in this report. To view in full detail, see the Account Information section. If you believe that any of this information, please see the Dispute File Information section at the end of this report. This information in time and reflects account statuses and balances as of the date you pulled this report.

| Type of Account | Number of Accounts | Total Balance of Accounts |
|---|---|---|
| Mortgage | 1 | $150,000 |
| Installment | 6 | $5,000 |
| Revolving | 14 | $8,000 |
| Other | 1 | $2,800 |
| **Total Acounts** | **22** | **$165,800** |

| | |
|---|---|
| Number of Open Accounts | 6 |
| Number of Closed Accounts | 15 |
| Total Accounts in Good Standing | 22 |
| Accounts Currently Past Due | 0 |
| Negative Account History | 0 |
| Inquiries in Last 12 Months | 2 |

https://www.econsumer.equifax.com/consumer/forward.ehtml?forward=cr_online        11/9/200:

8