UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM P. YOUNGWORTH, III, et al ) | CIVIL ACTION No. |
| PLAINTIFF ) | 05-30108-MAP |
| ) | |
| v. ) | |
| ) | |
| MARK A. GENTILE, et al ) | |
| DEFENDANT ) | |

### PLAINTIFF'S MOTION FOR SUMMARY DEFAULT JUDGMENT AGAINST "SAFETY PLAN ADVOCATE"

Comes now the plaintiffs in the above entitled action who moves this Honorable Court to issue a decree of summary default judgment pursuant to the Fed. R. Civ. P. 55.

In support of this motion the plaintiffs hereby say and affirm under oath that on or about May 6, 2005 they caused an action pursuant to 42 USC Section 1983 to be served upon the above named defendant. On May 20, 2005 the United States Marshal Service made service upon this defendant at the East Brookfield District Court located in East Brookfield, Massachusetts. Service for this defendant was accepted by a Carole Cristo, a co-defendant of the "Safety Plan Advocate" in the instant complaint.

For the first time, after receiving the United States Marshals Service form "USM-285" and calling the United States Marshal Service for clarification, the plaintiffs learned via the accepting of this service by Carole Cristo, that the "Safety Plan Advocate" is named "Jennifer McGinnis". This information was previously withheld from the plaintiffs.

Service for this defendant was accepted by Carole Cristo on May 20, 2005 at 8:30 AM. In accordance to the Summons served with this complaint this defendant failed to respond

-2-

to the plaintiff's complaint within 20 days. This defendant has still not responded to the plaintiff's complaint and has therefore defaulted in accordance to the Federal Rules of Civil Procedure.

Wherefore: The plaintiffs pray this Honorable Court enter an order declaring the Defendant "Safety Plan Advocate" (Jennifer McGinnis) has defaulted and the plaintiffs be granted Summary Default Judgment pursuant to Fed. R. Civ. P. 55. on their complaint before this Honorable Court on its Docket Number 05-30108-MAP.

Respectfully submitted,

*[signature]* Pro Se
William P. Youngworth, III
Plaintiff Pro Se

*[signature]* William Youngworth IV Pro Se
William P. Youngworth, IV
Plaintiff Pro Se

P.O. Box 2663
Springfield, Massachusetts 01101
413-736-5727

Dated: 6/28/05

United States Marshals Service — See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| William P. Youngworth III et al | 05-30108-MAP |
| DEFENDANT | TYPE OF PROCESS |
| Mark A. Gentile et al | Civil Suit |

SERVE: NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
(Safety Plan Advocate) - Identity Unknown

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT: E. Brookfield District Court Rte 9 E. Brookfield MA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William P. Youngworth, III
P O Box 2663
Springfield MA 01101-2663

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 13
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

508-885-6305
9-400

Signature of Attorney or other Originator requesting service on behalf of:
William P. Youngworth, III
☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: 413-736-5727
DATE: 5/4/05

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. Total Process: 1 | District of Origin No.: 2 | District to Serve No.: 2 | Signature of Authorized USMS Deputy or Clerk | Date: 5/6/05

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Carol [illegible]

Date of Service: 5/26/05   Time: 8:50 am
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

NOTE

## CERTIFICATE OF SERVICE

Come now the Plaintiffs who serves upon this Court by and through the Civil Clerk the plaintiff's foregoing motion for summary default judgment against the "Safety Plan Advocate" (Jennifer McGinnis) by serving same via United States First Class Mail at his usual place of business.

William P. Youngworth, III
Plaintiff Pro Se, by and for Co-Plaintiff
William P. Youngworth, IV
P.O. Box 2663
Springfield, Massachusetts
01101
413-736-5727