# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **WILLIAM P. YOUNGWORTH, III, ET AL.,**<br>Plaintiff<br><br>V.<br><br>**MARK A. GENTILE, ET AL**<br>Defendants | CIVIL ACTION<br><br>NO. 3:05-CV-30108-MAP |

### NOTICE OF DEFAULT

Upon application of the Plaintiff, <u>William p. Youngworth, III, et al.,</u> for an order of Default for failure of the Defendant, <u>Safety Plan Advocate</u>, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this <u>29</u> day of <u>June</u>, 2005.

Sarah A. Thornton, Clerk

By:  /s/ *Maurice G Lindsay*
Maurice G. Lindsay, Deputy Clerk

Notice mailed to:

❏   Plaintiff's William P. Youngworth, III, et al.
❏   Defendant Safety Plan Advocate, Attn. Jennifer McGinnis