UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM P. YOUNGWORTH, III , et al ) | CIVIL ACTION No. |
| ) | 05-30108-MAP |
| PLAINTIFFS ) | |
| ) | |
| v. ) | |
| ) | |
| MARK A. GENTILE, et al ) | |
| DEFENDANTS ) | |

## PLAINTIFFS' AMENDED MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT "SAFETY PLAN ADVOCATE"

Comes now the Plaintiffs in the above entitled matter who moves this Honorable Court to amend the term "Summary Default Judgment" which was the title of this motion filed less than 24 hours ago via U.S. Mail service upon this Honorable Court. The plaintiff's state (and will explain below) that incorporating the term "Summary Default Judgment" pursuant to Fed R. Civ. P. 55 was accidentally caused by several contributing factors.

The Plaintiff William P. Youngworth, III (herein "W.P.Y., III) accesses the Fed. R. Civ. P. through a download of the U.S. Courts Website in a PDF Adobe Acrobat format. This download places the format in an off center placement after the print is magnified using the toolbar on the computer the plaintiffs use to craft their pleadings. The plaintiff W.P.Y., III crafts all the pleadings in this matter but with the assistance of his Co-Plaintiff (his 13 year old Son) and their caretaker. A mistake was caused in where Rules 55 and 56 were co-mingled while researching. The plaintiff W.P.Y., III, has made this Court aware in numerous pleadings, he suffers from visual impairments and a multitude of other medical

-2-

issues. On 6/25/05 plaintiff W.P.Y., III was struck in the damaged quadrant of his face with a baseball while attending his son's little league game. He sought treatment at the Mercy Hospital E.R. that evening. Plaintiff W.P.Y., III was given a powerful injection of Morphine and sent home under several orders by the Hospital. What little vision this plaintiff has was further diminished in the latest incident. This plaintiff has to wait until 7/7/05 to see his Ophthalmologist James Rosenthal, MD. At present this plaintiff uses a magnifying device used in coin and stamp examination to assist him. Thereafter, with his Son's help, they craft various pleadings. After that the plaintiff's caretaker proof reads the pleadings. However, yesterday, the plaintiff's caretaker was in a hospital herself and the plaintiff's mailed the pleading prior to her proof reading it.

Now that the mistake of braiding both rules 55 and 56 together has been caught the Plaintiff's have quickly moved to correct this mistake. This amendment will be hand delivered to this Court in the next several hours and will probably arrive prior to the mistaken previous pleading. The plaintiffs only move this Court to strike

In support of this motion the plaintiffs will attach hereto the proper supporting affidavit. The plaintiffs now hereby moves this Court by and through the Clerk to make entry of judgment pursuant to rules Fed R. Civ P. 55 (a) and (b).

The defendant "Safety Plan Advocate" (now known after service by U.S. Marshal as "Jennifer McGinnis") was served on May 20, 2005 at 8:30 AM, with service being accepted by co-defendant Carole Cristo, at the East Brookfield District Court, located in East Brookfield, Massachusetts, with the plaintiff's complaint. This Complaint was received by the Marshal Service on May 6, 2005 and mailed back to plaintiffs, with all

-3-

service of on defendants being completed, post marked 6/7/05.

The defendant "Safety Plan Advocate" is neither an infant nor incompetent. Very much so to the contrary. This defendant is employed as a Judicial Advocate and is well familiar with Court processes and pleadings.

Wherefore: The plaintiffs pray to following relief:

1. That this Honorable Court's Clerk make Entry of Judgment by Default.

2. That the Plaintiff's demand for Compensatory Damages in the amount of $100,000 within their complaint against this defendant be incorporated in the Entry of Judgment by Default.

3. That the Plaintiff's demand for Punitive Damages in the amount of $100,000 within their complaint against this defendant be incorporated in the Entry of Judgment by Default.

4. Pursuant to Rule 5 of the Fed. R. Civ P. service upon this defendant is not required as this defendant has defaulted and failed to appear in this matter.

Respectfully submitted,

William P. Youngworth, III
Plaintiff Pro Se

William P. Youngworth, IV
Plaintiff, Pro Se
P.O. Box 2663
Springfield, Mass. 01101
413-736-5727

## PLAINTIFF'S AFFIDAVIT IN SUPPORT OF DEFAULT JUDGEMENT

Comes now the Plaintiffs William. P. Youngworth, IV and William P. Youngworth, III, herein the affiants, who hereby say and depose that the contents of this affidavit are true and accurate to the best of their knowledge and belief.

