```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS
```

WILLIAM P. YOUNGWORTH, III, )
ET AL,                      )
        Plaintiffs    )
                        )
        v.             ) CIVIL ACTION NO. 05-30108-MAP
                        )
MARK A GENTILE, ET AL,      )
        Defendants    )

### ORDER RE: DEFAULT DIRECTED AT
### DEFENDANT "SAFETY PLAN ADVOCATE"

July 8, 2005

PONSOR, U.S.D.J.

    Plaintiffs have filed a lawsuit against a number of defendants, including an unnamed party denominated only as "Safety Plan Advocate." The file indicates that service of process was somehow accepted on behalf of this purported party. On or about June 28, 2005, after the "Safety Plan Advocate" failed to file an answer or otherwise respond to the complaint, the plaintiffs filed a "Motion for Summary Default Judgment Against 'Safety Plan Advocate.'" Acting as a matter of course, the clerk's office thereafter issued a Notice of Default against this supposed party.

    The issuance of the default is hereby ordered vacated. The party, "Safety Plan Advocate," is not an entity subject to suit. Therefore, issuance of a default against this entity was incorrect.

    In order to insure that plaintiffs' rights are fully

protected, however, the court will give the plaintiffs until August 1, 2005 to move to amend their complaint to specifically name the person, corporation or other legal entity subject to suit holding the title "Safety Plan Advocate." Failure to file a motion to amend by August 1 will result in dismissal of this purported party from this litigation.

　　　　It is So Ordered.

　　　　　　　　　　　　　　　　　　/s/ Michael A. Ponsor
　　　　　　　　　　　　　　　　　　MICHAEL A. PONSOR
　　　　　　　　　　　　　　　　　　U. S. District Judge