UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WILLIAM P. YOUNGWORTH, III ) CIVIL ACTION No.05-30108MAP
PLAINTIFF PRO SE, et al )
)
v )
)
MARK A. GENTILE )
DEFENDANT, et al )
)

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER IN OPPOSITION TO DEFENDANTS SCOTT GRIFFIN, DAVID DARRIN AND THE TOWN OF SPENCER MOTION TO DISMISS

Comes now the plaintiffs pursuant to Rule 7 of the Fed R. Civ. P. who moves this Honorable Court for an extension of time to file their motion in opposition to the above defendants motion to dismiss filed electronically on 7/1/05.

In support of this motion the Plaintiffs state that on July 13, 2005 that they sought and obtained a stipulation to a twenty day extension in filing their response to the Defendant's Counsel Nancy Frankel-Pelletier.

Wherefore: The Plaintiffs pray that this Honorable Court grant them a 20 day extension to file their response and extending the compliance date until August 3, 2005.

Respectfully submitted,

William P. Youngworth, III
By and for the Plaintiffs, Pro Se
P.O. Box 2663
Springfield, Ma. 01101
413-736-5727
Yworth3@MSN.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM P. YOUNGWORTH, III  ) <br> PLAINTIFF PRO SE, et al  ) <br>  ) <br> v  ) <br>  ) <br> MARK A. GENTILE,  ) <br> DEFENDANT, et al  ) <br>  ) | CIVIL ACTION No.05-30108MAP |

## STIPULATION OF PARTIES

   Comes now the Plaintiffs, by and through Plaintiff William P. Youngworth, III, Pro Se who notifies this Honorable Court pursuant to Rule 7 of the Fed R. Civ P. of a stipulation of parties extending the Plaintiff's responding date to the Defendant(s) Scott Griffin, David Darrin and The Town of Spencer's motion to dismiss the plaintiff's complaint.

   The parties in this matter have agreed, by and through Counsel Attorney Nancy Frankel-Pelletier, to a stipulation of a twenty day continuance for the plaintiff's to file their response to the defendant's motion to dismiss.

   The plaintiffs will have their response filed no later than August 3, 2005.

Respectfully submitted,

*/s/ William P. Youngworth, III*

William P. Youngworth, III
P.O. Box 2663
Springfield, Ma. 01101
413-736-5727
Yworth3@MSN.com

## CERTIFICATE OF SERVICE

Comes now the plaintiffs who causes their foregoing motion for extension of filing date and stipulation of parties to defendant(s) Scott Griffin, David Darrin and The Town of Spencer by serving same upon this Honorable Court's Clerk via Lobby Service and Counsel for the defendants Attorney Nancy Frankel-Pelletier via First Class US Mail.

_W.P. [signature]_   7-14-05
William P. Youngworth, III
for the Plaintiffs, Pro Se
P.O. Box 2663
Springfield, Ma. 01101
413-736-5727
Yworth3@MSN.com