UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| WILLIAM P. YOUNGWORTH IV and<br>WILLIAM P. YOUNGWORTH III,<br>    Plaintiffs,<br><br>VS.<br><br>MARKA.GENTILE, AKA MARIO STILETTO,<br>MARYANNE PIACOPOULOUS AKA MARY<br>E. YOUNGWORTH, CHRISTINE HOYT,<br>CAROLE M. CRISTO, SCOTT GRIFFIN<br>DAVID DARIN, SAFETY PLAN ADVOCATE<br>FOR E. BROOKFIELD COURT, JAMES M.<br>GENTILE, JOHN J. CONTE, THOMAS<br>REILLY, NANCY A. ALTERIO, TOWN OF<br>SPENCER and COMMONWEALTH OF<br>MASSACHUSETTS,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 05-30108-MAP |

## NOTICE OF APPEARANCE

Please enter my Appearance for Jenne McGinnis, who has been improperly named as Jennifer

McGinnis, in Plaintiff's Motion to Amend the Complaint, for purposes of opposing said Motion to

Amend the Complaint.

JENNE McCARTHY,
By her Attorney,

Robert J. Murphy BBO# 363760
MURPHY & RILEY, P.C.
141 Tremont Street
Boston, MA 02111
617-423-3700

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon the following attorneys of record for each party by first class postage prepaid mail:

**William P. Youngworth IV, Pro Se**
**P. O. Box 2663**
**Springfield, MA 01101**

**Maryanne Paicopoulos, Pro Se**
**25 Clark Street**
**Spencer, MA 01562**

**Counsel for Carole Cristo, James Gentile,**
**John J. Conte, Thomas Reilly, Nancy A.**
**Alterio & Commonwealth Of Mass:**

**Salvatore Giorlandino BBO#**
**Office of the Attorney General**
**Central Massachusetts Regional Office**
**One Exchange Place**
**Worcester, MA 01608**

**Mark A. Gentile, Pro Se**
**25 Clark Street**
**Spencer, MA 01562**

**Christine Hoyt, Pro Se**
**25 Clark Street**
**Spencer, MA 01562**

**Counsel for David Darrin, Scott Griffin**
**& Town of Spencer:**

**Nancy Frankel Pelletier BBO#**
**Robinson Donovan**
**1500 Main Street**
**Springfield, MA 01115**

Robert J. Murphy