UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30108-MAP

WILLIAM P. YOUNGWORTH, IV,  )
WILLIAM P. YOUNGWORTH, III,  )
    Plaintiffs  )
      )
vs.  )
      )
MARK A. GENTILE, AKA MARIO STILETTO,  )
MARYANNE PAICOPOULOS, AKA-  )
MARY E. YOUNGWORTH,  )
CHRISTINE HOYT, CAROLE M. CRISTO,  )
SCOTT GRIFFIN, CHIEF OF POLICE  )
DAVID P. DARRIN FOR THE TOWN OF  )
SPENCER, "SAFETY PLAN ADVOCATE"  )
(NAME UNKNOWN) FOR THE EAST  )
BROOKFIELD DISTRICT COURT,  )
JAMES M. GENTILE, JOHN J. CONTE,  )
THOMAS REILLY, NANCY A. ALTERIO,  )
TOWN OF SPENCER,  )
COMMONWEALTH OF MASSACHUSETTS,  )
    Defendants  )

## DEFENDANTS, SCOTT GRIFFIN, DAVID P. DARRIN AND THE TOWN OF SPENCER'S, BUDGET 16.1 CERTIFICATION

We, the undersigned, hereby certify and affirm that we have conferred regarding a budget for the cost of conducting the full course of litigation as well as various alternative courses, including the resolution of litigation through the use of alternative dispute resolution.

By: _____
William L. MacKinnon, Jr.
Authorized Representative of
Massachusetts Interlocal Insurance
Association
12 Gill Street, Suite 5500
P. O. Box 4043
Woburn, MA 01888-4043

By: _____
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115
Phone (413) 732-2301
Fax (413) 785-4658
BBO # 544402

DATED: July 15, 2005

402235