UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| WILLIAM P. YOUNGWORTH IV and <br> WILLIAM P. YOUNGWORTH III, <br>     Plaintiffs, <br><br> VS. <br><br> MARK A. GENTILE, AKA MARIO STILETTO, <br> MARYANNE PIACOPOULOUS AKA MARY <br> E. YOUNGWORTH, CHRISTINE HOYT, <br> CAROLE M. CRISTO, SCOTT GRIFFIN <br> DAVID DARIN, SAFETY PLAN ADVOCATE <br> FOR E. BROOKFIELD COURT, JAMES M. <br> GENTILE, JOHN J. CONTE, THOMAS <br> REILLY, NANCY A. ALTERIO, TOWN OF <br> SPENCER and COMMONWEALTH OF <br> MASSACHUSETTS, <br>     Defendants. | CIVIL ACTION NO. 05-30108-MAP |

**OPPOSITION OF JENNIFER McGINNIS (WHOSE TRUE NAME IS JENNA McGINNIS)
TO PLAINTIFFS' MOTION TO AMEND COMPLAINT
OR IN THE ALTERNATIVE TO STRIKE THE COMPLAINT**

Jennifer McGinnis, (whose true name is Jenne McGinnis) opposes Plaintiffs' Motion to Amend their Complaint pursuant to Fed.R.Civ.P. 15(b).

By Order dated July 8, 2005 the Honorable Michael A. Ponsor, U.S.D.C. Judge, vacated a Default Order previously entered against the named party "Safety Plan Advocate". The basis of the Court's Order of July 8, 2005 was that said party "is not an entity subject to suit". Therefore, issuance of a default against this entity was incorrect." The Court Order gave plaintiffs leave until August 1, 2005 to move to amend their Complaint "specifically name the person, corporation or other legal entity subject to suit holding the title 'Safety Plan Advocate'."

On July 18, 2005, Ms. McGinnis he undersigned received an undated Motion from plaintiff William P. Youngworth III, pro se, seeking to amend the plaintiffs' Complaint to include the improperly named defendant of Jennifer McGinnis as, ostensibly, the substitute for the previously named defendant

"Safety Plan Advocate." Thereafter the undersigned firm was retained to represent the interests of Ms. McGinnis in opposing Plaintiffs' Motion.

Ms. McGinnis is a domestic violence counselor counseling victims of domestic violence and assists those who seek restraining orders. In this capacity, communications had between such counselors and those seeking their services, are privileged communications under M.G.L. ch. 233, §2 )K.

Ms. McGinnis opposes the Plaintiffs' Motion seeking to amend the Complaint to name her as an individual defendant as such an amendment would be futile as the Complaint still fails to concisely state facts in support of the requested relief as well as fails to state a claim against her in this matter.

In the alternative, Ms. McGinnis respectfully requests that the Complaint be stricken as it fails to set forth a "short and plain" statement of the claim.

In addition, Ms. McGinnis opposes that portion of Plaintiffs' Motion which seeks the Court's reconsideration of its Order of July 8, 2005 which vacated the previously issued Order of Default against "Safety Plan Advocate".

As grounds for the foregoing and in support thereof, Ms. McGinnis attaches hereto and incorporates by reference her Memorandum in Support of her Opposition.

WHEREFORE, Jennifer McGinnis respectfully requests that the Plaintiffs' Motion to Amend the Complaint as well as to reconsider, be denied in their entirety and for such other relief as this Court deems just.

JENNIFER McGINNIS,
By her Attorney,

_____
Robert J. Murphy BBO# 363760
MURPHY & RILEY, P.C.
141 Tremont Street
Boston, MA 02111
617-423-3700

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2005 a true copy of the within documents were served upon the following attorneys of record for each party by first class postage prepaid mail:

William P. Youngworth IV, Pro Se
P. O. Box 2663
Springfield, MA  01101

William P. Youngworth III, Pro Se
P. O. Box 2663
Springfield, MA  01101

Maryanne Paicopoulos, Pro Se
25 Clark Street
Spencer, MA  01562

**Counsel for Carole Cristo, James Gentile, John J. Conte, Thomas Reilly, Nancy A Alterio & Commonwealth Of Mass:**

Salvatore Giorlandino BBO#
Office of the Attorney General
Central Massachusetts Regional Office
One Exchange Place
Worcester, MA  01608

Mark A. Gentile, Pro Se
25 Clark Street
Spencer, MA  01562

Christine Hoyt, Pro Se
25 Clark Street
Spencer, MA  01562

**Counsel for David Darrin, Scott Griffin & Town of Spencer:**

Nancy Frankel Pelletier BBO#
Robinson Donovan
1500 Main Street
Springfield, MA  01115

_____
Robert J. Murphy BBO# 363760