UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2005 AUG -1  A 11: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| WILLIAM P. YOUNGWORTH, III, ) <br> PLAINTIFF, PRO SE, et al ) <br> ) <br> v. ) <br> ) <br> MARK A. GENTILE, ) <br> DEFENDANT, et al. ) <br> _____ ) | CIVIL ACTION NO. 05-30108-MAP |

## PLAINTIFFS WILLIAM P. YOUNGWORTH, III AND WILLIAM P. YOUNGWORTH, IV'S MOTION IN OPPOSITION TO THE DEFENDANTS SCOTT GRIFFIN, DAVID P. DARRIN AND THE TOWN OF SPENCER MOTION TO DISMISS

Comes now the plaintiffs, by and through plaintiff William P. Youngworth, III, Pro Se, who respectfully moves this Court to deny the defendants, in the above entitled caption, motion to dismiss.

In support of the plaintiffs' instant motion the defendants, by and through council, states that the plaintiffs Complaint fails to state causes of action against said defendants cognizable under either state or federal law and that the Complaint must be dismissed pursuant to Fed. R. Civ. P. 12.

The defendants identified within the plaintiffs instant action joins certain other defendants in moving to dismiss the Complaint pursuant to Fed. R. Civ. P. 8.

The plaintiffs hereby oppose the defendants' motion and will base their foundation in support of denying the defendants' motion to dismiss in the below discussion herein incorporated within their instant motion.

-2-

## DISCUSSION

1. Council for the defendants moves this Court to dismiss the plaintiffs complaint stating that it fails to state causes of action "cognizable under either state or federal law".

While the plaintiffs recognize that this defense is a standard preemptive attack upon most litigations. In this case the defendants make this assertion under some unspecified and broadly ambiguous offering. The plaintiffs assert that they have filed a meritorious action replete with alleged conduct of the defendants that can only be characterized as not only stacked with outrageous constitutionally volatile conduct, but is as a chilling as any case which has come before this Court.

The defendants have failed to make any legal theory in support of their position. The plaintiffs, to the contrary, have made so many offerings of conduct alleging violations of the Constitutionally guaranteed rights that their complaint has been attacked as to its length. This logic follows a theory similar to a criminal defendant moving to dismiss charges against him due to the charges being to numerous.

Construing the facts alleged most favorable to the plaintiffs, defendants' council's argument as to demanding dismissal pursuant to Rule 12 of the Fed R. Civ. P., simply fails and must be dismissed.

2. In the defendants' council's second argument seeking dismissal pursuant to the Fed. R. Civ. P.'s the defendants join the majority of their co-defendants citing violation of Rule 8.

The plaintiffs oppose this assertion. The plaintiff's action is not the garden variety action

-3-

pursuant to 42 USC section 1983, usually arising from a singular act by a defendant (s). The plaintiffs allege a diabolical conspiracy by two defendants in chief who went about enlisting the aid and confederation of other individuals (some now co-defendants) in a scheme to work their way into a position of trust and dependency over their lives. The defendants in chief exploited the plaintiffs then attempted to dispose of them in any way necessary. Simply, when less draconian methods failed, they concocted a scheme to go before a local Massachusetts District Court, using perjured testimony and falsified exhibits of evidence and manipulated the Commonwealth's Domestic Abuse protection laws and thereafter helped themselves to the plaintiffs' home, their possessions, their assets, and anything else they desired. The plaintiffs are fortunate they escaped with their lives.

In short, this is an extraordinarily complex Complaint before this Honorable Court. Had even one of these defendants upheld their duty under the laws of the Commonwealth this matter would have never given birth to the action before this Court. Pursuant to section F of the Fed. R. Civ. P Rule 8 (Construction of pleadings) "all pleadings shall be so construed as to do substantial justice". The plaintiffs have asked this Honorable Court for the appointment of Counsel. The plaintiffs have been left indigent and homeless by the actions of the defendants. One plaintiff is severely disabled. He has been forced to construct this complaint amidst five surgeries with a sixth pending while being seriously visually impaired. As of the date of the filing of this action, plaintiff W.P.Y., III's Ophthalmologist, James S. Rosenthal, M.D., P.C. has filed a Mandatory Reporting of Legal Blindness with the Massachusetts Commission for the Blind. He has frequent complete losses of vision and is forced to take some 280mgs of morphine per day just to

cope with pain so severe that his Physicians simply do not what else they can do for him. The other plaintiff turned 14 years old some two weeks ago.

