UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30108-MAP

| | |
|---|---|
| WILLIAM P. YOUNGWORTH, IV, <br> WILLIAM P. YOUNGWORTH, III, <br>     Plaintiffs <br><br> vs. <br><br> MARK A. GENTILE, AKA MARIO STILETTO, <br> MARYANNE PAICOPOULOS, AKA- <br> MARY E. YOUNGWORTH, <br> CHRISTINE HOYT, CAROLE M. CRISTO, <br> SCOTT GRIFFIN, CHIEF OF POLICE <br> DAVID P. DARRIN FOR THE TOWN OF <br> SPENCER, "SAFETY PLAN ADVOCATE" <br> (NAME UNKNOWN) FOR THE EAST <br> BROOKFIELD DISTRICT COURT, <br> JAMES M. GENTILE, JOHN J. CONTE, <br> THOMAS REILLY, NANCY A. ALTERIO, <br> TOWN OF SPENCER, <br> COMMONWEALTH OF MASSACHUSETTS, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS, SCOTT GRIFFIN, CHIEF OF POLICE DAVID P. DARRIN AND TOWN OF SPENCER'S, MOTION TO STRIKE**

NOW COME the defendants, Scott Griffin, Chief of Police David P. Darrin and Town of Spencer, and respectfully move this Court to strike from the pleadings recently filed all matters which fail to comply with the Federal Rules of Civil Procedure. As grounds therefor and in support thereof, the defendants state that the Opposition to the Motion to Dismiss filed by said defendants contains numerous references outside the scope of the complaint, including but not limited to, hearsay contained in both the Argument portion of the brief as well as the documents submitted in connection therewith. To the extent that these submissions are outside the scope of the pleadings, they should not be considered by this Court in connection with an Opposition to the Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6).

406111

Further, the defendants submit that even assuming the Court were to consider converting the motion to one pursuant to Fed. R. Civ. P. 56, neither the references in the Memorandum nor the documents submitted are capable of consideration in their current form.

WHEREFORE, based upon the foregoing, the defendants respectfully request that this Court strike all non-compliant material from the plaintiff's submissions.

THE DEFENDANTS
SCOTT GRIFFIN, CHIEF OF POLICE
DAVID P. DARRIN AND TOWN OF
SPENCER

By     /s/ Nancy Frankel Pelletier
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.:  544402

## CERTIFICATE OF SERVICE

I, Nancy Frankel Pelletier, Esq., hereby certify that on this 1st day of August, 2005, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel and:

| William P. Youngworth, III, Pro Se, and William P. Youngworth, IV, Pro Se P.O. Box 2663 Springfield, MA 01101 | Mark A. Gentile a/k/a Mario Stiletto, Pro Se 25 Clark Street Spencer, MA 01562 |
|---|---|
| Maryanne Paicopoulos a/k/a Mary Youngworth, Pro Se 25 Clark Street Spencer, MA 01562 | Christine Hoyt, Pro Se 25 Clark Street Spencer, MA 01562 |
| Salvatore Giorlandino, Esq. Office of Attorney General Central Massachusetts Regional Office One Exchange Place, 3rd Floor Worcester, MA 01608 | Robert J. Murphy, Esq. Murphy & Riley, P.C. 141 Tremont Street Boston, MA 02111 |

406111

Subscribed under the penalties of perjury.

                                                     */s/ Nancy Frankel Pelletier*
                                              Nancy Frankel Pelletier, Esq.

406111