UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM P. YOUNGWORTH, III, et al, ) <br> PLAINTIFF, PRO SE                      ) <br>                                       ) <br> v                                     ) <br>                                       ) <br> MARK A. GENTILE, et al,               ) <br> DEFENDANT                             ) <br>                                       ) | CIVIL ACTION 05-30108-MAP |

### PLAINTIFFS MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO DEFENDANT JENNA McGINNIS' ANSWER TO COMPLAINT PURSUANT TO FED. R. CIV. P. 6 (b)

Now comes the plaintiffs in the above entitled matter who moves this Honorable Court to enlarge the required time period allowed for the plaintiffs to file their opposition motion to defendant Jenna McGinnis' answer and motion to strike/dismiss.

The plaintiffs move this Court for a thirty day enlargement of time to file their motion opposing the defendant's motion to dismiss/strike their Complaint.

In support of the instant motion the plaintiffs state that their caretaker is taking them away for both of the children's summer vacation. The children refer to plaintiff W.P.Y., IV and the daughter of their caretaker. The plaintiff can not be left in the home unattended due to his needing to be assisted with his medication and more basic medical issues that this Court has been made aware of. The duration of this vacation is one week. Thereafter, Dr. Jeffery Kaufman is scheduling plaintiff W.P.Y., III, for vascular surgery on both of his legs in early September, 2005.

In an examination by Dr. Kaufman on 8/1/05, plaintiff W.P.Y., III's legs were found

seriously inflamed by Dr. Kaufman. Ultrasound tests showed that a valve is leaking in the upper artery of his thigh and his veins in both legs were swollen to three times their normal size. Dr. Kaufman instructed plaintiff W.P.Y., III to restrict his activities until the surgery on his legs can be completed.

Presently plaintiff W.P.Y., III can barely walk. He has been forced to overexert himself with the activities that have consumed him in keeping pace with the pleadings of this action. This over exertion has caught up with plaintiff W.P.Y., III. He will be convalescing on the upcoming vacation trip. Upon returning he will confine himself to bed rest until his surgery is performed.

Dr. Kaufman informed plaintiff W.P.Y., III that the recuperation period from this surgery should be very short and that he wants the plaintiff on his feet and moving for healing purposes within a few days after the surgery being completed.

The plaintiffs estimates that a 30 business day enlargement of time will give them sufficient time to undergo surgery and recuperate. The plaintiffs' face extraordinary burdens aside of plaintiff W.P.Y., III's vascular ailment. The plaintiffs have made numerous mentions of these facts to this Court.

The plaintiffs will file Subpoenas for documentary evidence they fear will be destroyed next week. However, plaintiff W.P.Y., III, can not sustain the physical burden of working on his feet at the Hampden County law library to do research until after this surgery has been completed. With the school year starting in less than a month plaintiff W.P.Y., III will lose the assistance of his son in researching matters of law associated with this

-3-

Complaint. Plaintiff W.P.Y., III has recently had a mandatory reporting of legal blindness filed with the Mass. Commission of the Blind, made concerning him. The facilities of the law library of Hampden County does not possess any equipment to assist visually handicapped persons. The plaintiffs have made this fact known to this Court in a recently filed second motion for the appointment of council.

**WHEREFORE:** The plaintiffs pray that this Honorable Court enlarge the time period for the plaintiffs to respond to defendant McGinnis' motion to dismiss/strike allowing them until September 15, 2005 to file their motion in opposition.

Respectfully submitted,

William P. Youngworth, III
Plaintiff Pro Se
For the plaintiffs
P.O. Box 2663
Springfield, Ma. 01101
413-736-5727

## CERTIFICATE OF SERVICE

   Comes now the plaintiffs who serve upon this Court and council for defendant Jenna McGinnis their foregoing motion for enlargement of time by causing same to be served via US first class mail at their usual place of business.

_____  8/8/05

William P. Youngworth, III
Plaintiff, Pro Se
For the plaintiffs
P.O. Box 2663
Springfield, Ma. 01101
413-736-5727