UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# ORDER OF REFERENCE

Check if previously referred

WILLIAM YOUNGWORTH III

V.                                    CA/CR No. 05-30108

MARK GENTILE                          Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge **NEIMAN** for the following proceedings:

(A)  [ ]   Referred for full pretrial case management, including all dispositive motions.

(B)  [ ]   Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C)  [ ]   Referred for discovery purposes only.

(D)  [✓]  Referred for Report and Recommendation on:

    ( ) Motion(s) for injunctive relief
    ( ) Motion(s) for judgment on the pleadings
    ( ) Motion(s) for summary judgment
    ( ) Motion(s) to permit maintenance of a class action
    ( ) Motion(s) to suppress evidence
    (x) Motion(s) to dismiss
    ( ) Post Conviction Proceedings[1]
    See Documents Numbered: 11, 12, 39

(E)  Case referred for events only. See Doc. No(s). _____

(F)  Case referred for settlement.

(G)  Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
    ( ) In accordance with Rule 53, F.R.Civ.P.
    ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)  Special Instructions: ALL PENDING MOTIONS; 42,43,48,51,52,53,54

8/9/05                                         By: /s/Elizabeth A. French
Date                                                Deputy Clerk

**(OrRef for pdf.wpd - 05/2003)**

---

[1] See reverse side of order for instructions