

United States of America
United States District Court
District of Massachusetts

William P.  Youngworth IV
William P.  Youngworth III
Plaintiffs

Civil Action No.  05-30108-MAP

v.

| | |
|---|---|
| Mark A.  Gentile, AKA Mario Stiletto | } |
| Maryanne Paicopoulous AKA Mary E.  Youngworth | } |
| Christine Hoyt | } |
| Carole M.  Cristo | } |
| Scott Griffin | } |
| David Darin | } |
| Safety Plan Advocate for E.  Brookfield Court | } |
| James M.  Gentile | } |
| John J.  Conte | } |
| Thomas Reilly | } |
| Nancy A.  Alterio | } |
| Town of Spencer | } |
| Commonwealth of Massachusetts, | } |
| Defendants | |

## MOTION TO AMEND ANSWER

Attorney for Defendant:  Christine Hoyt,  Pro Se   *Christine Hoyt, Pro Se*
                                                                          8/3/05

Address:25 Clark Street, Spencer, Worcester County, MA 01562

Phone:  508 885 4612

1

Plaintiff(s) William Youngworth III, William Youngworth IV

vs. )

Defendant(s) Mark Gentile et al.

Christine Hoyt_____, defendant, makes this motion to amend the ANSWER of Christine
Hoyt, defendant vs.
William Youngworth III et al. , plaintiffs, in this action as follows:


## INTRODUCTORY STATEMENT

1 I, Christine Hoyt have received by mail, plaintiffs Response to my original Answer in this

matter. This response is identified as from 'the plaintiff's, by and through Plaintiff William P.

Youngworth, III Pro Se'.


2 In the response by William P. Youngworth III (herein called WY3) for the plaintiffs, it is

stated that "What defendant Hoyt is unaware of is that the plaintiffs attached hundreds of pages

of exhibits of evidence as a supplement to the filing of their action.' And further states 'The

plaintiffs, in assisting the Court in determining that the plaintiffs have brought a meritorious

action, have supplied this court with extensive documentation as to their allegations.'


3 I, Christine Hoyt, contacted the Clerk's Office of the United States District Court, District of

Massachusetts, Western Division upon receiving this Response. I read the above quoted

paragraphs to the Court Clerk. The Court Officer was unable to immediately find such

'extensive documentation' as stated was provided to the Court by WY3. He did, however,

2

inform me that it was I was correct that the obligation of all parties in a Court case filed with the above-mentioned division, is to supply all other parties of the specified case, any documents, correspondence or other materials related to the case that were sent to the Court or any other party, at all times. He further clarified that it was the obligation of the plaintiff's to supply me with the aforementioned 'hundreds of pages' and that he would further investigate the situation.

4 After several days, the Court Clerk located the aforementioned documentation submitted to the Court by WP3 and the Clerk stated that he would copy the materials and forward them to me. This was approximately on July 1, 2005. On my return from vacation, I did receive a packet from the Court Clerk's office in my mail delivered on July 9, 2005.

5 This 'extensive documentation,' labeled 'EXHIBITS OF EVIDENCE,' fails to comply with the submission of documents to the Court. There is no table of contents. The pages are not numbered. There is no reference to the original Complaint nor the numbered paragraphs within that Complaint and thus it is difficult to ascertain any logical meaning or manner to reference the material. Some 'exhibits' appear to have multiple copies, unreferenced. The number of pages, which I did not count, but by WY3's descriptions, far exceeds the limits set forth in the Federal Rules of the Court in regards to an addendum to a Complaint.

6 Further, I believe from correspondence that I have received from other parties, including individual defendants and attorney's representing some defendants, involved in this Civil Action, specifically copies of their submissions to the Court and/or the plaintiffs, that the

3

plaintiffs continue to fail to provide all parties of this Civil Action with all documentation

submitted to another party or to the Court, as this correspondence from the defendants or their

attorneys, contains references to materials to which I am wholly unawares.

6 In spite of this apparent continued lack of the plaintiffs ability to follow the rules of the court, I

have now had the opportunity to read the documentation I did receive from the Clerk of the

Court, and despite the seeming absence of other documentation of which I should have received

from the plaintiffs, I intend to make a  motion to amend my ANSWER to the COMPLAINT, as

originally filed with the Court, the plaintiffs and all defendants listed, submitted on June 5, 2005

by USPS mail, based on the 'exhibits of evidence' submitted by the plaintiffs and provided to me

by the Clerk of the Court.

## MOTION TO AMEND ANSWER

I, Christine Hoyt, make motion to the United States District Court, Massachusetts Division,

Western District to amend my original ANSWER, sent June 3, 2005 to the Court and all parties,

to the Complaint set forth by William P. Youngworth, III et al.  based on the fact that the

plaintiff's failed to properly provide this defendant with documentation related to this Complaint

and may have further continued to do so.

If this Motion for an AMENDED ANSWER is permitted at this time, I will base the AMENDED

ANSWER on the materials provided by the Clerk of the Court and labeled 'EXHIBITS OF

EVIDENCE. '

Date: August 2, 2005

Signature: *Christine Hoyt Pro Se*

Attorney for:   Christine Hoyt, defendant

Respectfully submitted by the defendant, Pro Se

_____

Christine Hoyt, Pro Se

25 Clark Street

Spencer, MA 01562

508 885 4612

5

United States of America
United States District Court
District of Massachusetts

Civil Action No. 05-30108-MAP

I hereby certify that documents attached in relation to Civil Action 05-30108 MAP, in Motioning the Court to AMEND the original ANSWER of Christine Hoyt, by defendant Christine Hoyt, where delivered in the following manner:

William P. Youngworth IV :  By mail on June 3, 2005 to William P. Youngworth, Pro Se and William P. Youngworth III    at PO Box 2663, Springfield, MA 01101
Plaintiffs

v.

