UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WILLIAM P. YOUNGWORTH, III, et al ) CIVIL ACTION No. 05-30105-MAP
PLAINTIFF PRO SE )
)
v )
)
MARK A. GENTILE, et al )
DEFENDANT )
)

## PLAINTIFFS MOTION FOR MORE DEFINITE STATEMENT

Comes now the plaintiffs in the above entitled matter who moves this Honorable Court to compel council for defendants Scott Griffin, David P. Darrin and the Town of Spencer to respond to the plaintiffs with a more definite statement pursuant to Fed. R. Civ. P. 13 (e) supporting her motion to strike the plaintiffs opposition to the defendants motion to dismiss.

The plaintiffs state that council for the above defendants has filed her motion to strike the plaintiffs motion in opposition to the defendants motion to dismiss stating that their pleading was "hearsay" and the extent the "submissions are outside the scope of the pleadings".

Council does not give any further context to her argument and as a result thereof the plaintiffs can not file a motion to oppose council until such time as she states a more definite grounds and statements to support her motion to strike the plaintiffs motion in opposition to the defendant's motion to dismiss.

Plaintiffs speculate that council bases one objection upon the submission of a document

-2-

from a new witness to their Complaint before this Court. The plaintiffs made no offering in reference to which in association to their opposition motion. By pure coincidence a witness for the plaintiffs has come forth baring information which will force the plaintiffs to make a substantial amendment to their Complaint should not certain defendants *now act* to charge fellow co-defendants with extremely severe criminal offenses committed against the plaintiffs.

   The plaintiffs are required to disclose communications between them and council's clients, who are law enforcement officials for the Commonwealth, with this Court.

   Wherefore: the plaintiffs pray judgment on their instant motion and this Court order council for the above named defendants answer in the form of a more definite statement as to her challenge of the plaintiff's opposition to defendants' motion to dismiss.

Respectfully submitted,

William P. Youngworth, III
Plaintiff Pro Se
For the plaintiffs
P.O. Box 2663
Springfield, Ma. 01101
413-736-5727
yworth3@msn.com

## CERTIFICATE OF SERVICE

Comes now plaintiff William P. Youngworth, III, Pro Se, for the plaintiffs, who serves upon this Court's Clerk (via Lobby service) and council for the defendants the plaintiffs foregoing motion for a more definite statement by causing same to be served via first class US mail.

_William P. Youngworth, III_   8/19/05
William P. Youngworth, III
Plaintiff Pro Se
For the plaintiffs
P.O. Box 2663
Springfield, Ma. 01101
413-736-5727
Yworth#@msn.com