UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM P. YOUNGWORTH, III et al,) | CIVIL ACTION No. 05-30108MAP |
| PLAINTIFFS, PRO SE ) | |
| ) | |
| v. ) | |
| ) | |
| MARK A. GENTILE, et al ) | |
| DEFENDANTS ) | |
| ) | |

## PLAINTIFF'S MOTION TO AMEND COMPLAINT

Now comes the plaintiffs, by and through plaintiff William P. Youngworth, III, Pro Se who moves this Honorable Court to amend their Complaint.

In support of this motion the plaintiffs state that within the filing of their original Complaint they so reserved the right to exercise an amendment to their Complaint. Additionally, the plaintiffs state that important witnesses have come forward possessing both corroborative and new information in support of their Complaint before this Court.

The plaintiffs, seeking criminal prosecutions of certain defendants, based on the information provided by new witnesses in this action, were forced to seek such action from these defendants co-defendants in the instant Complaint before this Court. Investigators employed by defendants in this action not only refused to investigate the claims of the plaintiffs' witnesses but instead informed certain witnesses they intended on retaliating against the plaintiffs for the filing of this action.

The plaintiffs further seek to amend their Complaint to incorporate the intimidation of a

-2-

witness coming forth with inclupating evidence against certain defendants in this action.

The plaintiffs have developed yet another witness from Jacksonville, Florida by the name of Danny Joseph Higdon. Mr. Higdon has agreed to sign the attached affidavit which is now on its way to him via U.S. mail. The plaintiffs pending the official filing of the amendment of their Complaint move this Court to enjoin the defendants and their agents in the instant action from retaliating against the plaintiffs for the filing of this action. Additionally, the plaintiffs seek a protective order from this Court protecting James Cunningham, Daniel Savage, William Paicopoulos and Danny Joseph Higdon, witnesses for the plaintiffs, from being harassed or retaliated against by the defendants or agents acting on their behalf. The plaintiffs move this Court to reserve ruling on any further issues until they have filed their amendment to their Complaint. Plaintiff W.P.Y., III is scheduled to undergo vascular surgery on September 30th. Surgery will be preformed on both of his legs. Plaintiff W.P.Y., III moves this Court for an extension of time until October 10, 2005 to file their amendments to their Complaint.

The plaintiffs state that they possess new and compelling evidence in support of their Complaint filed before this Court. This new evidence has only come started coming into the plaintiff's possession in late July of 2005. The plaintiffs attempted to give the defendants in this action a fair opportunity to act upon the plaintiffs requests for investigation and prosecution of fellow co-defendants by appointing special prosecutors. Certain defendants have not only failed to take appropriate and lawful actions over the plaintiffs complaints to them but have actually engaged in further actions that have caused

additional violations of the plaintiffs rights.

Wherefore: The plaintiffs pray judgment in this instant motion that they be allowed to amend their Complaint. That this Court withhold any further actions until receiving the plaintiffs amendments to their Complaint. That this Court enjoin the defendants from retaliating against the plaintiffs and their witnesses. Lastly, the plaintiffs move this Court to allow them until October 10, 2005 to file the amendments to their Complaint.

Respectfully submitted,

William P. Youngworth, III
Plaintiff Pro Se
For the plaintiffs
P.O. Box 2663
Springfield, Ma. 01101
413-736-5727