UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30108-MAP

| | |
|---|---|
| WILLIAM P. YOUNGWORTH, IV, <br> WILLIAM P. YOUNGWORTH, III, <br>     Plaintiffs <br> <br> vs. <br> <br> MARK A. GENTILE, AKA MARIO STILETTO, <br> MARYANNE PAICOPOULOS, AKA- <br> MARY E. YOUNGWORTH, <br> CHRISTINE HOYT, CAROLE M. CRISTO, <br> SCOTT GRIFFIN, CHIEF OF POLICE <br> DAVID P. DARRIN FOR THE TOWN OF <br> SPENCER, "SAFETY PLAN ADVOCATE" <br> (NAME UNKNOWN) FOR THE EAST <br> BROOKFIELD DISTRICT COURT, <br> JAMES M. GENTILE, JOHN J. CONTE, <br> THOMAS REILLY, NANCY A. ALTERIO, <br> TOWN OF SPENCER, <br> COMMONWEALTH OF MASSACHUSETTS, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### **DEFENDANTS, SCOTT GRIFFIN, CHIEF OF POLICE DAVID P. DARRIN AND TOWN OF SPENCER'S, OPPOSITION TO PLAINTIFFS' MOTION TO AMEND COMPLAINT**

NOW COME the defendants, Scott Griffin, Chief of Police David P. Darrin and Town of Spencer, and respectfully oppose the plaintiffs' Motion to Amend Complaint to the extent that it purports to relate to them. Because the plaintiffs have failed to attach a proposed Amended Complaint, it is unclear from the motion's specific nature of the proposed amendments and the defendants against whom said amendments are intended to be directed. To the extent, however, that the plaintiffs seek to amend their complaint as against the defendants, Scott Griffin, Chief of Police David P. Darrin and Town of Spencer, the defendants oppose the same, minimally,

410139

pending a decision by this Court on the pending motions. To avoid further expense, the defendants respectfully request that this Court order that no further pleadings be filed until such time as the Court has had an opportunity to rule on the pending motions to dismiss.

WHEREFORE, based upon the foregoing, the defendants, Scott Griffin, Chief of Police David P. Darrin and Town of Spencer, respectfully request that this Court deny the plaintiffs' motion to amend and further request that this Court order no further pleadings be filed until such time as this Court has had the opportunity to rule on the pending potentially dispositive motions.

THE DEFENDANTS
SCOTT GRIFFIN, CHIEF OF POLICE
DAVID P. DARRIN AND TOWN OF
SPENCER

By    */s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.:  544402

## CERTIFICATE OF SERVICE

I, Nancy Frankel Pelletier, Esq., hereby certify that on this 27th day of September, 2005, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel and:

| William P. Youngworth, III, Pro Se, and William P. Youngworth, IV, Pro Se<br>P.O. Box 2663<br>Springfield, MA  01101 | Mark A. Gentile a/k/a Mario Stiletto, Pro Se<br>25 Clark Street<br>Spencer, MA  01562 |
|---|---|
| Maryanne Paicopoulos a/k/a Mary Youngworth, Pro Se<br>25 Clark Street<br>Spencer, MA  01562 | Christine Hoyt, Pro Se<br>25 Clark Street<br>Spencer, MA  01562 |

410139

| | |
|---|---|
| Salvatore Giorlandino, Esq.<br>Office of Attorney General<br>Central Massachusetts Regional Office<br>One Exchange Place, 3rd Floor<br>Worcester, MA  01608 | Robert J. Murphy, Esq.<br>Murphy & Riley, P.C.<br>141 Tremont Street<br>Boston, MA 02111 |

Subscribed under the penalties of perjury.

                                                */s/ Nancy Frankel Pelletier*
                                                Nancy Frankel Pelletier, Esq.

410139