UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30108-MAP

| | |
|---|---|
| WILLIAM P. YOUNGWORTH, IV, <br> WILLIAM P. YOUNGWORTH, III, <br>     Plaintiffs <br> <br> vs. <br> <br> MARK A. GENTILE, AKA MARIO STILETTO, <br> MARYANNE PAICOPOULOS, AKA- <br> MARY E. YOUNGWORTH, <br> CHRISTINE HOYT, CAROLE M. CRISTO, <br> SCOTT GRIFFIN, CHIEF OF POLICE <br> DAVID P. DARRIN FOR THE TOWN OF <br> SPENCER, "SAFETY PLAN ADVOCATE" <br> (NAME UNKNOWN) FOR THE EAST <br> BROOKFIELD DISTRICT COURT, <br> JAMES M. GENTILE, JOHN J. CONTE, <br> THOMAS REILLY, NANCY A. ALTERIO, <br> TOWN OF SPENCER, <br> COMMONWEALTH OF MASSACHUSETTS, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANTS, SCOTT GRIFFIN, CHIEF OF POLICE DAVID P. DARRIN AND TOWN OF SPENCER'S, OPPOSITION TO PLAINTIFFS' AMENDMENT

NOW COME the defendants, Scott Griffin, Chief of Police David P. Darrin and Town of Spencer, and respectfully move this Court to strike the "Plaintiffs' Amendment to Original Complaint" pursuant to Fed. R. Civ. P. 15(b). As grounds therefor and in support thereof, the defendants state that there are numerous pleadings pending before this Court, including but not limited to, Motions to Amend and Motions to Dismiss. Additionally, certain defendants have filed Answers to the original Complaint. As such, the plaintiffs cannot amend their Complaint as a matter of right but only upon motion. Moreover, Fed. R. Civ. P. 15(b) is inapplicable to the case in its present status.

411654

WHEREFORE, based upon the foregoing, the defendants, Scott Griffin, Chief of Police David P. Darrin and Town of Spencer, respectfully move to strike the Plaintiffs' Amendment to Original Complaint pursuant to Fed. R. Civ. P. 15(b) and further request again that the Court order that no further pleadings be filed until such time as the pleadings presently pending before this Court be addressed.

THE DEFENDANTS
SCOTT GRIFFIN, CHIEF OF POLICE
DAVID P. DARRIN AND TOWN OF
SPENCER

By   */s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.: 544402

CERTIFICATE OF SERVICE

I, Nancy Frankel Pelletier, Esq., hereby certify that on this 14th day of October, 2005, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel and:

| | |
|---|---|
| William P. Youngworth, III, Pro Se, and William P. Youngworth, IV, Pro Se P.O. Box 2663 Springfield, MA  01101 | Mark A. Gentile a/k/a Mario Stiletto, Pro Se 25 Clark Street Spencer, MA  01562 |
| Maryanne Paicopoulos a/k/a Mary Youngworth, Pro Se 25 Clark Street Spencer, MA  01562 | Christine Hoyt, Pro Se 25 Clark Street Spencer, MA  01562 |
| Salvatore Giorlandino, Esq. Office of Attorney General Central Massachusetts Regional Office One Exchange Place, 3rd Floor Worcester, MA  01608 | Robert J. Murphy, Esq. Murphy & Riley, P.C. 141 Tremont Street Boston, MA  02111 |

Subscribed under the penalties of perjury.

*/s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq.

411654