United States District Court
District of Massachusetts

William P. Youngworth et al )
)
Vs. ) Defendants Mark Gentile and Maryanne (Paicopoulos)
) Gentile's Opposition to Plaintiff's Amendment
Mark A. Gentile et als )

C.A. No. 05-30108-MAP

Now comes the defendants, Mark and Maryanne Gentile, and moves this honorable to strike the "Plaintiffs' Amendment to Original Complaint" pursuant to Federal R. Civil P. 15(b). As grounds therefore, Defendants state that the allegations set out by the plaintiffs: 1) have no bearing on matters set out in the original complaint; and 2) Plaintiffs' are basing their motion to amend complaint on wild, unsupported and irresponsible allegations that fail to comport to the requirements of rules 603 and 604 of the Federal Rules of Evidence.

Defendants assert that the plaintiffs' allegations are merit less, unsupported and irresponsible. As plaintiffs are no doubt aware, all evidence entered into a Federal Court must be based upon personal knowledge (Rule 602) and be entered by either oath or affirmation (Rule 603). Plaintiffs in no way meet this requirement. Instead, plaintiffs' wild claims are based upon second and third hand hearsay which he attributes, without sworn affidavits, to some alleged compatriots with whom he may have some nefarious connection. The sole piece of documentary evidence on which plaintiffs rely is a 'return response' letter from an emotionally disturbed relative. Had he included the initial letter that he had sent, baiting the boy, or had he informed the Court that the boy was in

Bridgewater State Hospital when he actually received the letter, it might have been more informative to the Court. Plaintiffs further went on to make wild allegations concerning the District Attorney for Worcester County, again, failing to enter even one verifiable fact or one supported piece of evidence.

For the foregoing reasons, defendants Mark and Maryanne Gentile move to strike plaintiffs' motion to amend and give further notice of their intention to file motions to dismiss this action and seek relief against the plaintiffs pursuant to the provisions of the Anti-SLAPP statute. The actual motion to dismiss is being perfected as defendants file this motion before the court.

Dated __Oct 20__, 2005

Respectfully Submitted,

_____
Mark Gentile

_____
Maryanne (Paikopoulos) Gentile

## CERTFICATE OF SERVICE

Defendant's Mark A. Gentile and Maryanne (Paicopoulos) Gentile do hereby swear and affirm that they caused the attached Opposition to Plaintiffs' Amendment to be served on the defendants this Twentieth day of October, 2005 by mailing copies of the same by first class mail, postage prepaid, to their post office box, P.O. Box 2663, Springfield, Mass. 01101, and copies of the same to the other named defendants' counsels at their respective business addresses.

Signed,

_____
Mark A. Gentile

_____
Maryanne (Paicopoulos) Gentile