UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 OCT 27  A 9: 38

U.S. DISTRICT COURT
DISTRICT OF MASS.

WILLIAM P. YOUNGWORTH, III, et al, ) Civil Action No. 05-30108-MAP
PLAINTIFFS, PRO SE )
)
v. )
)
MARK A. GENTILE, et als, )
DEFENDANTS )
)

### PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT(S) GENTILE AND PAICOPOULOS' MOTION TO STRIKE PLAINTIFFS' AMENDMENT TO ORIGINAL COMPLAINT

Now comes the plaintiffs, by and through plaintiff William P. Youngworth, III (W.P.Y., III) who moves this Honorable Court to deny the above defendants motion to strike the plaintiff's amendment to their original Complaint.

In support of this motion the plaintiffs state that the above named defendants come before this Court asking to Oppose the plaintiff's amendments in their title of motion but then immediately jump into a request to strike within the first paragraph of their actual motion. In either case, whatever it is that these defendants are requesting of this Court, the plaintiffs oppose it.

The moving defendants base their motion on what they call "wild, unsupported and irresponsible allegations". The plaintiff herein object. The plaintiffs have done nothing of the sort. On the contrary, the plaintiffs give names, dates, times and places of the events. While the defendants misplaced argument are based on various Federal Rules of Evidence.

-2-

The plaintiffs would remind these defendants that the contents of their amendment to their original Complaint are merely allegations at this stage. The plaintiffs are fully aware of their burden of proof at trial and are eagerly awaiting their opportunity to prove their allegations via actual introductions of facts via the Federal Rules of Evidence. However, it is a well settled precedent of law that the plaintiffs allegation are deemed as true in the allegation phase of the filing of the Complaint.

Thereafter the above defendants leap frog into a mish mash of challenges. The defendants claim that the plaintiff's allegations are based on hearsay and totem pole hearsay. That some "alleged compatriots with whom *he* may have some nefarious connection". That the "sole piece of documentary evidence on which plaintiffs rely is a response letter from an "emotionally disturbed relative". (the defendants own son and now son-in-law) The defendants accuse what seemingly must be plaintiff W.P.Y., III with the mention of "he", of "baiting the boy" referring to William Paicopoulos ( a 25 year old man) and that "he" (plaintiff W.P.Y., III) fails to inform the Court that 'the boy' is actually in a State Hospital "when he received the letter". This is another of the defendants outright attempts to deceive this Court. Mr. Paicopoulos was not in a State Hospital when he wrote any such letter. Mr. Paicopoulos was subsequently sent to a State Hospital where his competency was established. When the plaintiffs raise this issue as to William Paicopoulos in the filing of their original Complaint these very same defendants objected to the relevance of many of the plaintiffs allegations. It appears now that this relevance has been established.

-3-

Additionally, two of the individuals mentioned within the plaintiffs' amendment to their Complaint and the *sworn affidavit* filed by plaintiff W.P.Y., III, in the plaintiffs' motion to amend the plaintiff's original Complaint, are defendant *Gentile's* associates and co-defendants in pending criminal charges. A far contrast from "some compatriots with whom he may have some nefarious connection".

Lastly, as to the plaintiff's allegations being completely "unsupported" the plaintiffs offer the attached exhibits of evidence to guide this Court on to the path of the actual facts as opposed to the pleadings of defendants who either change their pleadings when they discover that documents on file with this Court prove them to be untruthful or change the themes of their pleadings when the facts make matters inconvenient for them.

Respectfully submitted,

William P. Youngworth, III
For the plaintiffs
Plaintiff, Pro Se
P.O. Box 2663
Springfield, Ma. 01101
413-736-5727



MAY 26, -JUN 1, 2005 • VOLUME 30, NUMBER 36| WORCESTER COUNTY'S INDEPENDENT VOICE



Local Weather
**59 F**
forecast...
Powered by AccuWeather

**CURREN ISSU E»**
- HOME
- A & E
- Calendar
- Dining
- Editorial/Letters
- News
- One on One
- Personals
- Wicked Mint Weekend
- Worcesteria
- 1001 Words

**WOMAG INFO»**
- About Us
- Advertise
- Contact Us
- Get Your Copy
- Browse Archives



Looking for Love?
Worcester PERSONALS

## CITY DESK

### FEATURES

Food fight | Invasion on Newton Hill | One window per customer

# Food fight

*The family behind a Shrewsbury Street legend goes to court*

By Noah Schaffer

In a neighborhood packed with family-run institutions, D'Errico's, the restaurant attached to the long-established market on Shrewsbury Street, stands out as one of the most venerable.

Unfortunately, the restaurant has been shuttered in recent weeks. A recent lawsuit indicates the family that owns the establishment is in dispute over the direction of the business. Although D'Errico's restaurant is slated to re-open in a few weeks, the bad blood between the children of its recently deceased matriarch continues.

