Clerk of Courts
The United States District Court
1550 Main Street
Springfield, Ma. 01103

January 15, 2006

RE: Youngworth, et al v. Gentile, et al/ docket number 05-30108 MAP.

Dear Clerk:

I have been awaiting a decision on several pre-trial matters in the above entitled action. I know how overwhelmed your office is and I thank you for the utmost curtsey and attention that your office has shown me.

I have frequent problems receiving my mail at my legal address. An individual claiming to be me (with identification) has obtained my mail several times despite my very explicit instructions not to give anyone any of my mail over the counter at the Post Office.

In any event, I was curious if there has been any rulings by Judge Posner in my action. Either way, would you please inform me of this action's present status.

Thanking you for you time any attention on this matter, I am.

Most respectfully,

William P. Youngworth, III
Plaintiff
P.O. Box 2663
Springfield, Ma. 01101
413-736-5727
yworth3@msn.com

cc: file