UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
WILLIAM P. YOUNGWORTH, III,  )
ET AL.,                      )
        Plaintiffs           )
                             )
             v.              )   C.A. NO. 05-30108-MAP
                             )
MARK A. GENTILE, ET AL,      )
        Defendants           )
```

**MEMORANDUM AND ORDER REGARDING**
**REPORT AND RECOMMENDATION WITH REGARD TO**
**DEFENDANTS' MOTIONS TO DISMISS**
(Docket Nos. 11, 12, 39 & 70)

February 27, 2006

PONSOR, D.J.

William P. Youngworth, III ("Plaintiff"), representing himself and also attempting to represent his minor son, William P. Youngworth IV, has filed this case against twelve defendants for conspiring to deprive him of certain Constitutional rights. In response to the complaint, three groups of Defendants have filed Motions to Dismiss: Defendants Griffin, Darrin and the Town of Spencer ("Town Defendants") (Docket No. 39); Defendants Cristo, James M. Gentile, Conte, Reilly and Alterio ("State Defendants") (Docket No. 12); and Defendant Commonwealth of Massachusetts ("Commonwealth") (Docket No. 11).

All three motions were referred to Magistrate Judge Kenneth P. Neiman for report and recommendation. On February 3, 2006, Magistrate Judge Neiman issued his Report

and Recommendation, to the following effect: (1) claims brought by the Plaintiff, representing himself pro se on behalf of his son should be dismissed; (2) the State Defendants' Motion to Dismiss should be allowed, without prejudice; (3) the Town Defendants' Motion to Dismiss should be allowed, with prejudice; and (4) the Commonwealth's Motion to dismiss should be allowed, with prejudice. Plaintiff thereafter filed a timely objection to the Report and Recommendation (Docket No. 71).

    Upon de novo review, this court hereby ADOPTS the Report and Recommendation of Magistrate Judge Kenneth P. Neiman dated February 3, 2006. Plaintiff is permitted by law to represent himself, but cannot represent any other party, including his minor child. Thus, any claims brought on behalf of William P. Youngworth IV must be dismissed. The Town Defendants' Motion to Dismiss must be allowed, as the Magistrate Judge noted, based on the operation of Mass. Gen. Laws. ch. 258, § 10(h), based on the absence of any official policy or custom on the part of the municipality, and based on operation of the doctrine of Qualified Immunity. Similarly, the Commonwealth is immune to this lawsuit under the 11th Amendment of the United States Constitution.

    A review of the file confirms the appropriateness of the Magistrate Judge's dismissal without prejudice of the

complaint against the State Defendants for violation of Fed. R. Civ. P. 8 and 10.  Plaintiff will have until March 31, 2006 to file his amended complaint.  Failure to file an amended complaint by that date will result in dismissal with prejudice against the State Defendants.  Plaintiff should insure that modifications are made to his amended complaint to incorporate the orders of this court.

In summary, the court orders as follows: (1) claims offered on behalf of William P. Youngworth IV are hereby ordered DISMISSED; (2) the Motion to Dismiss of the Town Defendants (Docket No. 39) is hereby ALLOWED, with prejudice; (3) the Commonwealth's Motion to Dismiss (Docket No. 11) is hereby ALLOWED, with prejudice; (4) the State Defendants' Motion to Dismiss (Docket No. 12) is hereby ALLOWED, without prejudice to the filing of an amended complaint against these defendants no later than March 31, 2006.

Defendants Mark Gentile, Maryanne Paicopoulos and Christine Hoyt, proceeding pro se, have answered the complaint and will remain as parties in the amended complaint.

Following filing of the amended complaint and responsive pleadings, the clerk will refer this matter to Magistrate Judge Kenneth P. Neiman for a conference pursuant to Fed. R.

**Civ. P. 16.**

    **It is So Ordered.**

                                      <u>/s/ Michael A. Ponsor</u>
                                      **MICHAEL A. PONSOR**
                                      **U. S. District Judge**