UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM P. YOUNGWORTH III,
                Plaintiff,

v.

MARK A. GENTILE, et al.,
                Defendants.

CIVIL ACTION
NO. 05-30108-MAP

TO THE CLERK OF THE ABOVE NAMED COURT:

      Please enter my appearance as attorney for the Defendants Carole M. Cristo, James M. Gentile, John J. Conte, Thomas Reilly and Nancy A. Altero in the above entitled action.

                        Respectfully submitted,
                        Commonwealth of Massachusetts
                        By Its Attorney,

                        THOMAS F. REILLY
                        ATTORNEY GENERAL

                        William P. O'Neill  BBO#379745
                        Assistant Attorney General
                        Western Massachusetts Division
                        1350 Main Street
                        Springfield, MA 01103-1629
                        (413)784-1240 FAX: 784-1244