UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (SPRINGFIELD)

FILED IN CLERK'S OFFICE
2006 MAY 11 P 12:07
U.S. DISTRICT COURT DISTRICT OF MASS.

WILLIAM P. YOUNGWORTH, IV, and
WILLIAM P. YOUNGWORTH III,
Plaintiffs

v.

MARK A. GENTILE, et al.,
Defendants

C.A. No. 3:05-cv-30108-MAP

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of Salvatore M. Giorlandino, Assistant Attorney General of Massachusetts, as counsel to the following defendants:

(1) Carole Cristo;

(2) James Gentile;

(3) John J. Conte;

(4) Thomas Reilly;

(5) Nancy A. Alterio; and

[continued next page]

(6) the Commonwealth of Massachusetts.

Respectfully submitted,
THOMAS F. REILLY
ATTORNEY GENERAL OF MASSACHUSETTS

Date: 01/13/06

Salvatore M. Giorlandino
Assistant Attorney General of Massachusetts
BBO# 548131
Office of the Massachusetts Attorney General
Central Massachusetts Division &
Government Bureau/Trial Division
One Exchange Place, 3rd Fl.
Worcester, MA 01608
(508) 792-7600 ext. 109