UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM P. YOUNGWORTH III,
        Plaintiff,
v.
MARK A. GENTILE, et al.,
        Defendants.

CIVIL ACTION
NO. 05-30108-MAP

FILED IN CLERK'S OFFICE
2006 MAY 12 A 10: 29
U.S. DISTRICT COURT
DISTRICT OF MASS

## DEFENDANTS CAROLE CRISTO, JAMES GENTILE, JOHN J. CONTE, THOMAS REILLY, AND NANCY A. ALTERIO'S MOTION TO DISMISS

Pursuant to Rules 8(a), 8(e), and 10(b) of the Federal Rules of Civil Procedure, the defendants Carole Cristo, James Gentile, John J. Conte, Thomas Reilly, and Nancy A. Alterio (collectively "the defendants") move to dismiss the Plaintiffs' Amended Complaint because it fails to contain a "short and plain statement" of his claims against the defendants.

This Court previously allowed the Defendants' Motion to Dismiss on similar grounds, but without prejudice, allowing the Plaintiff to file an Amended Complaint. The Amended Complaint is shorter in form, but as deficient in substance as the Plaintiff's original Complaint. The defendants still cannot fairly be expected to respond to the Complaint, as more specifically set forth in the Defendants' Memorandum of Law, which is incorporated by reference herein.

WHEREFORE, the defendants respectfully request that the Court dismiss the Plaintiff's Amended Complaint for failure to comply with the requirements of Rules 8(a), 8(e), and 10(b) of the Federal Rules of Civil Procedure.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL OF MASSACHUSETTS

Date: May 11, 2006

/s/ William P. O'Neill
William P. O'Neill
Assistant Attorney General of Massachusetts
Western Massachusetts Division
1350 Main Street
Springfield, Massachusetts 01103-1629
413-784-1240 ext. 107