UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM P. YOUNGWORTH III,<br>    Plaintiff,<br>v.<br>MARK A. GENTILE, et al.,<br>    Defendants. | CIVIL ACTION<br>NO. 05-30108-MAP |

FILED IN CLERK'S OFFICE
2006 MAY 12 A 10: 29
U.S. DISTRICT COURT
DISTRICT OF MASS.

## CERTIFICATE OF SERVICE

I, William P. O'Neill, Assistant Attorney General, Western Massachusetts Division, 1350 Main Street, Springfield, MA 01103 do hereby certify that on May 11, 2006, I caused the foregoing **DEFENDANTS CAROLE CRISTO, JAMES GENTILE, JOHN J. CONTE, THOMAS REILLY, AND NANCY A. ALTERIO'S MOTION TO DISMISS** to be served upon the parties in this action by mailing a copy of the same, postage prepaid, first class mail to counsel of record or the parties pro se as follows:

Nancy Frankel Pelletier, Esq.
Robinson, Donovan, Madden & Barry
P.O. Box 15609
Springfield, Massachusetts 01115-5609

Robert J. Murphy, Esq.
Murphy & Riley
141 Tremont Street
Boston, MA 02111

Mark A. Gentile
25 Clark Street
Spencer, MA 01562

Christine Hoyt
25 Clark Street
Spencer, MA 01562

Maryanne Paicopoulos
25 Clark Street
Spencer, MA 01562

_____
William P. O'Neill
Assistant Attorney General