UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| WILLIAM P. YOUNGWORTH III,  )<br>    Plaintiff,    )<br>    )<br>VS.    )<br>    )<br>MARK A. GENTILE, AKA MARIO STILETTO,)<br>MARYANNE PIACOPOULOUS AKA MARY  )<br>E. YOUNGWORTH, CHRISTINE HOYT,    )<br>CAROLE M. CRISTO, JENNE McGINNIS,    )<br>JAMES M. GENTILE, JOHN J. CONTE,    )<br>THOMAS REILLY, and NANCY A. ALTERIO )<br>    Defendants.    ) | CIVIL ACTION NO. 05-30108-MAP |

### MOTION OF JENNE McGINNIS TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendant Jenne McGinnis ("McGinnis") hereby moves to dismiss Plaintiff's Amended Complaint based on this Court's February 3, 2006 ruling denying Plaintiff's previously filed Motion to Amend [Document No. 42]. As noted in the February 3, 2006 Order by the Honorable Chief Magistrate Judge Kenneth P. Neiman:

> The court hereby DENIES as futile Plaintiff's July 14, 2005 Motion to Amend Complaint (Document No. 42), essentially for the reasons stated in Ms. McGinnis's opposition (Documents Nos. 46 and 47), to wit, that there is no showing that Ms. McGinnis is a state actor or otherwise may be sued for confidential communications she had as a domestic violence counselor.

In the "Report and Recommendations with Regard to Defendants' Motion to Dismiss (Documents Nos. 11, 12 and 39)" issued on that same date [Document No. 70], Judge Neiman explained the background of the involvement of McGinnis in the action at footnote 1:

> On July 8, 2005, District Judge Michael A. Ponsor ruled that yet another defendant – an individual listed as the "Safety Plan Advocate" – is not subject to suit. (See Document No. 40.) Following that ruling, Jenne McGinnis, a domestic violence counselor in Spencer and purportedly the so-called "Safety Plan Advocate," appeared as an interested person and filed an opposition to one of Plaintiff's two motions to amend, arguing that her inclusion as a defendant would be futile. By electronic order issued this day, the court has denied Plaintiffs'

motions to amend. Accordingly, neither McGinnis nor the "Safety Plan Advocate" remain as defendants.[1]

Accordingly, the Court has already ruled that McGinnis may not be added as a party to the Amended Complaint. Despite this ruling, McGinnis was named as a defendant in Plainitff's Amended Complaint filed on March 30, 2006 [Document No. 73].

WHEREFORE, Jenne McGinnis respectfully requests that she be dismissed from Plaintiff's Amended Complaint and for such other relief as this Court deems just.

                                        JENNE McGINNIS,
                                        By her Attorneys,

                                        Robert J. Murphy BBO# 363760
                                        Joel D. Hillygus BBO# 657119
                                        MURPHY & RILEY, P.C.
                                        141 Tremont Street
                                        Boston, MA  02111
                                        617-423-3700

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 15, 2006.

**DATED: May 15, 2006**

---

[1] On February 27, 2006, the Honorable Judge Michael A. Ponsor entered an Order adopting the Report and Recommendations. [Document No. 72]