UNTIED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Action No. 05-30108MAP

WILLIAM P. YOUNGWORTH, III }
Plaintiff )
}
v. }
}
MARK A. GENTILE, et al }
Defendants )
}

## PLAINTIFF'S OPPOSITION TO DEFENDANT HOYT'S
## MOTION TO DISMISS AMENDED COMPLAINT

Now comes the plaintiff, William P. Youngworth, III who moves in opposition to defendant Hoyt's motion to dismiss amended Complaint.

Within defendant Hoyt's motion to dismiss amended Complaint she makes reference to the plaintiff violating Fed. R. Civ. P.'s 8(a), 8 (e), 10 (b), 9 (b), and 12 (c). In essence this defendant's motion to dismiss is nothing more that a composite variation of her original motion to dismiss the original Complaint. As this Court and this particular defendant are both fully aware (per this Court's order of Feb. 27, 2006) this defendant along with defendant's Gentile and Paicopoulos have been ordered to stand answerable to the original Complaint.

Defendant Hoyt's motion to dismiss the amended Complaint is simply moot as she has been ordered to answer the original underlying Complaint. Service upon defendant Hoyt on the amended Complaint was merely a formality in observance to the service requirements of the Fed. R. Civ. P's.

Within this defendant's motion to dismiss the amended Complaint she again seeks to try the allegations within the plaintiff's Complaint (original and amended) within the pleadings of the motions as opposed to trying it before the Court in where it properly belongs. This defendant complains of a lack of nexus connecting her as a conspirator of the first tier within the original Complaint. Again, this matter is not properly before this Court within a pleading of the motions as opposed to that of trial.

The plaintiff's filing of the amended Complaint dissected his original Complaint making it shorter by two-thirds, redacting all information having to do with "the Town of Spencer players", all reference to former plaintiff William P. Youngworth, IV as a moviant, but however maintains it's exact integrity as to the complicity of this defendant in an overall conspiracy to violate the most basic rights of the plaintiff. As to this defendant's complaints of violations of the Fed R. Civ. P's, the plaintiff responds that he has in fact followed all governing procedural rules and opposes this defendant's complaint to the contrary.

WHEREFORE: By virtue of this Court's Feb. 27, 2006 order, defendant Hoyt has been made answerable to the original Complaint. This defendant's motion to dismiss the amended Complaint should be dismissed due to the governing ruling within this Court's order regarding the filing of the original Complaint.

Respectfully submitted,

William P. Youngworth, III
Plaintiff, Pro Se
P. O. Box 2663
Springfield, MA 01101-2663
Yworth3@msn.com

## CERTIFICATE OF SERVICE

Now comes the plaintiff, William P. Youngworth, III, who causes the foregoing motion for reconsideration/objection and opposition to defendant Christine Hoyt's motion to dismiss amended Complaint to be served upon this Court's clerk by lobby service, service upon certain defendant's council's by electronic service (e-mail), other defendant's (Hoyt, Gentile, Paicopoulos) via first class U.S. mail and in-hand service to Assistant Attorney General William P. O'Neill at his usual place of business.

_____
William P. Youngworth, III
Plaintiff, Pro Se
P. O. Box 2663
Springfield, MA 01101-2663
413-736-5727
Yworth3@msn.com

Dated June 15, 2006