```
                UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS


WILLIAM P. YOUNGWORTH, III, )
ET AL.,                     )
          Plaintiffs        )
                            )
                v.          )  C.A. NO. 05-30108-MAP
                            )
MARK A. GENTILE, ET AL,     )
          Defendants        )
```

ORDER

June 26, 2006

PONSOR, D.J.

    Plaintiff has moved for reconsideration of the court's ruling allowing the Motion to Dismiss of Defendants Gentile, Conte, Reilly, Alterio, and Cristo (Docket No. 77) on June 1, 2006. Plaintiff claims that he never received a copy of this motion. The court has allowed the Motion for Reconsideration, giving Plaintiff until July 21, 2006 to oppose the Motion to Dismiss.

    The court hereby refers the Motion to Dismiss (Docket No. 77), as well as Motions to Dismiss of Defendant McGinnis (Docket No. 80) and Defendant Hoyt (Docket No. 81) to Chief Magistrate Judge Kenneth P. Neiman for Report and Recommendation.[1]  All other motions to dismiss that may be filed after this, as well as any related motions, are also

---

[1] It appears Plaintiff has filed no opposition to Docket No. 80 either. Opposition to that motion will also be filed by July 21, 2006.

hereby referred to Chief Magistrate Judge Neiman.

It is So Ordered.

/s/ Michael A. Ponsor<br>
MICHAEL A. PONSOR<br>
United States District Judge