*U.S. GPO: 2000-463-702/25203

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>William P. Youngworth, III | COURT CASE NUMBER<br>05-30108-MAP |
|---|---|
| DEFENDANT<br>Tom Reilly | TYPE OF PROCESS<br>Civil Rights Action |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Tom Reilly Mass. Atty. General
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT One Ashburton Place Boston, Mass. 02108

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William P. Youngworth, III
P.O. Box 2663
Springfield, MA. 01101

Number of process to be served with this Form - 285: One
Number of parties to be served in this case: Ten
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☑ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 413-7X-S727
DATE: 3/29/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>6 of 9 | District of Origin<br>No. 38 | District to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk<br>DG Milas | Date<br>3/31/2006  N 4/25/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Sherri Costa   Executive Assistant

Address (complete only if different than shown above):
1 Ashburton 20th Floor

Date of Service: 05/02/2006
Time: 12:00 pm
Signature of U.S. Marshal or Deputy

| Service Fee<br>45.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges<br>45.00 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund<br>$45.00 |
|---|---|---|---|---|---|

REMARKS: