

*U S GPO 2000-463-702/25203

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>William P. Youngworth, III | COURT CASE NUMBER<br>05-30108-MAP |
|---|---|
| DEFENDANT<br>Nancy A. Alterio | TYPE OF PROCESS<br>Civil Rights Act |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR COND
Nancy A. Alterio Commissioner
**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Mass Comm. Disabled Persons Protection  50 Ross  Quincy, M

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William P. Youngworth, III
P.O. Box 2663
Springfield, MASS 01101

| Number of process to be served with this Form - 285 | One |
| Number of parties to be served in this case | Ten |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
William P. Youngworth, III
TELEPHONE NUMBER: 413-736-5227
DATE: 3/29/

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LI**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>9 of 9 | District of Origin<br>No. 38 | District to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk<br>DG Mills | Date<br>4/25/06<br>3/31 |

I hereby certify and return that ☒ I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service  Time

Signature of U.S. Marshal or Deputy

Dunlea DBTRP

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refu |
|---|---|---|---|---|---|---|
| 45. | 7.30 | | | | 52.30 | |

REMARKS: