United States District Court

District of Massachusetts

FILED
IN CLERK'S OFFICE

2006 JUL 21  P 3: 28

DISTRICT COURT
DISTRICT OF MASS.

C.A. No. 05-30108-MAP

William P. Youngworth et al )
)
Vs. )
)
Maryanne (Paicopoulos) Gentile et als

Maryanne (Paicopoulos) Gentile's

Affidavit In Support of Her Special

Motion to Dismiss Complaint pursuant to

M.G.L.ch. 231 sec. 59H and 42 USC 1988

1. I am a defendant in the above-named action and I make this affidavit in support of my motion to dismiss the complaint pursuant to the Massachusetts anti-SLAPP statute, as well as cognate provisions of federal law.

2. I am the sister of the plaintiff. Both the plaintiff and I were born, baptized and raised in an Irish/Catholic home in Marshfield, Massachusetts.
We both lived there until our early teenage years when we were placed in foster homes following the death of our mother due to complications of drug abuse and alcoholism.

3. The plaintiff, Billy, had some violent behavioral issues then. He was assaultive and he physically and, though I was always too ashamed to admit it, sexually abused me. He repeated this same behavior with other family members (cousins), the children of family friends, and other children in foster care. We had never lived together again from that time until I moved to Massachusetts from Florida in 2003, though we remained in close contact. As a result of this close contact, I, personally, know of numerous other violent

          episodes in which Billy was involved, including violent assaults, robberies and murders. He has been addicted to Heroin for most of the last fifteen years; and from my own experience of him, I know him to be dangerous.

4. As a result of these actions and other incidents within the family, Billy and our father have been estranged for all of the last 15 years. He has, in fact, been disowned and disinherited for all of that time.

5. During the late spring of 2003, I was living in Jacksonville, Florida. Billy got in touch with me, claiming that he had cancer and was terminally ill. I sent him money on several occasions via Western Union, ostensibly to help him out with his household bills. He claimed to be disabled and asked me if I could come up and help out with his son, who, but for this, would end up in a foster home "like we did." I was horrified by the thought of my nephew being raised in foster care and I moved up to East Hampton, Massachusetts to help out. I had to hide this fact from my father. Billy had told me how he was doing really well financially and how he had this luxury apartment and plenty of room, etc. The reality was quite different.

6. Upon arriving in East Hampton, I found that the apartment was in near squalor and that Billy was hooked on Heroin again. In fact, on my first night there, a Spanish girl, with whom Billy was associating, attempted to steal my camera. My nephew, whom I did come to love greatly, was a different reality. He's a lovable, nice kid caught in a very bad situation. I did, at the time, believe that my brother had cancer and I determined to stay and help out. That decision turned into "a living Hell" for me.

7. I had money in the bank then. In fact, I took several thousand dollars up to Massachusetts with me: money that I earned waiting tables in restaurants in Florida. Billy, initially, kept borrowing money from me, promising to pay it back because he had a big "payday' coming with the proceeds from the Gardner Art Robbery story. Again, the reality was quite different. He squandered my money on Heroin and he became more and more demanding, then threatening, as time went on. He made me drive him to drug areas to buy heroin and he got me back around a lifestyle that I had gotten away from years

earlier. I had had a drug addiction problem, as well, but had been clean for almost seven years until then. He became so abusive that I developed hives, vomited continuously and lost almost thirty pounds. I was now broke, humiliated and trapped. He then got me back on drugs.

8. I met Mark Gentile during this time. Mark, according to Billy, was his business associate. In fact, Mark was the only one who worked and had a job at the time, and Mark was the one who paid the bills and brought all the food and household goods. Mark had been in prison with Billy but didn't approve of drugs. Billy went to great pains to hide his addiction from Mark, as well as the fact that we were brought up Catholic. It turned out that Billy had cloned Mark's identity while he was in jail in the Worcester House of Correction and Billy was promising to fix that, as well. He used to make me lie to Mark to con money out of him for imaginary bills. He would have me cut their hair and then tell Mark that they went to super cuts, etc. I ended up confessing this to Mark, who said that he already knew. Billy kept getting worse and worse, and Mark started coming home less and less. I asked him why he put up with it, and he said, "The kid." We agreed, at that time, that we would do what we could for my nephew. Things got worse. Billy pawned all my jewelry, which Mark bought back. He took, and then smashed up, my car, even though he lost his license for a longstanding 'deadbeat dad' bill, and he became progressively more abusive. I no longer had any money or any place to go and I was trapped in Hell again. My only consolation then was my nephew.

