UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WILLIAM P. YOUNGWORTH, III, )
      Plaintiffs    )
                          )
           v.     )   C.A. NO. 05-30108-MAP
                          )
MARK A. GENTILE, ET AL,  )
      Defendants    )

MEMORANDUM AND ORDER REGARDING
REPORT AND RECOMMENDATION WITH REGARD TO
DEFENDANTS' MOTIONS TO DISMISS AMENDED COMPLAINT
(Dkt. Nos. 77, 80, 81, 88 & 94)

November 30, 2006

PONSOR, D.J.

    Plaintiff, pro se, has filed this action pursuant to 42 U.S.C. § 1983 against nine defendants. Plaintiff's original complaint was so prolix that the court ordered the filing of an amended complaint, and Plaintiff complied. Through four different motions to dismiss, all but one of the remaining Defendants now seek dismissal of the amended complaint.

    These motions were referred to Chief Magistrate Judge Kenneth P. Neiman for a report and recommendation. On October 31, 2006, Judge Neiman issued his Report and Recommendation, to the effect that Counts Three and Four of the amended complaint be dismissed against all Defendants, that Counts One and Two of the amended complaint be dismissed against Defendants Hoyt and Paicopoulos, that Defendant McGinnis' Motion to Dismiss be allowed, that the

Motion to Dismiss of the State Defendants (Cristo, Gentile, Conte, Reilly and Alterio) be denied, that Defendant Hoyt's Motion to Dismiss be denied, and that Defendant Paicopoulos' Motion to Dismiss be denied.

As part of his Report and Recommendation, Judge Neiman cautioned all parties that any objection to the Recommendation would have to be filed within ten days. See Dkt. No. 94 at 8 n.3.  Despite this, no objections to the Report and Recommendation were filed by any party.

Upon de novo review, this court hereby ADOPTS the Report and Recommendation of Chief Magistrate Judge Kenneth P. Neiman dated October 31, 2006.

In summary, the court orders as follows: the Motion to Dismiss of Defendant McGinnis (Dkt. No. 80) is hereby ALLOWED.  The Motion to Dismiss of the State Defendants (Dkt. No. 77) is hereby DENIED.  The Motion to Dismiss of Defendant Hoyt (Dkt. No. 81) is hereby DENIED.  The Motion to Dismiss of Defendant Paicopoulos (Dkt. No. 88) is hereby DENIED.  In addition, upon Judge Neiman's recommendation, Counts Three and Four are hereby DISMISSED against all Defendants, on the court's own initiative, and Counts One and Two are dismissed as against Defendants Hoyt and Paicopoulos, also upon the court's own initiative.  The effect of these rulings is that Defendant McGinnis is

entirely out of the case, Defendants Hoyt and Paicopoulos may be liable only on Count Five, and the remaining Defendants may be liable only on Counts One, Two, and Five.

This case is hereby ordered referred to Chief Magistrate Judge Kenneth P. Neiman for a pretrial conference pursuant to Fed. R. Civ. P. 16.

It is So Ordered.

<u>Michael A. Ponsor</u>
MICHAEL A. PONSOR
U. S. District Judge