UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM P. YOUNGWORTH III,<br>　　　　　　　　Plaintiff,<br>v.<br>MARK A. GENTILE, et al.,<br>　　　　　　　　Defendants. | CIVIL ACTION<br>NO. 05-30108-MAP |

### DEFENDANTS THOMAS REILLY, JOHN J. CONTE AND JAMES GENTILE'S MOTION TO DISMISS

Pursuant to Rule 12 (b)(6) of the Federal Rules of Civil Procedure, the defendants Thomas Reilly, John J. Conte and James Gentile (collectively "the defendants") move to dismiss the Plaintiffs' Amended Complaint because it fails to state a claim upon which relief can be granted

In support of such motion, the Defendants Thomas Reilly, as Attorney General of the Commonwealth, John J. Conte, as the Worcester District Attorney, and James Gentile as an Investigator for the Office of the Attorney General, assert that they are entitled to prosecutorial immunity, as more specifically set forth in the Defendants' Memorandum of Law, which is incorporated by reference herein.

WHEREFORE, the defendants respectfully request that the Court dismiss the Plaintiff's Amended Complaint for failure to comply with the requirements of Rule 12 (b)(6) of the Federal Rules of Civil Procedure.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　MARTHA COAKLEY
　　　　　　　　　　　　　　　　ATTORNEY GENERAL


/S/ *William P. O'Neill*

William P. O'Neill
Assistant Attorney General
Western Massachusetts Division
1350 Main Street
Springfield, Massachusetts 01103-1629
413-784-1240 ext. 107