UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM P. YOUNGWORTH III,<br>Plaintiff,<br>v.<br>MARK A. GENTILE, et al.,<br>Defendants. | CIVIL ACTION<br>NO. 05-30108-MAP |

## DEFENDANT NANCY ALTERIO'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the Defendant Nancy Alterio, the Executive Director of the Massachusetts Disabled Persons Commission, moves to dismiss the that portion of the Plaintiff's Amended Complaint which relates to her because it fails to state a claim upon which relief can be granted

In support of such motion, the Defendant Alterio states that she is sued only in her official capacity, not as an individual, and that she took no personal action in regard to the Plaintiff as more specifically set forth in the Defendant Nancy Alerio's Affidavit and the Defendants' Memorandum of Law, which is incorporated by reference herein.

WHEREFORE, the Defendant Nancy Alterio respectfully requests that the Court dismiss that portion of the Plaintiff's Amended Complaint which relates to her for failure to state a claim upon which relief can be granted under Rule 56 of the Federal Rules of Civil Procedure.

Respectfully submitted,

MARTHA COAKLEY
ATTORNEY GENERAL


/S/

William P. O'Neill
Assistant Attorney General of Massachusetts
Western Massachusetts Division
1350 Main Street
Springfield, Massachusetts 01103-1629
413-784-1240 ext. 107