UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM P. YOUNGWORTH III,<br>    Plaintiff,<br>v.<br>MARK A. GENTILE, et al.,<br>    Defendants. | CIVIL ACTION<br>NO. 05-30108-MAP |

### DEFENDANT CAROLE CRISTO'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendant Carole Cristo, moves to dismiss the Plaintiff's Amended Complaint because it fails to state a claim upon which relief can be granted

The Defendant Carole Cristo is the Office Manager of the East Brookfield District Court and is entitled to quasi-judicial immunity, as more specifically set forth in the Defendant Carole Cristo's Affidavit and the Defendant's Memorandum of Law, which is incorporated by reference herein.

WHEREFORE, defendant Carole Cristo respectfully requests that the Court dismiss the Plaintiff's Amended Complaint for failure to state a claim upon which relief can be granted under Rule 56 of the Federal Rules of Civil Procedure.

Respectfully submitted,

MARTHA COAKLEY
ATTORNEY GENERAL

/S/ *William P. O'Neill*

William P. O'Neill
Assistant Attorney General of Massachusetts
Western Massachusetts Division
1350 Main Street
Springfield, Massachusetts 01103-1629
413-784-1240 ext. 107