UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM P. YOUNGWORTH III,<br>                      Plaintiff,<br>v.<br>MARK A. GENTILE, et al.,<br>                      Defendants. | CIVIL ACTION<br>NO. 05-30108-MAP |

**DEFENDANT THOMAS REILLY'S MOTION TO CONTINUE STATUS CONFERENCE**

The Defendant Thomas Reilly moves this Court to continue and reschedule the Initial Scheduling Conference scheduled for April 20, 2007.

In support of such motion, the Defendant states that counsel will be on vacation from April 13, 2007, returning on April 24, 2007. The Defendants' counsel also represents four other Defendants in this case, James M. Gentile, John J. Conte, Carole M. Cristo and Nancy A. Alterio. All of the Defendant's represented have recently filed dispositive motions in this case. It is requested that the Scheduling Conference be rescheduled to any time after April 24, 2007.

WHEREFORE, the Defendant Thomas Reilly respectfully requests that the Initial Scheduling Conference be rescheduled after April 24, 2007.

                                        Respectfully submitted,
                                        Thomas Reilly
                                        By His Attorney,

                                        MARTHA COAKLEY
                                        ATTORNEY GENERAL

                                        /S/ *William P. O'Neill*
                                        _____
                                        William P. O'Neill  BBO#379745
                                        Assistant Attorney General
                                        Western Massachusetts Division
                                        1350 Main Street
                                        Springfield, MA 01103-1629
                                        (413)784-1240 FAX: 784-1244

## CERTIFICATE OF SERVICE

I, William P. O'Neill, Assistant Attorney General, Western Massachusetts Division, 1350 Main Street, Springfield, MA 01103 do hereby certify that on March 20, 2007, I caused the DEFENDANT THOMAS REILLY'S MOTION TO CONTINUE STATUS CONFERENCE to be served upon the parties in this action by mailing a copy of the same, postage prepaid, first class mail to counsel of record or the parties pro se as follows:

| | |
|---|---|
| Mark A. Gentile | Maryanne Paicopoulos |
| 25 Clark Street | 25 Clark Street |
| Spencer, MA 01562 | Spencer, MA 01562 |
| | |
| Christine Hoyt | William P. Youngworth, III |
| 25 Clark St. | P.O. Box 2663 |
| Spencer, MA 01562 | Springfield, MA 01101 |

/S/ *William P. O'Neill*
_____
William P. O'Neill
Assistant Attorney General