UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM P. YOUNGWORTH III,<br>      Plaintiff,<br>v.<br>MARK A. GENTILE, et al.,<br>      Defendants. | CIVIL ACTION<br>NO. 05-30108-MAP |

## CERTIFICATE OF SERVICE

  I, William P. O'Neill, Assistant Attorney General, Western Massachusetts Division, 1350 Main Street, Springfield, MA 01103 do hereby certify that on March 14, 2007, I caused DEFENDANTS THOMAS REILLY, JOHN J. CONTE AND JAMES GENTILE'S MOTION TO DISMISS and DEFENDANTS THOMAS REILLY, JOHN J. CONTE AND JAMES GENTILE'S MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS; DEFENDANT NANCY ALTERIO'S MOTION FOR SUMMARY JUDGMENT, DEFENDANT NANCY ALTERIO'S MEMORANDUM OF LAW IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT and AFFIDAVIT OF THE DEFENDANT NANCY A. ALTERIO; and DEFENDANT CAROLE CRISTO'S MOTION FOR SUMMARY JUDGMENT, DEFENDANT CAROLE CRISTO'S MEMORANDUM OF LAW IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT and AFFIDAVIT OF THE DEFENDANT CAROLE CRISTO to be served upon the parties in this action by mailing a copy of the same, postage prepaid, first class mail to counsel of record or the parties pro se as follows:

| | |
|---|---|
| Mark A. Gentile<br>25 Clark Street<br>Spencer, MA 01562 | Maryanne Paicopoulos<br>25 Clark Street<br>Spencer, MA 01562 |
| Christine Hoyt<br>25 Clark St.<br>Spencer, MA 01562 | William P. Youngworth, III<br>P.O. Box 2663<br>Springfield, MA 01101 |

                /S/ *William P. O'Neill*
                _____
                William P. O'Neill
                Assistant Attorney General