UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM P. YOUNGWORTH, III,     CIVIL ACTION 05-30108MAP
PLAINTIFF

V

MARK A. GENTILE, et al,
DEFENDANTS

## PLAINTIFF'S MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN OPPOSITION TO STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENTS AND MOTIONS TO DISMISS

Comes now the Plaintiff in the above entitled action who moves this Honorable Court to grant the plaintiff leave of ten days from the filing and acceptance by this court's clerk of his motion in opposition to the state defendant's motion for summary judgment and motions to dismiss.

In support of this motion the plaintiff has filed his accompanying affidavit in support of this motion to file leave to file his supporting memorandum of law. The plaintiff has been unable to walk and has been ordered off his feet by his physician until swelling in his knee subsides. The plaintiff is presently awaiting the scheduling of a surgical consult and in the opinion of his primary care physician it appears likely the plaintiff will require surgery on his right knee to repair an old injury that appears to have taken on a

-2-

degenerative affect on the function of his knee and his ability to walk or stand for prolonged periods of time.

The plaintiff feels that he can complete his opposing memorandum within ten days from the filing of this motion and will have same submitted by that date.

Respectfully submitted,

*W.P.Y.*

William P. Youngworth, III,
Plaintiff
P.O. Box 2663
Springfield, Ma. 01101
413-736-5727

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM P. YOUNGWORTH, III,    CIVIL ACTION 05-30108MAP
PLAINTIFF

v.

MARK A. GENTILE, et al,
DEFENDANTS

### PLAINTIFF WILLIAM P. YOUNGWORTH, III'S AFFIDAVIT IN SUPPORT OF MOTION TO LEAVE TO FILE MEMORANDUM OF LAW IN SUPPORT OF MOTION IN OPPOSTION TO STATE DEFENDANTS MOTION FOR SUMMARY JUDGMENT AND MOTIONS TO DISMISS

I, William P. Youngworth, III, the plaintiff in the above entitled action hereby swears and affirms that the contents of this affidavit are true and accurate to the best of his knowledge and believe.

1. Your affiant is disabled and suffers from numerous ailments which affect his ability to read, walk, and function without the assistance of his caretaker.

2. For the last thirty days prior to the filing of this affidavit the plaintiff has been experiencing a new ailment with his right knee where it has severely impacted his ability to even place weight on it.

3. On March 30th, 2007 the plaintiff was examined by his primary care physician over this newest ailment and a referral was made for a surgical opinion with the New England Orthopedic Surgical Center.

4. At present the plaintiff is awaiting scheduling to have his knee examined by a surgeon.

5. Due to the plaintiff's present medical problem he has been unable to brief a memorandum of law in support of his motion in opposition to recent challenges filed by counsel for the state defendants in the above entitled actions.

6. The plaintiff will attempt to do everything in his ability to have said memorandum filed before this court within ten days of the filing of his motion in opposition to the state defendants most recent challenges.

I, William P. Youngworth, III, the affiant herein does hereby state under oath that the above is true and accurate to the best of my knowledge and belief.

_____
William P. Youngworth, III,
Affiant/Plaintiff
Dated: _____

## CERTIFICATE OF SERVICE

Comes now the plaintiff who serves the foregoing motions upon counsel for the defendants and this court's clerk at their usual places of business via 1st class US mail on this 10th day of April, 2007.

_____
William P. Youngworth, III'
Plaintiff
P.O. Box 2663
Springfield, Ma. 01101
413-736-5727

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**WILLIAM P. YOUNGWORTH, III,**       **CIVIL ACTION 05-30108MAP**
**PLAINTIFF**

v.

**MARK A. GENTILE, et al**
**DEFENDANTS**

### PLAINTIFF'S MOTION IN OPPOSSITION TO THE STATE DEFENDANTS' MOTIONS TO DISMISS

Comes now the plaintiff, William P. Youngworth,III, Pro Se, who hereby files his motion in opposition to the "state defendants" now third successive pre-trial challenge to the plaintiff's instant Complaint.

In support of this motion the plaintiff states that counsel for the state defendants has filed a series of motions for defendants John Conte, James Gentile, Carole Cristo, Thomas Reilly and Nancy Alterio seeking to invoke qualified immunity defenses and summary judgments. Counsel supports his latest challenges using affidavits of certain defendants and legal theorems in support of his instant position.

The plaintiff opposes, objects and challenges all of counsel's contentions stating that the latest pleadings filed before this court dispute material facts which are jury questions, affidavits and exhibits filed with counsel's motions give a partial, slanted and by no means a full

-2-

overview as to the totality of the issues presented and at the heart of the plaintiff's Complaint. The plaintiff further states that counsel's invoking qualified immunity defenses does not shield the particular defendants in this matter whose actions were not only extra judicial, but those of grossly reckless and self motivated to protect family members and individuals whom they enjoyed an inappropriate relationship either through their agents or directly with themselves.

The plaintiff, who is seriously disabled, suffers from visual impairments and now a basic inability to be ambulatory. The plaintiff will brief the above contesting issues fully and submit his memorandum of law in support of his motion opposing the "state defendant's" latest challenge to the plaintiff's Complaint no later than 10 days after the filing of this instant motion.

WHEREFORE: The plaintiff prays that his motion be held in abeyance until such time as he can file his memorandum of law in support of his motion in opposition to the "state defendant's" motions for summary judgment and to dismiss.

Respectfully submitted by the plaintiff,

*W. P. Y. III*
William P. Youngworth, III

P.O. Box 2663

Springfield, Ma. 01101

413-736-5727