William P. O'Neill
Assistant Attorney General
Western Massachusetts Division
1350 Main Street
Springfield, Ma. 01103-1629

April 06, 2007

Re: W.P. Youngworth, III v. Mark A. Gentile, et al USDC Civil Action No. 05-30108-MAP/ Settlement discussion/Discovery issues/Opposition to pre-trial motions to dismiss.

Dear Mr. O'Neill:

Prior to addressing the Court's order of 3/12/07 I need to take this opportunity to apologize for the date of this response. I have been experiencing a new a great difficulty in walking or simply standing on my feet. My P.C. is now of the most recent opinion that I require additional surgery on my legs and at present I am awaiting a surgical consultation at the New England Orthopedic Surgery Center.

This is the sole reason for my delay in responding as to the Court's mandates prior to the 4/20/07 pre-trail hearing in addition in filing my opposition to you most recent challenge to my Complaint against your clients. Assuming we can look beyond the date of this filing I would desire to press ahead. However, should you desire I would go before the court and seek their leave on any time line matters that I may have not of observed.

I am sure you are aware that the Court has encouraged parties attempt to settle this matter short of trail. I am not certain if something could be worked out but I would certainly sit down with you at your earliest convenience and attempt to resolve this case. As to the matter of discovery: Unfortunately, I see this is a long and arduous process. I need extensive productions of case investigations and files maintained by your client's agencies as well as your own. As a fail safe to my strategy of pursuing this prosecution I have involved several federal law enforcement agencies to ensure that proof of the existence of records does, in fact, exist. Again, I think we should sit down and discuss this as well.

Lastly, I do object to all of your most recent filings and I believe now the third challenges bought to my Complaint on behalf of your clients. I intend on showing the court that your client's conduct strips them of any qualified immunity claims or defenses and the language within the most recent challenges is giving the court a biased, non-factual and incomplete overview of the issues presented before them within my instant Complaint.

Kindly find enclosed my motions in opposition to all your recently filed challenges. I still require until the start of next week to assemble my memorandums of law in support of my motions in opposition as I require assistance from my present caretaker in the

reading of law books and in research. The Hampden County facility has no devices to assist the visually impaired.

Please feel free to contact me at 413-426-2396 so we may discuss a mutually agreeable time, place and date where we can meet and discuss the directives of the court.

Very truly yours,

*[signature]*

William P. Youngworth, III
P.O. Box 2663
Springfield, Ma. 01101
413-426-2396

cc: file