UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**WILIAM P. YOUNGWORTH, III,** **CIVIL ACTION No. 05-30108MAP**
**PLAINTIFF**

**v.**

**MARK A. GENTILES, et al,**
**DEFENDANTS**

**PLAINTIFF'S VOLUNATARY MOTION TO DISMISS COMPLAINT AGAINST DEFENDANT NANCY ALTERIO**

Now comes the plaintiff in the above entitled action who moves this Honorable Court to dismiss his Complaint against defendant Nancy Alterio.

In support of this motion the plaintiff states that this action is voluntary. The plaintiff further states that his intended prosecution and theory of culpability against the remaining defendants would not serve the best interests of justice by the prosecution and further inclusion of his Complaint against defendant Nancy Alterio.

WHEREFORE: The plaintiff moves for entry of dismissal of his Complaint against defendant Nancy Alterio.

Respectfully submitted by the plaintiff,

William P. Youngworth, III,
Plaintiff

THE PARTIES AGREE TO STIPULATION OF DISMISSAL TO DISMISS THIS ACTION WITH PREJUDICE AS TO NANCY ALTERIO ONLY, WITHOUT COSTS OR FEES
THE PLAINTIFF WILLIAM YOUNGWORTH III
NANCY ALTERIO BY HER ATTORNEY WILLIAM P. O'NEIL ASST ATTY GENERAL

P.O. Box 2663
Springfield, Ma. 01101

**CERTIFICATE OF SERVICE**

Now comes the plaintiff who serves his foregoing motion upon Assistant Attorney General William P. O'Neil and the Clerk of this Court via in hand and lobby service.

William P. Youngworth, III
Plaintiff
P.O. Box 2663
Springfield, Ma. 01101