UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
WILLIAM P. YOUNGWORTH, III,  )
        Plaintiff             )
                              )
             v.               )  C.A. NO. 05-30108-MAP
                              )
MARK A. GENTILE, ET AL,       )
        Defendants            )
```

MEMORANDUM AND ORDER RE:
REPORT AND RECOMMENDATION WITH REGARD TO
MOTION TO DISMISS BY
DEFENDANTS CONTE, REILLY AND GENTILE
AND DEFENDANT CRISTO'S MOTION FOR SUMMARY JUDGMENT
(Dkt. Nos. 97, 101 & 112)

June 22, 2007

PONSOR, D.J.

This is a pro se civil rights action. Defendants Conte, Reilly and Gentile filed a Motion to Dismiss (Dkt. No. 97) and Defendant Cristo filed a Motion for Summary Judgment (Dkt. No. 101), which were referred to Chief Magistrate Judge Kenneth P. Neiman for report and recommendation.

On May 29, 2007, Magistrate Judge Neiman issued his Report and Recommendation (Dkt. No. 112), to the effect that the Motion to Dismiss be allowed as to Defendants Reilly and Conte, but denied as to Defendant Gentile, and that Defendant Cristo's Motion for Summary Judgment be allowed. This memorandum reminded the parties that they had ten days from the receipt of the Report and Recommendation to file objections, see Dkt. No. 112 at 12 n.4.

No objection to the Report and Recommendation has been filed by any party.

Having reviewed the substance of the Report and Recommendation and finding it meritorious, and noting that there is no objection, the court, upon <u>de novo</u> review, hereby ADOPTS the Report and Recommendation. Based upon this, the court hereby ALLOWS the Motion to Dismiss (Dkt. No. 97) as to Defendants Reilly and Conte and DENIES the motion as to Defendant Gentile. Defendant's Cristo's Motion for Summary Judgment (Dkt. No. 101) is hereby ALLOWED.

The clerk will refer this case to Chief Magistrate Judge Neiman for a status conference to establish a final schedule for trial.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge