UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM P. YOUNGWORTH III,<br>    Plaintiff,<br>v.<br>MARK A. GENTILE, et al.,<br>    Defendants. | CIVIL ACTION<br>NO. 05-30108-MAP |

**DEFENDANT JAMES M. GENTILE'S MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

The Defendant James M. Gentile moves this Court to continue and reschedule the Case Management Conference scheduled for July 20, 2007.

In support of such motion, the Defendant states that counsel will be on vacation from July 7, 2007, returning on July 23, 2007. It is requested that the Case Management Conference be rescheduled to any time after July 24, 2007.

WHEREFORE, the Defendant James M. Gentile respectfully requests that the Case Management Conference be rescheduled after July 24, 2007.

        Respectfully submitted,
        James M. Gentile
        By His Attorney,

        MARTHA COAKLEY
        ATTORNEY GENERAL

        /S/ *William P. O'Neill*

        William P. O'Neill  BBO#379745
        Assistant Attorney General
        Western Massachusetts Division
        1350 Main Street
        Springfield, MA 01103-1629
        (413)784-1240 FAX: 784-1244

## CERTIFICATE OF SERVICE

    I, William P. O'Neill, Assistant Attorney General, Western Massachusetts Division, 1350 Main Street, Springfield, MA 01103 do hereby certify that on June 25, 2007, I caused the **DEFENDANT JAMES M. GENTILE'S MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** to be served upon the parties in this action by mailing a copy of the same, postage prepaid, first class mail to counsel of record or the parties pro se as follows:

Mark A. Gentile
11 Belude Street
Spencer, MA 01562

Christine Hoyt
25 Clark St.
Spencer, MA 01562

Maryanne Paicopoulos
25 Clark Street
Spencer, MA 01562

William P. Youngworth, III
P.O. Box 2663
Springfield, MA 01101

/S/ *William P. O'Neill*

William P. O'Neill
Assistant Attorney General