United States District Court

District of Massachusetts

C.A. No. 05-30108-MAP

William P. Youngworth et al )
)
Vs.    ) Defendant Mary Anne (Paicopoulos) Gentile's
   Motion for a Continuance
Mark A. Gentile et als____ )

    Now comes the defendant, Maryanne Paicopoulos Gentile, and moves this honorable Court to grant her a continuance in the above encaptioned matter and to continue the hearing scheduled for July 30, 2007 for a period of at least two weeks.

    In support of this motion, defendant states that she is 100% disabled and receiving medical treatment at several clinics at UMass Worcester for several serious and life threatening disorders. The July 30, 2007 hearing date was set in response to a motion for continuance filed by one of the other defendant's counsel due to a scheduled vacation. It was set without my having been consulted. On July 30, 2007, I have a scheduled appointment with my primary care physician, Dr. Richard Lerner, in which serious decisions regarding the course of my medical treatment will have to be made on that day. Due to his busy schedule, I will not be able to reschedule an appointment with him for several weeks and will be unable to coordinate appointments with the several other doctors and clinics who are treating me. This will adversely affect the course of my medical treatment.

For the foregoing reasons, I would ask that this court grant a continuance in this matter.

Dated July 19, 2007                                        Respectfully Submitted,

                                                           _____
                                                           Maryanne (Paicopoulos) Gentile

## CERTFICATE OF SERVICE

Defendant Maryanne (Paicopoulos) Gentile hereby swears and affirms that she caused attached motion to for a continuance to be served on the plaintiff and other remaining defendants by having the same hand delivered to the clerk of this court on July 20, 2007 and having copies of the same mailed to the plaintiff's address this very same day via first class mail, postage prepaid.

Signed,

*Mary anne Gentile*
Maryanne (Paicopoulos) Gentile