UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM P. YOUNGWORTH III,<br>                 Plaintiff,<br>v.<br>MARK A. GENTILE, et al.,<br>                 Defendants. | CIVIL ACTION<br>NO. 05-30108-MAP |

**DEFENDANT JAMES GENTILE'S MOTION FOR SUMMARY JUDGMENT**

      Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendant James Gentile, moves to dismiss the Plaintiff's Amended Complaint because it fails to state a claim upon which relief can be granted.

      The Defendant James Gentile was an Investigator for the Massachusetts Attorney General's Office. He is sued in his official capacity only and is entitled to qualified immunity, as more specifically set forth in the Defendant James Gentile's Affidavit and the Defendant's Memorandum of Law, which is incorporated by reference herein.

      WHEREFORE, Defendant James Gentile respectfully requests that the Court dismiss the Plaintiff's Amended Complaint for failure to state a claim upon which relief can be granted under Rule 56 of the Federal Rules of Civil Procedure.

                                 Respectfully submitted,

                                   MARTHA COAKLEY
                                   ATTORNEY GENERAL

                                   /S/ *William P. O'Neill*
                                   _____
                                   William P. O'Neill
                                   Assistant Attorney General of Massachusetts
                                   Western Massachusetts Division
                                   1350 Main Street
                                   Springfield, Massachusetts 01103-1629
                                   413-784-1240 ext. 107

## CERTIFICATE OF SERVICE

I, William P. O'Neill, Assistant Attorney General, Western Massachusetts Division, 1350 Main Street, Springfield, MA 01103 do hereby certify that on August 10, 2007, I caused the foregoing **DEFENDANT JAMES GENTILE'S MOTION FOR SUMMARY JUDGMENT and DEFENDANT JAMES GENTILE'S MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT and AFFIDAVIT OF JAMES GENTILE** to be served upon the parties in this action by mailing a copy of the same, postage prepaid, first class mail to the parties pro se as follows:

Mark A. Gentile
11 Belude Street
Spencer, MA 01562

Christine Hoyt
25 Clark St.
Spencer, MA 01562

Maryanne Paicopoulos
93 East Central Street - Apt. 2
Worcester, MA 01605

William P. Youngworth, III
P.O. Box 2663
Springfield, MA 01101

/S/ *William P. O'Neill*
_____
William P. O'Neill
Assistant Attorney General