UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM P. YOUNGWORTH, III )<br>          Plaintiff   )<br>                           )<br>v.                           )<br>                           )<br>MARK A. GENTILE, et al., )<br>          Defendants ) | Civil Action No. 05-30108-MAP |

SCHEDULING ORDER
August 14, 2007

NEIMAN, C.M.J.

The following schedule was established at the conference this day:

1. Defendant Mark Gentile shall file his dispositive motion by September 4, 2007, which the two remaining *pro se* Defendants may join in writing by September 11, 2007.

2. Plaintiff shall file his response to Mark Gentile's motion as well as to James Gentile's motion for summary judgment, whether on the merits or via a motion for limited discovery, by October 2, 2007, to which Defendants may reply by October 16, 2007.

IT IS SO ORDERED.

                                              /s/ Kenneth P. Neiman
                                              KENNETH P. NEIMAN
                                              Chief Magistrate Judge