Christine Hoyt, Pro Se
25 Clark Street
Spencer, MA 01562
October 13, 2007

United States District Court
Office of the Clerk
United States Courthouse
1550 Main Street
Springfield, MA 01103

RE: Civil Action No. 05-30108-MAP

Dear Sir or Madam:

I am a defendant in the Civil Action 05-30108-MAP, Youngworth v. Gentile et al. I am aware that there will be a subsequent scheduling in this matter although I am not aware that any date for a further hearing has been set.

I will be out of the state of Massachusetts from October 27, 2007 through November 4, 2007 and would appreciate it if the upcoming case would not be scheduled during this time period.

Thank you for your assistance.

Sincerely

*[signature]* Pro Se

Christine Hoyt, Pro Se
Defendant