UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WILLIAM P. YOUNGWORTH, III, )
    Plaintiff )
                        )
            v. ) C.A. NO. 05-30108-MAP
                        )
MARK A. GENTILE, ET AL, )
    Defendants )

### MEMORANDUM AND ORDER REGARDING
### MOTION FOR SUMMARY JUDGMENT OF DEFENDANT JAMES GENTILE,
### MOTION TO DISMISS OF DEFENDANT CHRISTINE HOYT,
### AND ORDER OF DISMISSAL, SUA SPONTE, OF REMAINING DEFENDANTS
(Dkt. Nos. 116 & 119)

October 15, 2007

PONSOR, D.J.

    Four defendants remain in this case. On August 10, 2007 Defendant James M. Gentile filed a Motion for Summary Judgment (Dkt. No. 116) and on September 11, 2007, Defendant Christine Hoyt filed a Motion to Dismiss (Dkt. No. 119. Both motions are meritorious and have been unopposed by Plaintiff. Failure to file opposition to a motion within fourteen days constitutes a violation of this court's Local Rules. For these reasons, the Motion for Summary Judgment (Dkt. 116) and the Motion to Dismiss (Dkt. 119 are hereby ALLOWED.

    The elimination of these two defendants leaves only Defendants Maryanne Paicopoulos and Mark A. Gentile, both of whom have appeared <u>pro</u> <u>se</u>. A review of the complaint reveals no federal causes of action against either of these two defendants. As a result, the court hereby exercises its

discretion to DISMISS all the claims against these two defendants, without prejudice to Plaintiff re-filing them in an appropriate state court.

The court hereby orders the clerk enter judgment for the remaining four defendants. This case may now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge