# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM P. YOUNGWORTH, III )<br>    Plaintiff(s)            )<br>                              )<br>       v.                    )<br>MARK A. GENTILE, ET AL,       )<br>    Defendant(s)           ) | CIVIL ACTION NO. 3:05-30108 -MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Mark A. Gentile, et al, against the plaintiff William P. Youngworth, III pursuant to the court's memorandum and order entered this date, granting defendant's motions to dismiss, motion for summary judgment and dismissing all claims against two remaining defendants.

                               **SARAH A. THORNTON**,
                               CLERK OF COURT

Dated:  October 15, 2007           By  /s/ Maurice G. Lindsay
                                   Maurice G. Lindsay
                                   Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)                                      [jgm.]