1. The affiants are the plaintiffs in Civil Action Number 05-30108-MAP filed before the Unites Sates District Court for the District of Massachusetts located in Springfield, Massachusetts.

2. The affiants caused their complaint to be served on Defendant "Safety Plan Advocate" after the Clerk of Courts Office supplied the U.S. Marshal Service with the Plaintiff's complaint for service on May 6, 2005. The U.S. Marshal Service caused service to be made on the above mentioned defendant on 5/20/05.

3. Service of the affiant's complaint was accepted on behalf of the Defendant's Co-Defendant Carole Cristo being made by the U.S. Marshal Service at the East Brookfield District Court with Co-Defendant Cristo accepting service for herself and Defendant "Safety Plan Advocate". At the time of this service Defendant Cristo identified the Defendant "Safety Plan Advocate" as "Jennifer McGinnis".

4. The Defendant "Safety Plan Advocate is neither an infant or an incompetent person.

5. The Defendant "Safety Plan Advocate" has not responded to the affiant's Complaint and has now defaulted by her failure to appear.

The affiants hereby sign this affidavit as if a document under seal and affirm that the contents are true and accurate first being aware for the pains and penalties for perjury before a Court of the United States.

_____
William P. Youngworth, IV III w.3.y
Plaintiff Pro Se

_____
William P. Youngworth, IV w.3.y
Plaintiff Pro Se

Dated by Affiants: 6/25/05

United States Marshals Service

See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF William P. Youngworth III et al | COURT CASE NUMBER 05-30108-MAP |
| DEFENDANT Mark A. Gentile et al | TYPE OF PROCESS Civil Suit |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

(Safety Plan Advocate) - Identity Unknown

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

AT   E. Brookfield District Court Rte 9 E. Brookfield MA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William P. Youngworth, III
P O Box 2663
Springfield MA 01101-2663

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 13 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

508-885-6305
9-400

Signature of Attorney or other Originator requesting service on behalf of:

William P. Youngworth, III

☑ PLAINTIFF   ☐ DEFENDANT

TELEPHONE NUMBER: 413-736-5727

DATE: 5/4/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 21 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 5/4/05 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 5/4/05   Time: 8:50 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

NOTE

PRIOR EDITIONS MAY BE USED      3. NOTICE OF SERVICE      FORM USM-285 (Rev. 12/15/80)

PT#:AA0110730131 MR#:MM06191011
YOUNGWORTH,WILLIAMSPER
06/10/1959 45 M
TEMP,PRIVILEGES 06/25/05

# DISCHARGE INSTRUCTION SHEET

MERCY MEDICAL CENTER
AMBULATORY CARE
748-9663 P.C.
748-9670 E.D.

**PLEASE READ**

...ved in the Emergency Department have been rendered on an emergency basis only, and are not intended to be a ... care. Your follow-up doctor (named below) will receive a copy of your records and all test reports. It is important that ...port to your doctor any new or remaining problems at that time, because it is impossible to recognize and treat all ...elements of injury or illness in a single Emergency Department visit. Meanwhile FOLLOW THE INSTRUCTIONS BELOW as indicated for you.

☐ **WOUND CARE**
1. Keep dressing clean and dry.
2. Removal of stitches ______ days. Call your doctor for appointment.
3. Dressing change ______ days ☐ Change them ☐ Call your doctor.

If wound becomes red, swollen or feels more sore as the day goes by, contact your doctor IMMEDIATELY.

☐ **FOLLOW UP CARE FOR HEAD INJURIES**

The following instructions are intended for the home care of patients with a head injury.
1. Awake the patient every ______ hours for the next 12 hours — talk to patient if behavior is normal, allow patient to return to sleep.
2. Bed rest, liquid diet, ice pack to injured area — DO NOT APPLY DIRECTLY TO SKIN — USE TOWEL TO COVER ICE PACK —
3. Contact your doctor immediately if the following occurs: if unable to contact your DR, return to the ER
   1) Inability to awaken patient
   2) Loss of consciousness
   3) Vomiting, severe headache or convulsion
   4) Disturbance of normal vision
   5) Any other signs or unusual behavior

☐ **CONTUSIONS, BRUISES, SPRAINS AND STRAINS**
1. Elevate extremity higher than the heart.
2. Use an ice pack to reduce swelling the first 48 hours after the injury — DO NOT APPLY ICE PACK DIRECTLY TO SKIN — USE A TOWEL TO COVER ICE PACK — Apply ice for 15-20 minutes several times a day.
3. 48 Hours after injury, use warm moist heat for 30 minutes 4 times daily.
4. Restrict use of the injured area for 48 hours if movement causes discomfort.
5. Rewrap elastic bandage at least every 4 hours and remove at bedtime. If ace bandage is too tight, the toes or fingers will swell, tingle and become discolored. If these symptoms should appear then remove the ace bandage and reapply.