The plaintiffs were deprived of the opportunity, by the actions and in-actions of these defendants, to retain council. They are neither attorneys or possess any specialized education in law. This Court did, in fact, attempt to find counsel that would assist the plaintiffs, but were unsuccessful. The plaintiffs do not have endless resources and stables of attorneys at their disposal. They can not operate a motor vehicle. They can not seek gainful employment. They do not have West Law or Lexis computer engines. They simply filed their action in absolute good faith and have to react to the defendant's defenses. The plaintiffs absolutely respect the rights of the defendants but even so the defendants objection should have been founded in Rule 13 and failure to do so(by all parties), should rise to the occasion of denying the defendant's motion (s) for dismissal pursuant to Rule 8 of the Fed. R. Civ. P.

On 7/28/05 Plaintiff W.P.Y., III, received a correspondence from defendant Maryanne Paicopoulos' son, William Paicopoulos, who is now incarcerated at the Worcester House of Corrections. The plaintiffs must first offer an apology to this Court and Council for the defendants for the abundance of inappropriate language used by Mr. Paicopoulos within this document which the plaintiffs offer as an addendum to the filing of this action. This offering is made to demonstrate to this Court that the actions of the defendants in this matter have sunk to a level in where the defendants in chief find attempts on plaintiff W.P.Y., III's life comical. That despite making complaints on attempts on his life, several more conspiracies plotted to assassinate him and that the defendants used a Court's order as a burglar would a crowbar not one single defendant in this matter lifted so mucg as a

finger to address the wrongs done to the plaintiffs or punish those at the heart of this conspiracy. The facts remain irrefutable, the plaintiffs rights were horrifically violated, the defendants within this this action either directly caused the violations or did nothing to address these violations for no other reason than to employ a cover up to spare the individuals and their employers from liability.

Lastly, the defendants in this instant motion have moved this Court to dismiss their Complaint and deny the plaintiffs any relief whatsoever. The plaintiffs hereby oppose the defendants and incorporate their Memorandum of Law in support of their opposition to the defendants motion to dismiss. The plaintiffs hereby incorporate the filing of their attached Memorandum of law to their motion in opposition to the defendants motion to dismiss.

Wherefore: The plaintiffs move this Honorable Court to deny the defendant's motion to dismiss and order this matter by docketed on this Court's Calendar for further pre-trial proceedings and trial on the plaintiffs complaint.

Respectfully submitted,

William P. Youngworth, III,
Plaintiff, Pro Se
by and for Plaintiff William P. Youngworth, IV
P.O. Box 2663
Springfield, Mass. 01101
413-736-5727
Yworth3@MSN. com

## ADDENDUMS TO INSTANT MOTION

1. letter by James Rosenthal, M.D. to the Mass Commission for the Blind.

2. Mandatory Reporting Form of Legal Blindness.

3. Letter with postmarked envelope from William Paicopolous. Son of defendant Maryanne Paicopoulos AKA Mary Youngworth.



**James S. Rosenthal, M.D., P.C.**
780 Chestnut Street  ♦  Springfield, Massachusetts  01107  ♦  (413) 736-7900

July 22, 2005

Commission for the Blind
48 Boylston Street
Boston, MA  02116-4718

RE:  William Youngworth
DOB:  8/10/59

Dear Sir or Madam:

I am submitting the enclosed form along with this explanatory letter in behalf of my patient William Youngworth. He is an unfortunate male who in 1977 suffered two bullet wounds while working as a doorman. This resulted in complex fractures of the right orbit. He may have also suffered some optic nerve damage to the right eye at that time. More recently, he was involved in a motor vehicle accident approximately in 2002. He hit his head and lost consciousness, and has suffered diplopia ever since. William has had multiple surgeries, not under my care, to attempt to remedy this problem, but he still has episodes of diplopia.