Mark A. Gentile: In person at 25 Clark St., Spencer, MA
Maryanne Paicopoulous AKA Mary E. Youngworth: In person at 25 Clark S.t, Spencer, MA

Salvatore Giordano Esq., Office of the Attorney General, Central MA Regional Office,
    One Exchange Place, 3rd Floor, Worcester, MA 01608

Nancy Frankel Pelletier, Esq. Robinson Donovan P.C., 1500 Main Street, Suite 1600
    Springfield, MA 01115

Robert J. Murphy,  Murphy and Riley, P.C. , 114 Tremont Street, Boston, MA 02111


Attorney for Defendant:  Christine Hoyt,  Pro Se    *Christine Hoyt Pro Se*
                                                                                    *8/3/05*

Defendant: Christine Hoyt

25 Clark Street

Spencer, MA 01562

508 885 4612

6

United States of America

United States District Court

**District of Massachusetts**

**William P.  Youngworth IV**

William P.  Youngworth III

Plaintiffs

Civil Action No.  05-30108-MAP

v.

| | |
|---|---|
| Mark A.  Gentile, AKA Mario Stiletto | } |
| **Maryanne Paicopoulous AKA Mary E.  Youngworth** | } |
| Christine Hoyt | } |
| **Carole M.  Cristo** | } |
| Scott Griffin | } |
| **David Darin** | } |
| Safety Plan Advocate for E.  Brookfield Court | } |
| **James M.  Gentile** | } |
| John J.  Conte | } |
| **Thomas Reilly** | } |
| Nancy A.  Alterio | } |
| **Town of Spencer** | } |
| Commonwealth of Massachusetts, | } |
| Defendants | |

## AMENDMENT  TO  ANSWER

Attorney for **Defendant**:  Christine Hoyt,  Pro Se

Address:25 Clark Street, Spencer, Worcester County, MA 01562

Phone:  508 885 4612

*Christine Hoyt Pro Se*
*8/3/05*

1

Plaintiff(s) William Youngworth III, William Youngworth IV

vs. )

Defendant(s) Mark Gentile et al.

Christine Hoyt, defendant, provides this AMENDED ANSWER in response to Plaintiff's Response to Defendant Hoyt's Answer to Complaint
 Hoyt, defendant vs.
William Youngworth III et al. , plaintiffs, in this action as follows:


## INTRODUCTORY STATEMENT

1  I, Christine Hoyt, in making a motion to AMEND my ANSWER to the above complaint,

herein supply the Court with my AMENDED ANSWER, in order to expedite the judiciary

process in the event that the Court grants said MOTION TO AMEND ANSWER.


2 William P.  Youngworth III, herein called WY3, acting on behalf of the plaintiff's WY3 and

William P.  Youngworth IV, has stated that he was wrongfully forced from 'his' apartment 1F at

25 Clark Street, Spencer, MA by 'perjurous pleading' of what he has stated is a 'very falsified

lease' by defendant Hoyt.  I direct you to the attached addendum (page 1, paragraph 2) wherein

WP3 states he was not evicted or forced from the his living arrangements by the Court or my

actions, but because he was unable or unwilling to comply with a restraining order against WP3,

obtained by defendant Paicopolous.


3 WY3, within his exhibits makes numerous statements accusing me of perjury by allowing the

submission of totally falsified, backdated rental agreements with Mark Gentile for  the above

2

mentioned apartment. I have previously submitted with my original answer copies of some of the actual rental documents for this apartment. I rented this apartment to Mark Gentile (herein called Mark) in November, 2003. Mark and I signed the initial lease and receipts for security deposit, first and last months rent on Nov. 18, 2003. At that moment in time, I obviously did not have the bank account numbers for deposits I had just received. I also was not sure of my insurance policy number, as I had just refinanced my mortgage and wanted to check if the insurer changed the policy number when they change the mortgagor. I showed Mark a copy of the Deleading Certificate, approximate 20 page document and told him I needed to make a copy of that as well. I also showed Mark a Statement of Condition form, that I stated I would complete to the best of my ability and leave for him to verify and make any corrections or additions as needed within the next month at which time we would sign it. On November 20, 2003 I opened accounts for Mark's security deposit and last months rent payment. On November 21, 2003, I went to Australia, to meet my daughter who was completing a semester there and bring her home. We returned on December 11, 2003. In late December I left Mark messages on the answering machine that I needed to meet with him and complete the related rental documents listed above. When I did not here from him I called him again and left a message with WY3 who answered the phone. On January 1, 2004 Mark happened to come to my apartment to wish me a Happy New Year. I asked him about the rental documents. He stated he was not aware that I had called, that WY3 had not given him any messages and that he had his original copies of his lease and receipts in the safe in his office and that he would bring them to me for completion. We agreed that this could be done mid-month when he paid the rent.

3

Approximately one week later I received from WY3, in the mail, the documents I had left for

Mark. They were signed by WY3 with a note that he had Power of Attorney for Mark and that

he had signed Mark's name with his initials indicating this. When Mark came with the rent I

showed him this and I stated that WY3 was not the rental tenant and that his signature was not

valid on any of the documents. Mark confirmed that WY3 had POA and that the signature was

sufficient. I did however, have him review, resign and date the STATEMENT OF

CONDITION. We also completed the original receipts related to the bank deposits that he had in

his safe as well as my copy.


4 WY3 states that these documents are backdated and he submitted to the Court a copy of what I

use for the rental property as a rental agreement with HIS signature and the date of 12/29/2003.

He also submitted additional related documents with his signature, insisting that he was the

lessee. On the note I left on November 20, 2003 which WY3 submitted as evidence, (addendum

p2, next to last para) it says documents left: 'Deleading certificate, Mass Lead Paint Law,

Statement of Condition, More receipts pages." It does not say Rental Agreement. That is

because the rental agreement copies were complete on Nov 18, 2003 and Mark and myself each

had a copy with original signatures.