The lawsuit was filed by the three sisters who are minority owners. Their brother, Joseph Evangelista, is the majority owner. Marguerite Shultz, Anne Holland and Lucia Engdahl are all the daughters of Angie D'Errico Evangelista who, until her death last June at age 83, was often seen working at the market.

The lawsuit centers around Evangelista's hiring of a man named Mark Gentile as manager of the restaurant. By all accounts, there were a number of vehement arguments between Gentile and the sisters. In January, Gentile wrote the sisters a letter

THE RESULTS ARE IN! Click on the

**The Jazz Worcester Real Book**

click here for information & to order



forbidding them to enter the restaurant they partially own because of "your recent behavior (loud public disturbances) and intrusions into non-public areas of the restaurant."

The lawsuit filed by the sisters, which names Joseph Evangelista as an interested party, called Gentile a "convicted murderer" and said he was prone to "violent outbursts ... threatening people with knives and broken dishes." It said that after one of the sisters pointed out a mistake in a catering order and argued with Gentile, they feared for their lives.

The lawsuit asked for an order barring Gentile from contacting the sisters and requested that a Worcester Superior Court Judge remove him from his position as manager.

A response filed by Attorney Sean Carnathan on behalf of Gentile denies all of the charges. "There is nothing to support the claims," he writes, "Gentile works 80 hours a week ... and is not a convicted murderer." The claim says that the sisters "have been disrupting the operation by instigating arguments in front of patrons."

He adds that a court could not order Gentile to be fired because the sisters "have no direct [control] of the operation."

The response also says that the Trust of Angie Evangelista would be redistributing the stock she owned in the business, to be shared equally among her four children. Documents in Worcester Probate Court show that Joseph Evangelista recently requested that his mother's will be probated, setting the stage for another battle over control of the business.

Justice Timothy Hillman denied the sisters' request to remove Gentile, but did impose a restraining order against him. "The defendant Mark A Gentile is prohibited from assaulting, threatening, harassing or intimidating the plaintiffs. [Gentile] is prohibited from causing damage to the property of the plaintiffs. The defendant is prohibited from speaking to or telephoning or contacting the plaintiffs. In all other respects the request for injunctive relief is denied," he wrote.

Gentile had been charged in 2000 with assault and battery with a dangerous weapon (a knife) and resisting arrest following a violent incident in Spencer. A jury found him not guilty of assault and battery, but guilty of resisting arrest. He was sentenced to serve two and a half years in the House of Correction, with 15 months to be served, the balance suspended, and three years probation. It was a return to jail for Gentile, who spent years incarcerated in Walpole in connection with a shooting in which the victim reportedly survived. (In 1990, a warm profile by *Worcester Telegram & Gazette* columnist James Dempsey depicted Gentile as "unusually bright" with a "passion for literature" as well "a man with a quick temper and a gun." It also documented how he and a friend escaped and went on an armed robbery spree.)

Gentile was arrested again this winter in Vernon, Conn., for possession of burglar tools, criminal mischief, intent to commit

theft and interfering with and resisting arrest. That arrest made him in violation of his probation and he was required to post bail. A hearing has been scheduled for June 7.

While in jail, Gentile became a party to a controversy surrounding the famous 1990 theft of paintings at the Isabella Stewart Gardner Museum in Boston. A former cellmate, William Youngworth III, appeared on an ABC newsmagazine show. After the broadcast, Gentile told *The Boston Herald* that he had painted a forged Rembrandt self-portrait that had been shown on the program. Gentile claimed that Youngworth paraded around with the forgery to convince people he could gain access to the actual pieces of stolen Gardner Museum art.

In an interview this week, Evangelista said D'Errico's restaurant will re-open in "two to three weeks," but without Gentile. "We had a lot of complications and everyone needed a break," he says, adding that the construction of a medical building at the top of the hill above the restaurant also factored in.

"It's going to be much better when we re-open, with a simpler menu and the return of a chef we had about six years ago," he added, promising that the Italian-American cuisine and reasonable prices would remain. "It will be a lot better and easier for me."

Evangelista also noted that it was in the interest of the market to re-open the restaurant. "Business brings business," he says. "When the restaurant is open, it helps the market."

Although Gentile won't be part of the new operation, "there are no bad feelings," says Evangelista. "He's still available. Mark wants to move on to other things. We're like brothers, me and him."

This isn't the first time the extended Evangelista family has gone to court over one of their eateries. In the mid-'80s, the sons of the patriarchs of the Parkway Diner were involved in a lawsuit over how much should be paid for a share in the company. A judge ordered the higher amount to be paid to a son who had inherited one of the shares.

# Invasion on Newton Hill

*It's the attack of the four-wheel ATVs*

By Brian Goslow

Having spent the past few years working to clean up Newton Hill — "The 41 acres of Elm Park the city doesn't maintain" — Rick Miller was fearing the worst when he heard that some youths had invaded the park on a four-wheel all-terrain vehicle (ATV) on May 24.