9. I started talking to Mark more and more then. In truth, I don't know why, but I started to trust him. He and I agreed that we would try to keep things together for my nephew's sake. It seemed inconceivable at the time that Billy could keep going on like he was. He was out stealing all the time in North Hampton and Springfield. He was up at five or six every morning looking to 'cop' heroin. He fell out constantly in the house: he kept taking assorted barbiturates with the heroin. He finally got arrested for stealing a palm pilot, and he finally admitted to Mark that he was hooked on Heroin. Mark pulled some strings and got him into a drug rehab in Worcester almost immediately. I drove Billy

there. We stopped and bought heroin on the way. He signed himself out after two days. I picked him up, along with a Spanish kid he met in the detox, and we went directly from the detox to the Great Brook Valley area of Worcester, where we purchased heroin. I got the money from Mark, ostensibly to buy food for the house.

10. One night while we were at East Hampton, Mark came home. I think that it was a Sunday because he had time off. Mark generally worked fourteen to sixteen hours a day at D'Errico's Restaurant in Worcester. D'Errico's was owned by Mark's childhood friend, Joseph Evangelista. Billy wanted to talk to Mark privately and made me go to my room. Later, I asked Mark what it was all about and he told me that "Billy wanted [him] to kill [my] father to get at the inheritance money". He further stated to me that Billy told him that "we have to keep her close. She's the key." I completely broke down then. Mark stopped coming around all together. I couldn't take it anymore. I became badly depressed, attempted suicide and ended up in the psychiatric ward at Cooley Dickenson Hospital in North Hampton for two weeks.

11. The landlord caught on to the fact that Billy had been robbing her for antiques and jewelry and had cashed some of her personal checks. She had eviction papers served upon us and we needed to move. I talked to Mark. He was getting pretty much fed up with the whole situation, but we figured that Billy had to hit a crash point soon and there was little Billy to look out for. Mark footed the bill for an apartment in Spencer, Mass., where he spent a lot of his childhood. Before leaving, Billy put rotten chicken inside of the heating vents in the landlord's house. I was present when he did that. It made a terrible stink. He subsequently started filing complaints against her with the code department in East Hampton for work that he had done for her on her house 'under the table.'

12. The decision to move to Spencer was made based upon the benefit to little Billy. The crash point didn't come and Billy kept getting worse and worse. He was now starting to get violent with me again, like when we were kids and I was getting scared. He was getting really pissed at Mark now because he

wouldn't shell out any more money to "papo the drug dealer." Billy told me that Mark was "becoming obsolete." I was to the point of being terrified. I started spending nights with Mark at a motel and I had to have him lock up my tip money in the safe at the restaurant. At that point, Billy started to corner me every time he could get me alone and scream at me and badger me to the point of tears. I came home one day with Mark and found all my costume jewelry on the kitchen table along with Billy's jeweler's loupe: all the precious metals and gems were gone. I had enough. I was scared. I was humiliated and I was terrified of what Billy was going to do to me next. On February 23, 2004, I went to the Brookfield District Court and got a restraining order against my brother. The apartment was in Mark's name and Mark decided that he couldn't put up with him anymore, either. We asked little Billy what he wanted to do. We offered to get a lawyer and fight for custody, or even, adopt him, if we could, but the choice had to be his. He decided to go with his father. God forgive me, but we never reported any of the drug abuse and neglect issues to DSS because he'd have ended up in a foster home, which to me would have been much worse.

13. Billy challenged the restraining order and lost. The order was extended. He then began to file endless claims against both myself and Mark. He filed false criminal complaints against Mark and me in Spencer, alleging the theft of valuable antiques. We cooperated with the investigation and the complaint was found to be without merit. He filed an EPA complaint against Mark's family property in Spencer (we obtained a copy). He filed a complaint with elderly affairs in Florida alleging that Mark and I wanted to kill my father, in spite of the fact that everything that he did in East Hampton became part of my psychiatric file at Cooley Dickenson at the time of my breakdown. He's sued everyone he can think of, He's made up every conceivable allegation that he could dream up against Mark and me and he's used this civil action to torture me for trying to get him out of my life. One day at court, I complained that I had to give up numerous days of work and income just to be there for his nonsense. He commented, "Get used to it; you're going to be her a lot."

14. I've since developed serious health issues and am just about debilitated. I'm being treated for numerous health related issues at UMASS Medical in Worcester, including the early stages of multiple myloma. I've developed stress related psychological problems. I sleep walk constantly and the stress of having him involved in my life at all is compounding my medical issues. I really can't take too much more of this. He's a monster and I just want him to go away out of my life. I still live in fear of him; and if I go out at night, even just to the store, I'm still afraid that he's going to pop out of the woods and hurt me.

Signed and subscribed under the pains and penalties of perjury.

*MaryAnne Gentile* this _21st_ day of July, 2006