☐ **VOMITING AND DIARRHEA**
1. Vomiting: no food for ______ hours. Give sips of clear liquids each hour: increase as tolerated.
2. Diarrhea: drink clear liquids. No milk, solid foods, or fruit juices other than below for 2 hours.
3. Select clear liquids from this list:

| | |
|---|---|
| Water | Cranberry Juice |
| Jello | Defizzed 7-up or Gingerale |
| Popsicles | Pedialyte or Rehydralyte |
| Half Strength Apple Juice | |

4. Generally increase diet as symptoms subside. Example; rice, crackers, toast, soup.

☐ **EYE CARE**
1. Wear patch until ______.
2. If vision is not completely normal or eye is not free of pain 24 hours after removing patch — Contact your doctor or return to the ER.
3. Take eye medications as instructed.
4. You are advised not to drive with an eye patch on.

☐ **CULTURES CONFIRMED TELE #** ______

All cultures take 48-72 hours for a report to be obtained. If the results are positive, you will be notified.

☐ **HIGH FEVER INSTRUCTIONS FOR INFANTS/CHILDREN**
1. To help reduce child's fever FOLLOWING INSTRUCTIONS are suggested for persistent temp. above 101°F.
   A. Give plenty of fluids — NO MILK PRODUCTS FOR 24 HOURS.
   B. Give the medicine your doctor has ordered, as directed, for the full time prescribed.
   C. Give baby Tylenol when temperature is 101 degrees F. or higher, determine dosage according to age, as directed on the bottle.
   D. Help child to lose body heat if fever is greater than 103 degrees by sponging him for 15 minutes at a time with lukewarm water. After each sponging, dry child well. Do not use cold water or alcohol.
   E. Don't overdress child. If the temperature stays above 104° call your doctor or return to emergency unit.

**INSTRUCTION SHEET GIVEN:** ______

| | | |
|---|---|---|
| ☐ Nosebleed | ☐ Crutch Walking | ☐ Domestic Abuse |
| ☐ Backpain | ☐ Cast Care | ☐ |
| ☐ Cold | ☐ Asthma | ☐ |

☐ **X-RAY INSTRUCTIONS (NIGHTS, WEEKENDS, HOLIDAYS)**

Your x-rays have been read by our physician. For your added protection your x-rays will be re-read the following day by a Radiologist. If any abnormalities are found that have not been called to your attention you will be notified by the hospital.

☒ **DOCTOR REFERRAL**

Dr. SLACK Tel. ______

Address: ______ for follow-up care in ______ days

☐ **HOME CARE REFERRAL (AGENCY)** ______

Call sooner if symptoms worsen

REMINDER: Your health insurance plan may specify which physicians to contact for follow-up care. Check your particular plan for details before scheduling appointments.

MD/ ☐ ECG ______ ☐ LAB ______ ☐ X-RAY ______ ☐ Tetanus (Td) give...

You were seen by [signature]

Treatment rendered: ① Continue your medicines
② rest
③ recheck by your doctor

☐ DRUGS MAY CAUSE DROWSINESS: **DO NOT DRINK ALCOHOL OR OPERATE A CAR OR MACHINERY.**

IF YOUR CONDITION WORSENS AND YOU ARE UNABLE TO REACH THE ABOVE REFERRED DOCTOR, RETURN TO THE EMERGENCY ROOM.

IF YOU CANNOT OBTAIN AN APPOINTMENT WITH THE REFERRAL DOCTOR AND NEED FURTHER FOLLOW-UP, RETURN TO THE EMERGENCY ROOM.

I hereby acknowledge receipt of the instructions indicated above. I understand that I have had emergency treatment only, and that I may be released ... all of my medical problems are known or treated. I will arrange for follow-up care as instructed above.

## CERTIFICATE OF SERVICE

   Comes now the plaintiffs, by and through Plaintiff William P. Youngworth, III who serves upon this Court's clerk the Plaintiff's amended motion for default judgment against the Defendant "Safety Plan Advocate" by making service in hand of the plaintiff's foregoing motion.

_____
William P. Youngworth, III
Plaintiff Pro Se
By and for Plaintiff William P. Youngworth, IV
P.O. Box 2663
Springfield, Mass. 01101
413-736-5727

Dated: 6/29/05