I have examined him twice, on June 3, 2004, and again on July 7, 2005. Visual acuity corrects to 20/40 OD and 20/20 OS. There is some evidence of infra-orbital entrapment OD, with restricted up gaze and right gaze OD. This results in diplopia in those fields of gaze. Additionally, visual field testing was performed which shows significant constriction of isopters OD, consistent with his reported history of optic nerve contusion OD.

In summary, although Mr. Youngworth does not meet the statutory requirements for legal blindness based on either visual acuity or visual field loss, I feel that his diplopia, as well as chronic orbital pain, has prevented him from working as an art and antiques dealer. For these reasons I ask you to consider Mr. Youngworth's situation carefully.

Sincerely,

James S. Rosenthal, M.D.

JSR/wt



# *The Commonwealth of Massachusetts*

**Commission for the Blind**
48 Boylston Street, Boston, MA 02116-4718
(617)727-5550
1-800-392-6450
FAX (617)350-7959

## MANDATORY REPORT OF LEGAL BLINDNESS

The Massachusetts Commission for the Blind is required by law to maintain a register of the blind in the Commonwealth. Under Chapter 6 - Sec. 136 of the General Laws, institutions, physicians, oculists, and optometrists are required to report within 30 days all cases of legal blindness.

1. All cases where vision with correction is 20/200 or less in the better eye.
2. All cases regardless of visual acuity if the visual field is reduced to a radius of 10°
or less with a 6mm. white test object.

**PATIENT INFORMATION**

Name: William _____ Youngworth  Sex: M  Social Security Number: 024-50-553_
Address: P.O. Box 2663, Springfield, MA, 01101  Telephone No.: 413-736-5_27
Date of Birth: 8-10-59  Age at Onset RE: ___ LE: ___ Race: ___ Marital Status: ___

Parent/Guardian (if applicable): _____ Telephone No.: _____

Address (if different than patient): _____

**VISUAL ACUITY WITH BEST CORRECTION** Use Snellen notations in recording vision (20/200, 5/200, etc.)

R.E. 20/40  Distant vision with best correction
L.E. 20/20  Distant vision with best correction

*FIELD OF VISION — If restriction is indicated, record test results on reverse side of form.

**CAUSE OF BLINDNESS** — If injury, disease or poisoning indicate specific type.

Diagnosis:
R.E. Gunshot injury 1977 and MVA 2003 left patient
L.E. with orbital entrapment OD and diplopia. Also

Etiology:
R.E. h/o optic nerve avulsion OD
L.E. ___

Is there a secondary disability? If so, specify. _____  Diabetes?  Yes  **No**
Is low vision aid evaluation recommended? ___
PROGNOSIS: unlikely to improve.
RECOMMENDATIONS/REMARKS: see attached letter

Date of examination: 6-3-2004 and 7-7-2005  Signature and Discipline of Examiner: _____ MD ophthalmologist
Date of Report: 7-21-05  Please Print Name of Examiner: James Rosenthal MD
                         Number & Street: 780 Chestnut Street
**PLEASE TURN OVER FOR FIELD CHARTS**     Springfield, MA 01107  413-736-7000

**FIELD OF VISION** Determine extent of peripheral visual field of each eye on a standard perimeter with a radius of 13 inches and a white test object 6mm. in diameter. The test object should be of such size that it subtends an angle of approximately one degree. Record results on chart below.



REMARKS: Full field OS, constricted field OD

①

7/25/05

Hi uncle

It was good to hear from you. Yeah shit is looking ugly. I'm going to be indicted on the Arson case. And also they are charging me with other cases. My bail is $50,000 all together on the (2) new cases. And on violation of probation I'm being held w/o bail. I want you to know something. I know what you are refering to about the grass. They were talking some shit that I got caught with some grass. In refence that I snitched on Mark. That is a fucking lie. I stopped selling weed for him because my dad found out and did not want me to sell weed. So they started talking some shit. I confronted that bitch your sister and she said do you have something to hid. Because I confronted her and I said if you think I'm a rat then say it and we can deal with it. And she said I would never say that about you. I also stopped selling weed