5 The Tenant Certification Form (MA Lead Law) was signed by me, on Nov.18, 2003. As I did

not have an additional copy of the actual Deleading Certificate to give to Mark, I left this on Nov.

20, 2003 with the copy I obtained in apartment 1F with the other documents.(addendum page 3)

This document was submitted by WY3 as 'evidence'. You will see his signature, and WP3

4

above Mark's name as POA. You will also see my signature and the date of Nov. 18, 2003. This signature and date simply prove that WY3's accusation that the lease of Nov. 18, 2003 is backdated is entirely false. He signed this as Mark's POA, he dated it 1/4/04, he submitted it as evidence, and it has Nov. 18, 2003 on the date line for my signature.

6 The Statement of Condition (addendum page 4) is similar. WY3 placed this in the same packet he sent me in January as POA, documents I had left for Mark that he did not tell Mark I had called about. Please note my signature and the date of Nov. 20, 2003. Mark signed this in mid-January as stated above. WY3 has also signed this document. My signature and related date simply prove that WY3's accusation that the lease of Nov. 18, 2003 is backdated is entirely false.

7 WY3 also submitted a copy of 'his' rental agreement as evidence. It does not have my signature. It does not have and amounts filled in for the Damage or security deposit. It does have a ? next to that line in the border. That is because WY3 was not the tenant of record. He never signed an original lease with me. He did not pay the Security Deposit, the last months rent deposit, or any rental payment ever. However he intends to sue me for all these sums based on this evidence. (Addendum p 5 - please note that the lines and 'ardi' at the bottom of this copy was a sticker that inadvertently was on the copy and was not on the document submitted by WY3 and is thus marked 'error').

8 I further submit, that in addition to WY3's false accusations that I perjured myself by providing Mark with a falsified rental agreement and related documents, that WY3 has maliciously and

5

knowingly harassed me since he left this residence at 25 Clark Street, Spencer, MA of his own will. When the restraining order against WY3 was issued, he began to leave what I will call 'nasty, sarcastic messages on my answering machine. He then advanced to threatening me with lawsuits, loss of my property and other malicious statements. In these messages he stated his Attorney was one Anthony Collins and that I should call this attorney. After several days of messages, I did call his attorney over what I believe was a three day period, but only got an answering machine that identified that it was in fact the office of an Anthony Collins. I finally left a message stating my name was Christine Hoyt and that I wanted his client William Youngworth to not contact me ever again. WY3 obviously received this message as he states 'Against the advice of counsel I am sending you this letter.' (Addendum page 6 -7) This letter made no sense at that time. I had no idea whatsoever what WY3 was talking about. It simply accuses me of felonious acts, tells me to go to the Spencer Police etc - I have no idea why. It is just irrational incoherent rambling filled with innuendo, threats and vulgarities. Addendum( page 8) is more of the same incoherent prattle, which again made absolutely no sense to me as I did not know that WY3 was accusing me of 'submitting perjurous documents to the court' and when WY3 finally did make that accusation, I again did not know what WY3 meant as the rental agreement Mark has was and is valid. Mark's receipts from me are valid. And I was not present at the Restraining Order hearing and have no idea what was submitted by any party. There are more letters of this same vent submitted by WY3 as evidence. I will not recopy them here.

8 I previously submitted with my original answer (addendum page 9) WY3's letter to another of my tenants. In this, he states 'Chris' property is in trouble' and further indicates I am losing my

6

insurance and the property will be subject to 'Sheriff's sale.' This is malicious harassment. It is

malicious in that the statements are all false, they are written to a single mother of three children

indicating that I am about to lose this property. I feel that this was purposeful to get that tenant to

move out in fear of loss of her home, or possibly a new owner and rent increase, just enough to

attempt to set her mind at thinking and cause me loss of income.


9 The remaining four documents I will refer to (addendum 11, 12, 13, 14) are emails that WY3

further submitted in his evidence. They are not only are harassing in nature but WY3 even brag's

about other incidences of harassment. The 'Amber' WY3 mentions in 'I'd hate to put Amber on

the street after the Sheriffs sale' is my tenant noted in the above paragraph. (Addendum p11)


10) Page twelve, in my response to the above email clearly states that if WY3 wishes to

communicate with me 'have your attorney only, contact me directly via US Postal Service only.'

It further states ' I consider direct contact from you by phone, mail, email at my home or at my

work to be harassment.' (Addendum p 12) WY3's response is on page 13, which is in itself

immediate an intentional harassment, as the fact that WY3 emailed me in response to the above

statement constitutes harassment. Addendum page 14, is an additional email, the same date to

my workplace, intentional harassment. Since that date I have refused every piece of certified

mail to me from WY3 himself, I have returned all other mail identified as being from WY3 with

Return to Sender, and I have discarded all mail to my home, addressed to me, for which the

sender remains unidentified, save one. I have one unopened piece of mail that by postmark I

suspect is from WY3 which I saved to further prove his continued intent to harass me. And if

7

ever called to Court I will ask the judge to open it him/herself to verify the sender.

11 Again, I have not referenced every applicable document submitted by WY3 as evidence in this pleading. I have merely selected examples of those that I find adequately establish the facts within the rules of the Court for number of pages in an addendum.

## MOTIONS TO THE COURT

Facts:

1 I did not perjure myself in any court proceeding related to this matter.

2 The plaintiffs were never forced to leave their tenancy with Mark Gentile but chose to vacate of their own volition.

3 A dispute between relatives is not the responsibility of the landlord.

4 Mark Gentile and myself, Christine Hoyt, entered into a valid rental agreement on November 18, 2003 with Mark Gentile as the sole holder of tenancy and other occupants would be at his discretion and choosing within the specifications of the agreement.