Walk to Cure Cancer

To print this article open the file menu and choose Print.

Article published Sep 10, 2005

Sep 10, 2005

# Regional digest

**Worcester man stabbed after argument**

WORCESTER -- A 26-year-old city man suffered multiple stab wounds last night when he was assaulted outside the 99 Restaurant, 11 East Central St., police said.

Detective Lt. Robert F. Rich said the victim was stabbed in the abdomen and left hand about 9:10 p.m. He was taken by ambulance to UMass Memorial Medical Center — University Campus.

The lieutenant said police were told the victim's wounds were not considered life-threatening when he was being readied for transport to the hospital. His condition was not immediately available.

Lt. Rich said the victim is believed to have known his assailant. The stabbing took place after an argument between the two men at the front door to the restaurant. No arrests had been made late last night.

Detective Sgt. Thomas R. Radula and Officer Joseph J. Vigliotti are investigating.

**Gay Pride celebration is today**

The Worcester Gay Pride Association will host a Gay Pride Celebration at 2 p.m. today on Water Street that will feature a block party, "Miss Worcester" pageant, live entertainment, carnival attractions, DJs and a street dance.

The Central Massachusetts Business Council also will host the area's first Gay Business Expo, with more than 40 local businesses and nonprofit organizations expected to attend.

A political rally will be held at 3 p.m. in the municipal parking lot on Water Street.

Order the Telegram & Gazette, delivered daily to your home or office!

Copyright 2005 Worcester Telegram & Gazette Corp.



**There's Banking...**

To print this article open the file menu and choose Print.

Article published Sep 13, 2005

Sep 13, 2005

# Regional digest

**City man charged in stabbing**
WORCESTER -- A Seymour Street man was arrested yesterday in connection with a stabbing outside the 99 Restaurant Friday.

Daniel Savage, 39, of 85 Seymour St., is charged with armed assault with intent to murder and assault and battery with a dangerous weapon. Mr. Savage was arrested by Patrolman Patrick J. Harrington on a warrant issued yesterday.

The victim was a 26-year-old man who was stabbed in the lower left abdomen and the left hand. He underwent surgery at the UMass Memorial Medical Center, police said.

The stabbing occurred after an argument between the two men at the front door of the 99 Restaurant. The assailant then ran behind the restaurant, police said.

The victim, whose name was withheld, was able to come to the police station Saturday and identify a suspect from a photo array, police said.

**Alleged knife-wielder held**
FITCHBURG — A 59-year-old Fitchburg man was held on $15,000 cash bail yesterday after he allegedly waved a knife Saturday at children at Meadowbrook Village apartments, and, later, at a police officer.

Robert N. Williams, of 60 Meadowbrook Lane, was arraigned yesterday in Fitchburg District Court on two counts of assault with a dangerous weapon (knife), threatening to commit a crime and resisting arrest, according to Police Capt. Philip J. Kearns.

Police arrested Mr. Williams at 5 p.m. Saturday after neighbors reported that a man was threatening to kill children playing outside at Meadowbrook Village, Capt. Kearns said.

Officer Matthew C. Lemay went to Mr. Williams' apartment and knocked on the door. No one came to the door, which, he said, opened by the force of his knock.

He could see Mr. Williams sitting in a chair in the living room. When Officer Lemay confronted Mr. Williams about the reports, Mr. Williams "swung the knife at my chest area," the officer wrote in his report.

Officer Lemay pushed Mr. Williams away and drew his weapon, warning him to put down the knife. Mr. Williams ran into the bedroom and shut the door, Capt. Kearns said.

A few moments later, Capt. Kearns said, Mr. Williams appeared in the bedroom doorway with his hands behind his back. Officer Lemay took him into custody without further incident.

Capt. Kearns said Officer Lemay's report said Mr. Williams told police he was "sick and tired of all the kids outside." Mr. Williams also appeared to be intoxicated, he said.

**Four girls hurt in I-290 crash**
MARLBORO — Four teenage girls were taken to UMass Memorial Medical Center — University Campus in Worcester with minor injuries after their car rolled over on Interstate 290 around 6:30 last night, state police said.

The four girls, whose names were withheld last night, were driving in a 1996 Ford Mustang in the westbound lane on I-290

## CERTIFICATE OF SERVICE

Now comes the plaintiffs who serve the foregoing motion in opposition to defendant(s) Gentiles and Paicopoulos' motion to strike by causing same to be served on this Court via its Clerk at his usual place of business and further serve the defendants by causing same to be mailed via U.S. First class mail at their given address.

*/s/ W.P.Y. III*

William P. Youngworth, III
For the plaintiffs
P.O. Box 2663
Springfield, Ma. 01101

11/26/05