making any fucking money. I did get caught with a Roach and that was months after my dealings with him. <u>I would never RAT!</u> I told them pretty much fuck you and they started talking shit. My father and I started to work on our relationship and they came between that. So you are right they did ~~~~ leave me high and dry! I saw that newspaper on you in the Herald. You were a snitch. I don't fucking believe that. You know why. I've been thinking about things. He stole your money and knew you would not back down and take in the ass like he would. So he went to the herald and made up that bogus shit to ruin your rep. Then the bogus restraining order against you. If you remeber my mother did the same thing. With me and to prove to you I'm not a rat. My lawyer and myself had ~~~~ caught her in a lie in regards

hAvE got her on perjury but did not. I wAS about to tAke the (2) months in Hampton House of Correction. But ended up pleading guilty and wAs sentenced to (20) dAys and wAs credited. So I wAS willing to take jail timE to protect her. And she stArted selling out when she married that piece of shit. How I spoke to you is the truth. I believe all of the things you and other con's told mE. I'm young but I've done sometimE and don't have a bad rep anywhere. So that's bullshit what they are saying. I wAnt you to know that after they sent you on your wAy. There wAs tAlk to have you "TAken care of". onE incident I wAS in jail at the timE and they joked about poisoning you. And other timE they were going to invitE you to the restaurant in to the kitchen. And you know what I mean. You were going to go away for sometime. I knew this because someone had asked me to do it. They tried to institu

to go the other way, with the newspaper article and the ~~restrant~~ restraining order. I don't really give a fuck what Mark or my bitch mother thinks. They used me and once they were done they kicked me to the curb. Fuck Mark and Mary for calling me a Rat because <u>I'M NOT!!</u> I'm not the one calling the cops on people. (HA HA). In regards to my case I have a good defense in place. And the case is weak. I should beat it. But it's going to be a long wait. YEAH MARK is supposed to due a YEAR in the house for (VOP). He supposedly got arrested in Connencuit for possesion of Jugular tools with that Guy dan or something like that. And Mary posted $4,000 non-renfundable cash bond. She was bitching because she had saved money But said she was not going to leave him in Jail. But I'm her son and I have not got one letter or anythin Also I want to point to you if I

(3)

in Jail in (Maxium Security) with high Sail (etc. If I'm a Rat why am I not in ~~K-~~ K-Block with the PC snitches and skinners. Because I'm a good kid and I'm alright. And people know that here and anywhere else I go. Yeah I want you to also know that after my arrest. My second day in Jail the "Mass state police" came to the jail. They showed me a photo of "miles connors". I thought that was weird. They did not really specify why they were here. But in connection with a newspaper article that I had in my vechile. The twesksbury police were searching my vechile in connection with a case that I'm here for. I told them that I know nothing. They were asking me if like where I worke etc. I told nothing. And stated that I'm young and don't know nothing. And the (Det!) ~~offered~~ me offered me his card

(6)

and ask to be returned to my cell. In which I was returned. I just thought it was weird and that you should know. They knew everything I was here for etc. And I was just like "whatever". But anyways it was good hearing from you. Tell "little Billy" I said hello. And that I hope he is doing good. I miss him too! If it would not be a burden on you do you think you could help me with a little canteen money. If not it's ok. But I'm hurting in here. I'll get your number put on my phone sheet. Maybe I'll place a call sometime. Good to hear from you.

Nephew Billy

(P.S.)
(If you send some canteen money it has to be a postal money order!)



William Panopoulos
MSA-00599583
W10C
S. Paul X Tivnan DR
West Boylston, MA. 01583
Maxi-322

WPY III
P.O. Box 2663
Springfield, MA. 01101

THIS CORRESPONDENCE IS FORWARDED FROM A MASSACHUSETTS CORRECTIONAL INSTITUTION. THE CONTENTS MAY NOT HAVE BEEN EVALUATED AND THE WORCESTER COUNTY SHERIFF'S OFFICE IS NOT RESPONSIBLE FOR THE SUBSTANCE OR THE CONTENT OF THE ENCLOSED MATERIAL.