5 William P. Youngworth III and William P. Youngworth IV were not holders of a rental agreement for apartment 1F at 25 Clark Street, Spencer, MA.

6 William P. Youngworth III and William P. Youngworth IV never paid any rent, security deposit or any other form of payment of any kind to me at anytime in my life.

7 William P. Youngworth III and William P. Youngworth IV have knowingly and falsely accused me of perjury.

8 William P. Youngworth III and William P. Youngworth IV have knowingly presented inaccurate and false information in this matter.

9 William P. Youngworth III has intentionally and maliciously harassed me by phone, mail and email at my workplace after being told that any contact with me is considered

8

harassment.

10 William P. Youngworth III has intentionally and maliciously attempted to interfere with my income by making totally false accusations and statement to my tenants about their housing and my property.

11 William P. Youngworth III and William P. Youngworth IV have intentionally, continuously and maliciously inflicted myself, Christine Hoyt with emotional stress and harm.

I, Christine Hoyt, hear by make a MOTION for DISMISSAL of this case in all matters related to the defendant Christine Hoyt based on the above facts which prove by the plaintiffs own exhibits of evidence that there contentions are unjustified in all claims against Christine Hoyt..

If this cased is not dismissed as motioned above, I, Christine Hoyt, hear by make a MOTION for DIRECTED VERDICT of this case for the defendant Christine Hoyt based on the above facts which prove by the plaintiffs own exhibits of evidence that there assertions and contentions are unjustified in all claims against Christine Hoyt.

## COUNTERCLAIM of Defendant Christine Hoyt and Request for Damages

I, Christine Hoyt, contend that the plaintiff's William P. Youngworth III and William P. Youngworth IV, have inflicted emotional stress, duress and harm on myself. That they have intentionally harassed me over a period of 18 months by subjecting me to malicious communications and actions, including false claims against me in the Courts as well as summoning me to court without valid reason. That they have inflicted harm by slanderously making claims about me to my other tenants, the Police department and numerous parties they

9

have initiated contacts with. That their communications with my tenant Amber Start were intended to cause me loss of income by indicating she would have be 'put out on the street' so that she would leave her tenancy, prior to the alleged 'Sheriff's sale' for which they did not even remotely have any proof or even an indication that such an act would happen.

I, Christine Hoyt, hear by make a counterclaim for damages in the amount of $100,000 (one hundred thousand dollars) or any amount deemed reasonable by the Court against William P. Youngworth III and an additional counterclaim for damages in the amount of $100,000 (one hundred thousand dollars) or any amount deemed reasonable by the Court against William P. Youngworth IV for false accusations and harassment as outlined in the above AMENDMENT TO ANSWER.

Date: August 3, 2005

Signature: *Christine Hoyt Pro Se*

Attorney for:   Christine Hoyt, defendant
Respectfully submitted by the defendant, Pro Se

_____

Christine Hoyt, Pro Se
25 Clark Street
Spencer, MA 01562
508 885 4612

10

United States of America
United States District Court
District of Massachusetts

Civil Action No. 05-30108-MAP

I hereby certify that documents attached in relation to Civil Action 05-30108 MAP, AMEMDED ANSWER of Christine Hoyt and Counterclaim of Christine Hoyt, where delivered in the following manner:

8/05/2004

William P. Youngworth IV          By mail on ~~8/05/2004~~ to William P. Youngworth, Pro Se
and William P. Youngworth III     at PO Box 2663. Springfield. MA 01101
Plaintiffs

Mark A. Gentile: In person at 25 Clark St., Spencer, MA

Maryanne Paicopoulous AKA Mary E. Youngworth: In person at 25 Clark S.t, Spencer, MA

Salvatore Giordano Esq., Office of the Attorney General, Central MA Regional Office,
    One Exchange Place, 3rd Floor, Worcester, MA 01608

Nancy Frankel Pelletier, Esq. Robinson Donovan P.C., 1500 Main Street, Suite 1600
    Springfield, MA 01115

Robert J. Murphy, Murphy and Riley, P.C., 114 Tremont Street, Boston, MA 02111

Attorney for Defendant: Christine Hoyt, Pro Se

Defendant: Christine Hoyt    *Christine Hoyt Pro Se*
                             *8/4/04*

25 Clark Street

Spencer, MA 01562

508 885 4612

United States of America
United States District Court
District of Massachusetts

William P.  Youngworth IV
William P.  Youngworth III
Plaintiffs

Civil Action No.  05-30108-MAP

v.

Mark A.  Gentile, et al.

## ADDENDUM TO AMENDED ANSWER of Christine Hoyt

Attorney for Defendant:  Christine Hoyt,  Pro Se

Defendant: Christine Hoyt    *Christine Hoyt Pro Se*
                             *8/3/05*

25 Clark Street

Spencer, MA 01562

508-885-4612

## CONTENTS

1    Page of letter from William P. Youngworth indicating he was 'allowed back in the house' in relation to a restraining order.

2    Note to tenants - listing documents left for Mark Gentile.

3    Tenant Certification Form (Lead Law) with dated signature 11-18-2003

4    Statement of Apartment Condition - Signature dated 11-20-2003

5    Page of rental agreement with '?' indicating plaintiff had no knowledge of and did not pay any damage deposit.

6-7    Harassing letter to Christine Hoyt from plaintiff WP YoungworthIII

8    Harassing letter to Christine Hoyt from plaintiff WP YoungworthIII

9    Letter from William Youngworth III to tenant Amber Start, sent March 18, 2004 by postmark, indicating that the Property of Christine Hoyt is in jeopardy, that insurance for that property will be voided and may be subject to Sheriff's sale.

There is no page 10.

11    Harassing email from WPYoungworth III to Christine Hoyt

12    Response of Christine Hoyt to above email, telling him to STOP CONTACT

13    Additional harassing email from WPYoungworth III to Christine Hoyt

14    Continued email proving WPYoungworth III has no intention of ceasing his harassment.

Gentile's presence is a matter of record before the East Brookfield Court. I did in fact witness Ms. Hoyt signature on this falsified lease offered as an exhibit. I know that to be her signature, as my own criminal record will bare embarrassing witness that I am sort of an authority on forged documentation. Ironic justice for sure but an outrageous affront when applied using a court of the commonwealth and a police agency to hold me down while they raped me.

I know exactly what they plan on defending themselves with. I have the response ready with their own 'fingerprints' all over it. You see, they were so focused on getting the financial documents they neglected everything else. They also did not plan on coming up short before the Judge who thought this all somewhat odd. He granted her the restraining order but allowed me back in the house. A legally impossible situation for me. But with the Spencer police (a Detective Agnew and another patrolman) present I recovered the documents, which meant the most to me. The ones that proved they had just got caught pulling their con job on the court. They were sitting right in front of them. They never thought I would get back into that house so quickly, or, even at all. This Clerk named Carol at the Court even had the unmitigated gall to suggest I should send my 12-year-old son into the house first so I knew I would not be breaking the restraining order.

Well, they all want to play with the system so here is the other end of that stick. I know you will apply it justly.

Please, do not hesitate to call me if you have any questions I can assist you with.

Most respectfully,

William P. Youngworth, III
P.O. Box 2663
Springfield, Ma. 01101
413-478-9430
cc: File

Mark, Bill and Billy —
Welcome Home!!!!!

Stuff you may need to know:
**Parking** -- each apartment parks one vehicle adjacent to the house in ASSIGNED space and if they have a second vehicle, it should be parked next to the lawn. You should park one vehicle (see diagram) in the space closest to the street, next to sidewalk, on the pond side of the house.

Your **water heater and boiler** are in the front basement. TO access: Go to porch on right side of building — between houses — in the hallway, the basement door is at the end, on the left. Basement light switch is on left wall at the top of cellar stairs, it is a dial switch, it turns.
 In the basement: go to back of the stairs — (light switch for **front** basement is attached to stair framing — look up) . Behind the stairs there is an opening on the left to the **front** basement. There are two water heaters — yours is the gas one (electric one is gold color); the furnace/boiler in the **front** basement is for your heating system. You may want to adjust the temperature on the water heater.
 (The water heaters/boiler in the section of basement to your right at the bottom of the stairs go to the **rear** apartments only).

**Trash** in bags, should be put in the dumpster at the edge of the pond. They pick up twice a week. They do NOT take anything that is not is a trash bag, including cardboard — they just leave it in there -- so PLEASE use trash bags.

**Upstairs** -- Amber Start – has plumber and electrician numbers for emergencies. Her son that is Billy's age is Brian. Go say hi.
Next door — green house – Joe and Mary.

I have left you all (I think) the other **documents** 'as required by law'! Including: Deleading certificate; Mass Lead Paint Law; Statement of Condition; More Receipts pages — most we can go over when I get back.
The statement of condition – I tried to write everything down – please fill out 2nd page if you find damages or stuff you need fixed or something I missed.

**Cable TV**-- is in LR -- if you decide you want additional outlets – I would rather snake them up from the basement through the walls – and not through the carpets as many tenants think it's okay to do – so if it can wait until I get home or you can NOT cut the carpet, I would appreciate it. Same with additional telephone extensions.
I am sure I forgot something.????

Chris *Chris*

*I found 2 keys (red mark) that work in the kitchen dead bolt.*
*We can xerox this stuff when I get back*

2

**Required Federal Lead Warning Statement**
Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips, and dust can pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, lessors must disclose the presence of known lead-based paint and/or lead-based paint hazards in the dwelling. Lessees must also receive a federally approved pamphlet on lead poisoning prevention. The **Massachusetts Tenant Lead Law Notification and Certification Form** is for compliance with state and federal lead notification requirements.

**Owner's Disclosure**
(a) Presence of lead-based paint and/or lead-based paint hazards (check (i) or (ii) below):

    (i) **X**   Known lead-based paint and/or lead-based paint hazards are present in the housing (explain). *lower wall surface in 2F lower hall oak, IR cellar door, BR outside sash, 2F hall oak surface, basement-window frame (covered)*

    (ii)_____ Owner/Lessor has no knowledge of known lead-based paint and/or lead-based paint hazards in the housing.

(b) Records and reports available to the owner/lessor (Check (i) or (ii) below):

    (i)_____ Owner/ Lessor has provided the tenant with all available records and reports pertaining to lead -based paint and/or lead-based paint hazards in the housing (circle documents below).

    (Lead Inspection Report);    Risk Assessment Report;    Letter of Interim Control;    Letter of Compliance

    (ii)_____ Owner/Lessor has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing.

**Tenant's Acknowledgment (initial)**
(c)_____Tenant has received copies of all documents circled above.    (d)_____ Tenant has received no documents listed above.
(e)_____Tenant has received the Massachusetts Tenant Lead Law Notification.

**Agent's Acknowledgment (initial)**
(f)_____Agent has informed the owner/lessor of the owner's/lessor's obligations under federal and state law for lead-based paint disclosure and notification and is aware of his/her responsibility to ensure compliance.

**Certification of Accuracy**
The following parties have reviewed the information above and certify, to the best of their knowledge, that the information they have provided is true and accurate.

| | | |
|---|---|---|
| _Christine Hoyt_    _11-18-2003_ | | _Mark A. Gentile_    _1/4/04_ |
| Owner/Lessor      Date | | Owner/Lessor      Date |
| _W.P.____  1/4/04_ | | _Mark A. Gentile_ (SPY)    _1/4/04_ |
| Tenant      Date | | Tenant      Date |
| _____ | | _____ |
| Agent      Date | | Agent      Date |

**Owner/Managing Agent Information** *of property*
_Christine Hoyt_     _25 Clark St 2R_
Name                      Street                      Apt.
_Spencer_     _01562_     _508-885-4612_
City/Town            Zip             Telephone

_____ I (owner/managing agent) certify that I provided the Tenant Lead Law Notification/ Tenant Certification Form and any existing Lead Law documents to the tenant, but the tenant refused to sign this certification.
The tenant gave the following reason:_____
The Massachusetts Lead Law prohibits rental discrimination, including refusing to rent to families with children or evicting families with children because of lead paint.

Contact the Childhood Lead Poisoning Prevention Program for information on the availability of this form in other languages.

**Tenant and owner must each keep a completed and signed copy of this form.**
c:\wp50\lead1995\forms\clp95-17.wp Rev. 5/98

3

**STATEMENT OF CONDITION  APARTMENT #** _1F_    **25 Clark St,, Spencer, MA**

You should review the statement of the condition of the premises you have rented as noted below and verify that it is correct. If it is correct, sign and date at the bottom. If it is not correct, please attach a separate signed list of any damage you believe exists at the premises. This statement must be returned to the Christine Hoyt, owner of the property, within 15 days after your occupancy begins. Failure to return this statement within 15 days constitutes your agreement that it is complete and correct.

**Kitchen**
(2) Windows _operational / window blinds_
Screens _1 screen patched_
Entry _storm door screen bent_
Doors _OK / window blind_
Flooring _washed / waxed 3 nicks by fridge_
Walls _2 nails, 2 screws & nail holes in wall_
Ceiling _clean_ _by LR_
Fixtures _ceiling fan OK_
Stove _burners, oven, heater OK_
Refrigerator _missing 2 door shelf brackets_
Other comments: List
_all window glass / screens_
_intact except as noted_
_wall paneling - fair cond_

**Living Room**
(5) Windows _operational 2 mini blinds 2 shades_
Screens _fine cond_
Entry _fine "_
Doors _fine "_
Flooring _carpet - 8 burn marks small / 4 burn marks 1-2 inches_
Walls _9 nail / screens in walls_
Ceiling _clean cond_
Fixtures _new light_
Other comments: List
_window glass intact_
_screens good cond_
_carpets shampooed_

**Bedroom #1:** _blue_
(1) Window(s) _fine / operational, mini blind_
Screens _OK_
Doors _OK_
Flooring _carpet - cleaned / shampooed_
Walls _12 nails / nail holes_
Ceiling _just painted_
Fixtures _light ok_
Other Comments: List
_carpet shampooed_
_windows no broken glass_

**Bedroom #2:** _tan_
Window(s) _fine + mini blind_
Screen _storm screen tear / window screen fine_
Doors _OK_
Flooring _carpet, shampooed 2 cigarette hole, burns_
Walls _4 nail holes_
Ceiling _OK_
Fixtures _light ok_
Other Comments: List
_window glass 2 screens intact_

**Bathroom**
Window _old / glass ok mini blind_
Flooring _washed / waxed 1 cig mark_
Ceiling _ok_
Sink _ok_
Toilet _ok_
Fixtures _new light_

**(Bath)**
Screens _OK_
Walls _panelling / wallpaper fair_
Door _OK_
Tub _OK_
Towel Racks _one bent_
Other: _____

I, Christine Hoyt, have inspected this apartment prior to occupancy by  On __/__/2003 and have listed the conditions above. _Christine Hoyt 11-20-2003_
_CH 1/16_
Please review the above information, and make any notations, corrections as you may find during your initial 2 weeks of occupancy. Attach a copy and sign below and return to Christine Hoyt.

Tenant _[signature]_    Date _12/29/03_
_Mark Gentile_    _1/16/04_

4

conduct of any such persons. All personal property in any part of the building within the control of the tenant shall be at the sole risk of the tenant. The OWNER is not responsible for damage, loss, theft or in other any way, for property placed on porches, under porch storage areas or stored, kept in areas outside the individual apartment of the TENANT. Subject to the provisions of applicable law, the owner shall not be liable for damage to or loss of property of any kind which may be lost or stolen, damaged or destroyed by fire, water, steam, defective refrigeration, elevators, or otherwise, while on the demised premises or in any personal injury, unless caused by negligence of the owner.

8. **PETS:** No dogs, cats or other animals, birds, reptiles or pets shall be kept in or upon the rented premises without the OWNERS written consent and consent, so given, can be revoked at ANY time.

9. **VEHICLES:** No unregistered vehicles may be stored on the property at ANY time, nor may the property be used for parking or storage of any campers, trailers, boats, snowmobiles or similar vehicles. Any personal vehicle or vehicles used by the tenant for work purposes must meet the specifications of the zoning laws of the town of Spencer, MA. Not more than two legally registered vehicles per apartment may be kept on the property at any time by the tenant(s). Said vehicles must be the tenant's property or the property of the legal occupants of said tenants' unit.

10. **RIGHT OF ENTRY:** The OWNER may enter upon the rented premised to make, inspect the premises, or to show the premised to prospective tenants, purchasers, mortgagees, appraisers or insurance adjusters. The owner may also enter upon said premises if same appear to have been abandoned by the tenant or as otherwise permitted by law.

11. **NONPERFORMANCE OR BREACH BY TENANT:** If the tenant shall fail to comply with any lawful term, condition, covenant, obligation or agreement expressed herein or implied hereunder, or if the tenant shall be declared bankrupt, or insolvent according to law of if any assignment of the tenants' property shall be made for the benefit of creditors, or if the premises appear abandoned, then and in any of the said cases, notwithstanding any license or waiver of any breach of any of said terms, conditions, covenants, obligations or agreements, the owner without necessity or requirements of making any entry, may (subjects to tenants rights under applicable law) terminate this agreement by:

   a) a seven days written notice sent to the tenant to vacate said premises in case of any breach
     Except only for nonpayment: or
   b) a fourteen days written notice sent to the tenant to vacate the rented premised upon neglect or refusal of tenant to pay the rent as herein provided.

Any termination under this section shall be without prejudice to any remedies which might otherwise be used for arrears of rent or preceding breach of any of the said terms, conditions, covenants, obligations or agreements.

12. **AGREEMENT COPY:** The owner shall deliver a copy of the rental agreement, duly executed by the owner or their authorized agent, to the tenant within thirty days after a copy hereof, duly executed by the tenant, has been delivered to the owner.

13. **DAMAGE DEPOSIT:** Owner acknowledges on this date of _____, 200__, receipt from the tenant _____ the sum of $_____.00 as advance payment that is intended to be provided as a DAMAGE/SECURITY DEPOSIT and NOT as last





Chris Hoyt
25 Clark Street
Unit 2-R
Spencer, Ma. 01562

Dear Ms. Hoyt:
Against the advice of counsel I am sending you this letter. Your civil liability is beyond
question and nothing you can do will stop that. I would advise you not to get cute and
start trying to conceal assets. My experience tells me that judges have little understanding
with those trying to deceive a court. In that department I will show you the same
compassion you showed a young child and a sick man.

What I am warning you about is taking any further actions which further inculpates you in
a criminal action. While it is a foregone fact that your ignorant as to issues of civil liability
I must also assume that you are the same when it comes to criminal conduct.

I want you to know that your confederates were so stupid as to not only allow me to
recover our signed contracts but they even left around second and third generation copies
of all documents you all monkied around with, the 'white-out' evidence, the 'white-out'
caked to my printer and at present my hard drive from my computer system is on the way
to a Forensic Computer Specialist to retrieve all the recent activity that went through it.
You see an H. P. formatted printer matched to an H.P. Computer has some unique
features.

Would you like to hear that once or again during your criminal prosecution? Lady, you
sold me very short. I assure you, you were conned by two of the best. Or, at least, I want
to believe that. However, my simpleminded little beliefs really don't matter. As the old
saying goes: "Ignorance of the law is no excuse." The three of you dodge a bullet with the
Clerk Magistrate of that cute little court house up the street but now we are headed for
the real Arena and unless you get away from those two, and *now*, I promise you on my
wife's grave I will pursue you to the ends of the earth in a criminal prosecution. Are you
aware that what you did carries ten years in this state?

That court up the street simply wants this matter to leave that court house. I assure you
the only way that will happen is if, and when, you are all indicted for felony perjury. I have
exactly that in the works. Perhaps you think I'm bluffing? Enclosed are a few items for
your reading pleasure. It is not stopping there. Why don't you watch the ABC special
about me this Thursday at 10:00PM. Now, go ahead and believe all this won't be in the
local paper.

Are you crazy? I am giving you one last chance to get clear of this. Let me be very clear
here. I am only allowing you to get clear of the criminal phase of this whole thing and
here's another little jewel for you to consider, you are about to become a party to a felony
larceny complaint since you are complicit in a conspiracy which resulted in little Billy and I

being ripped off for thousands of dollars worth of our possessions from our home.

You can bullshit everyone else but you and I know the truth here. You are a moral less skunk of a person for doing what you did to a child and a sick man. If you had a shred of human decency you'd pick up that phone and apologize. That won't stop my cause of action for compensatory and punitive damages against you. You own that one and you know you deserve it but I really don't want to see you end up in prison because unlike yourself I have compassion for your kids.

I would advise you to beat my letter to the D.A.'s office and come clean. I am mailing these at exactly the same time. So, you see, you have little time. I know what you all are up to but I know something you don't. Those two are dolts and what they are confident of will protect them is like trying to cure cancer with Aspirin. Go ahead, be my guest, get this to your attorney. First he'll convince you of your defenses. Get a big fat retainer. Then in a week or so he'll ask you another question that 'you forgot to tell him' and then he'll try to cop a plea for you while blaming you for 'neglecting' to inform him of all the facts.

What I am laughing about is those two involving a citizen in this. I'll get you on the stand and fold you like a lawn chair in three or four questions. You know I can. We both know who has the facts as opposed to a hand full of bogus documents. Oh, yeah, the court has *never* seen the White-out trick before. I'd advise you not to insult their intelligence. That judge up the street did not believe them. His hands were tied because you and your confederates games prevented me from obtaining the real documents. But now I have them and his Clerk bagged the thing with him ever knowing about it. Well, he will right about the time you are reading this.

Listen, go to the Spencer Police. Speak to Sgt. Agnew or Officer Morin. Tell them how you were duped (or whatever bullshit excuse you have) and cut the deal now. They know I am telling the pure truth and for the first time in my life I have the system on my side.

Oh, incidentally, a criminal act voids your insurance coverage. Hence, if you get charged your Insurance Company won't give you a lawyer or a penny in coverage. But go ahead and doubt that and the fact *I am suing you.* You didn't give a shit what happened to my little boy or myself. I am showing you I am the better person. The damages your actions have caused are staggering. And wait until a jury hears what you did to a little boy who was already emotionally injured over the death of his mother and to his father, who in spite of overcoming everything you could possibly throw at a person, devoted his life to the needs of that child. And doubt that I have a lawyer getting ready to serve you.

Funny, I did take you for such a fool. And I promise you'll regret you did I.

William P. Youngworth, III
P.O. Box 2663
Springfield, Ma. 01101

7

Chris Hoyt
25 Clark Street 2R
Spencer, Ma. 01562

Dear Ms. Hoyt:

I was not surprised, after learning on this date, that the Spencer Police "has not interviewed you yet," according to Officer Griffin.

In my opinion I would not find much comfort in their action/inactions. I assure you that this has a life of it's own beyond the boarders of your town.

At present the police agencies involved are in the grand expectations that this will take on dimensions that exceed the limits of what really is in front of them.

It must give you comfort to have local friends. All I wanted was a safe, clean little place so my son, after all he has been put through, could go to a decent school.

I get great solace in what **_know_** as opposed to what you are **_not_** being informed of.

Politics, and their various levels, is a funny thing. But what do I know? Well, I do **_know_** this much, I'll save the postage cc-ing this to the police.

There is an endless sense of mirth in those underestimations of myself. Some friends of mine are taking richly deserved vacations. They'll be back in a week. Let me see if I can motivate some real action then.

I have no compunctions about giving you a dose of your own medicine. Justice is supposed to work for every citizen of this state. My Therapist encourages me to work out my aggressions in constructive ways as opposed to how I used to deal with those who hurt me.

I have devoted my life to honoring my principles. I assure you, you will not get away with your disgusting conduct, even if my Estate has to nail you. You can't really believe you are going to get away with what you did, do you? Do you think you are above the law? I am sure you are being assured otherwise so I'll just show instead of running my mouth.

Meanwhile, here's some material for you're reading pleasure.

William P. Youngworth, III
cc: Marvin Siegel

8

Dear Amber,

I am not sure if you really know what happened. It was nothing more than my being fed up with my 'lonely' Sister and that Laurie fay failing to give me proper accounting for my money. You'll remember I was away during the school vacation. It was then I found out those two were stealing. I vowed to come home and get to the bottom of this and they pulled their restraining order game.

Surely you don't need any of this headache but the problem is Chris was in on it. The lawyer are moving in on her very shortly. I don't want you to worry. I wouldn't do anything that hurts you and the kids but Chris is in big trouble. That is a sad fact. She might think the local cops will cover her, but this is far beyond Spencer now. I know everything.

To the point - Chris' property is in trouble. A criminal act voids her insurance coverage - real suit, judgment and sheriff's sale. That is a process but the button has been pushed. Just relax, I'm an old hand at this stuff and the process won't hurt you. I promise and my word is good.

P.S. Billy says hi to Brian

Bill Youngworth

Subj:    **Too late now**
Date:    3/23/2004 7:15:25 AM Eastern Standard Time
From:    Youngwor4
To:      choyt@MediQual.com

Well, yesterday ay 9:00AM on the button I received a call from the Worcester County DA's Office. Won't be long now. Dress nice and heres another tip. The camera always puts another 10 pounds on you. I know it really is unfair but that's the way it goes.
One last thing. It is when I shut up that you really have to start worrying.
You present a problem. I know they don't want to burn a civilian unless, of course, your actions were knowingly intentional. See, in that department I really don't want you charged because it will void your insurance coverage. I'd hate to put Amber on the street after the sheriff's sale. But let me guess, you trusted the property or something. Yeah, watch how much cover that will give you. Well Chris, now do you wish you called me?
I have got so many gifts of recently. Why just the other day a Boston newspaper gave itself to me also. The other Boston Newspaper's three time purlitzer winning reporter is on a ten day suspension. I was generous with him. You, get nothing but what you gave that little boy and a sick man. I hope you are happy. He cries everynight. You will pay for that.
By the way, I found yet another document but I'll let you talk your way into that trap.
Ever yours
Billy

/l

Subj:     **RE: Too late now**
Date:    3/23/2004 9:00:43 AM Eastern Standard Time
From:    Christine.Hoyt@cardinal.com
To:       Youngwor4@aol.com

Mr.. William Youngworth

If you wish to communicate with me - **have your attorney, only, contact** me directly via US Postal Service only. I consider direct contact from you by phone, mail, email, at my home or at my work to be harassment. I find your insinuations to be slander.

**DO NOT CONTACT ME IN ANYWAY OTHER THAN THROUGH YOUR ATTORNEY FROM THIS POINT FORWARD.**
3/23/2004 8:45 am

CHRISTINE HOYT

    -----Original Message-----
    **From:** Youngwor4@aol.com [mailto:Youngwor4@aol.com]
    **Sent:** Tuesday, March 23, 2004 7:15 AM
    **To:** Hoyt, Christine
    **Subject:** Too late now

    Well, yesterday ay 9:00AM on the button I received a call from the Worcester County DA's Office. Won't be long now. Dress nice and heres another tip. The camera always puts another 10 pounds on you. I know it really is unfair but that's the way it goes.
    One last thing. It is when I shut up that you really have to start worrying.
    You present a problem. I know they don't want to burn a civilian unless, of course, your actions were knowingly intentional. See, in that department I really don't want you charged because it will void your insurance coverage. I'd hate to put Amber on the street after the sheriff's sale. But let me guess, you trusted the property or something. Yeah, watch how much cover that will give you. Well Chris, now do you wish you called me?
    I have got so many gifts of recently. Why just the other day a Boston newspaper gave itself to me also. The other Boston Newspaper's three time purlitzer winning reporter is on a ten day suspension. I was generous with him. You, get nothing but what you gave that little boy and a sick man. I hope you are happy. He cries everynight. You will pay for that.
    By the way, I found yet another document but I'll let you talk your way into that trap.
    Ever yours
    Billy

*12*

Subj:    **Re: Too late now**
Date:    3/23/2004 9:43:27 AM Eastern Standard Time
From:    <u>Youngwor4</u>
To:      <u>Christine.Hoyt@cardinal.com</u>

Dear Ms. Hoyt,
Thank you so much for acknowledging my e-mail. From here on I will do exactly as you wish.
Most sincerely,
William P. Youngworth, III

/3

Subj:      **I Forgot**
Date:      3/23/2004 9:54:15 AM Eastern Standard Time
From:      Youngwor4
To:        Christine.Hoyt@cardinal.com

Did I mention that at this point I am representing myself Pro Se?

Much love,
Billy

*14*

Tuesday, March 23, 2004 America Online: Guest